# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case Nos. 21-cr-178 |
| : | 21-mj-011 |
| : | |
| MARKUS MALY, : | |
| : | |
| Defendant.   : | |

## GOVERNMENT'S NOTICE OF FILING OF ADDITIONAL EXHIBIT PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following additional exhibit that was provided to the Court and all counsel in relation to Government's Response in Support of Pretrial Detention (Case No. 22-mj-011, ECF No. 8). The exhibit is as follows:

1.  Government Exhibit 5 – This video has been provided to the Court and counsel for Defendant via USAfx. Government Exhibit 5 is a portion of a screen recording of Jennifer Murphy's Facebook Live Stream on the day of Defendant Maly's arrest. The video is approximately 5 minutes and 33 seconds.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  /s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney, Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov, (313) 226-9632

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on March 2, 2022.


s/Mitra Jafary-Hariri
Mitra Jafary-Hariri
Assistant United States Attorney