# EXHIBIT 2

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Search Warrant Execution Log

CASE ID 176-RH-3462420-MALY

SEARCH TEAM LEADER TFO Michael Johnson

### WARRANT INFORMATION

WARRANT# 7:22mj5     DATE SIGNED 01/18/22
MAGISTRATES NAME Joel C. Hoppe
JUDICIAL DISTRICT Western District of Virginia
PROPERTY TO BE SEIZED/ADDRESS: 1347 Blue Ridge Turnpike Fincastle, VA 24090

DATE WARRANT RECEIVED _____     TIME RECEIVED _____
DATE WARRANT EXECUTED 1/26/22     TIME EXECUTED 6:00 AM
COPY OF WARRANT PROVIDED TO: Jennifer Murphy
COPY OF RECEIPT PROVIDED TO: Jennifer Murphy

| TIME | EVENT |
|---|---|
| 0735 | Search team enters premises. |
|  | SAs TFO Michael Johnson serve the warrant. |
|  | Initial walk-through completed by _____ |
|  | Entrance photographs taken by SA Megan Effing |
|  | Sketch of premises completed by SA Ashley Morris |
|  | Search team assigned and begin search. |
|  | Exit photographs taken by SA Megan Effing |
|  | Search completed. |
|  | Above-listed individual is provided a receipt for property seized |
| 0911 | Search team exits premises and ensures that premises is secured |

Additional Notes: _____

LOG KEPT BY: _[signature]_
(Signature)