IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                        Docket No. 1:21-CR-178-APM-3

Markus Maly

**Defendant's Motion to amend conditions of release**

Mr. Maly is charged with several crimes related to the events that occurred at the Untied States Capitol on January 6, 2021. Mr. Maly has pleaded not guilty to all his charges. Since Mr. Maly was released on bond earlier this year, he has abided by his strict bail conditions which essentially incarcerate him at his home. Upon information and belief, no evidence suggests he has violated any of his bond conditions. However, his family has struggled financially because of his inability to work. His retired in-laws have returned to work, and Mr. Maly was recently notified that he is in arrears on child support collected by the state. Mr. Maly requests this court modify his conditions of release to allow him to leave his home only to allow him to work and to travel to and from work. While en route and at his employment, Mr. Maly would still wear his ankle monitor and be subject to the same stringent conditions of release. Mr. Maly has extensive experience in contracting and repairs. He expects to be able to find employment quickly and will be able to confirm his employment with pretrial services. Mr. Maly intends to use the funds from his employment to help his family financially, to buy clothes and shoes to wear to his trial, and to begin paying his debt from his child support. The government does not object to the relief sought provided Mr. Maly confirms with pretrial services his employment status and schedule.

    /s/ Benjamin Schiffelbein

                                              Assistant Federal Public Defender
                                              210 First Street, SW Ste 400
                                              Roanoke, VA 24011

Benjamin_Schiffelbein@fd.org