UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

　　　　v.

**MARKUS MALY,**

　　　Defendant.

CASE NO. 21-cr-178-APM

## VERDICT FORM

**Count 2:**　　**Obstructing Officers During a Civil Disorder**

__✗__　　　　　　　　　　_____
Guilty　　　　　　　　　　Not Guilty

**Count 5:**　　**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

__✗__　　　　　　　　　　_____
Guilty　　　　　　　　　　Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____　　　　　　　_____
Guilty　　　　　　　　　　Not Guilty

**Count 7:**　　**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

__✗__　　　　　　　　　　_____
Guilty　　　　　　　　　　Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____　　　　　　　_____
Guilty　　　　　　　　　　Not Guilty

**Count 9:** Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____X____  
Guilty

_____  
Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____  
Guilty

_____  
Not Guilty

**Count 10:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

____X____  
Guilty

_____  
Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____  
Guilty

_____  
Not Guilty

**Count 11:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

___X___  _____
Guilty  Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____  _____
Guilty  Not Guilty

**Count 12:** Disorderly Conduct in a Capitol Building

___X___  _____
Guilty  Not Guilty

**Count 13:** Act of Physical Violence in a Capitol Building

___X___  _____
Guilty  Not Guilty

Dated this __6__ day of __December__, 2022