IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                    Docket 1:21-CR-178-3--APM

Markus Maly

                    Defendant's Notice of Appeal

Markus Maly, through counsel, notifies the court that he appeals from the final judgement entered against him on June 9, 2023. Mr. Maly is indigent and qualified for court appointed counsel in the district court. He asks the court waive prepayment of costs and fees associated with his appeal and allow him to proceed *in forma pauperis*.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880