IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 21-178-3
                                   )      Washington, D.C.
          vs.                      )      June 9, 2023
                                   )      10:05 a.m.
MARKUS MALY,                       )
                                   )
          Defendant.               )
_____    )


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Stephen James Rancourt
                             DOJ-USAO
                             Northern District of Texas
                             1205 Texas Avenue
                             Suite 700
                             Lubbock, TX 79412
                             (806) 472-7351
                             Email:
                             stephen.rancourt@usdoj.gov


For the Defendant:           Benjamin Mark Schiffelbein
                             FEDERAL PUBLIC DEFENDER
                             Western District of Virginia
                             210 First Street SW
                             Suite 400
                             Roanoke, VA 24011
                             (540) 777-0888
                             Email:
                             benjamin_schiffelbein@fd.org

```
APPEARANCES CONTINUED:

Probation Officer:        Kelli Willett

Court Reporter:           William P. Zaremba
                          Registered Merit Reporter
                          Certified Realtime Reporter
                          Official Court Reporter
                          E. Barrett Prettyman CH
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable
 3    Amit P. Mehta presiding.
 4              THE COURT:  Good morning.  Please be seated,
 5    everyone.
 6              COURTROOM DEPUTY:  Good morning, Your Honor.
 7    This is Criminal Case No. 21-178-3, United States of America
 8    versus Markus Maly.
 9              Stephen Rancourt for the government.
10              Benjamin Schiffelbein for the defense.
11              Kelli Willett on behalf of the probation office.
12              The defendant is appearing in person for these
13    proceedings.
14              THE COURT:  All right.  Good morning again,
15    everyone.
16              Mr. Maly, good morning to you, sir.
17              Okay.  So we're scheduled for sentencing this
18    morning.  Is everybody ready to proceed?
19              MR. RANCOURT:  Yes, Your Honor.
20              MR. SCHIFFELBEIN:  Yes, Your Honor.  Thank you.
21              THE COURT:  All right.
22              So let me just preview what we will -- how we'll
23    proceed this morning.
24              I'll just go through what I've received and
25    reviewed from the parties.
```

1          I'll just ask Mr. Schiffelbein to confirm that

2   Mr. Maly has received and read the Presentence Investigation

3   Report?

4          MR. SCHIFFELBEIN:  Yes, Your Honor.

5          THE COURT:  So I'll skip over that.

6          MR. SCHIFFELBEIN:  Thanks.

7          THE COURT:  Then I'll talk about -- sort of

8   there's obstruction of justice enhancement, fine, and

9   restitution, and then sort of go through the Guidelines

10  calculation, and then I'll hear from the parties, Mr. Maly,

11  if he wishes to be heard, and then we'll go from there,

12  okay?

13         All right.  So let me just state for the record

14  what I've received and reviewed in connection with the

15  sentencing:

16         There is the Presentence Investigation Report at

17  197, the probation office's recommendation at 198, the

18  government's memorandum in aid of sentencing at 204, as well

19  as the exhibits that were submitted, the defendant's

20  memorandum in aid of sentencing at 206, including the letter

21  that was submitted along with it, and the government's

22  supplemental memo at 222, and then Mr. Schiffelbein

23  submitted something last night at 223, I assume the number

24  is, yep.

25         All right.  Anything other than that?

1          MR. SCHIFFELBEIN:  No, Your Honor.

2          MR. RANCOURT:  No, Your Honor.

3          THE COURT:  Okay.

4          So I have confirmation now that Mr. Maly has

5     reviewed -- received and reviewed the report.

6          All right.  Let's talk about the obstruction

7     enhancement that the government has requested and that

8     Probation is recommending.  I'm happy to hear from either

9     party if you wish to be heard further.

10          MR. SCHIFFELBEIN:  I can begin or whatever.

11          That's fine, Your Honor.

12          I will be brief here.

13          Most of my arguments essentially are for a

14     variance.

15          And our position remains that Mr. Maly is not

16     guilty.

17          But obviously we disagree with the obstruction of

18     justice enhancement, particularly applied to the facts of

19     this case and the charges.

20          Mr. Maly did not testify inconsistent with

21     incontrovertible facts.  I understand that is not the

22     standard here.

23          What he testified to that is potentially

24     obstructive was that he did not spray any pepper spray.

25     There is a photograph, a still image of a video of him

1  pointing a canister of pepper spray.  There may or not be

2  something coming from it.

3              And the jury didn't have to find that there had to

4  have been something coming from the canister for them to

5  have convicted him.  Because the assault charge includes

6  also threatening or displaying, and, frankly, because the

7  accomplice liability statute was discussed and there was a

8  jury question on point, it's conceivable that the jury

9  thought that Mr. Maly was guilty of a 111(b) charge while on

10 the Lower West Terrace because he displayed a canister of

11 pepper spray.  And Mr. Maly testified that he displayed a

12 canister of pepper pray.  So it's conceivable that his

13 testimony was actually supported entirely by the evidence

14 and was not obstructive.  Our position is that people can

15 have disagreements about facts without testifying

16 perjuriously, and Mr. Maly, in our opinion, did not do so,

17 we would object to the enhancement.

18             THE COURT:  Okay.

19             Mr. Rancourt, do you want to be heard?

20             MR. RANCOURT:  Briefly, Your Honor.

21             Your Honor, the testimony in the transcript speaks

22 for itself.  I'll rest on the government's arguments in its

23 sentencing memo as to why it is applicable.

24             Of course, 3C1.1 Application Note 4(B) states that

25 the application for obstruction of justice is appropriate

```
1   when a person commits, suborns, or attempts to commit or

2   suborns perjury during the course of a proceeding.

3           Your Honor, I would submit that it would be

4   impossible for this jury to have found that Mr. Maly was

5   credible on the witness stand and also convict him of the

6   offenses that he was charged with.  I think the application

7   is appropriate in this circumstance.

8           THE COURT:  Okay.

9           All right.  So let me just lay the legal framework

10  for this.

11          Back in '94, the Circuit said in United States

12  versus Montague, this is 40 F.3d 1251, that the clear and

13  convincing standard was the appropriate standard by which to

14  evaluate defendants' testimony for Section 3C1.1, perjury

15  enhancement, but that was actually based upon the

16  then-commentary that required the Court to review a

17  defendant's testimony in the light most favorable to the

18  defendant.

19          The Sentencing Commission then subsequently

20  actually revised the language and removed that "in a light

21  most favorable to the defendant" language.

22          And then the Court, in United States v. Dozier,

23  D-o-z-i-e-r, 162 F.3d 120 from 1998, noted that the

24  Sentencing Commission had amended the language so as to not

25  suggest a heightened standard of proof.  And so it is a
```

1  preponderance of the evidence, and that was also confirmed

2  in *United States versus Smith*, 374 F.3d 1240, D.C. Circuit

3  in 2004.

4        Regardless of what the standard is, the Court is

5  still required to make specific findings that the defendant

6  gave "false testimony concerning material matters with the

7  willful intent to provide false testimony, rather than the

8  result of confusion, mistake, or faulty memory."  This is

9  from *United States versus Dunnigan*, D-u-n-n-i-g-a-n,

10  507 U.S. 87 from 1993.

11        What that means in effect is that the Court must

12  be convinced by a preponderance of the evidence that the

13  defendant committed perjury, and the Circuit -- excuse me,

14  the sentencing commission states in Application Note 2, "In

15  applying this provision in respect to alleged false

16  testimony or statements by the defendant, the Court should

17  be cognizant that inaccurate testimony or statements

18  sometimes may result from confusion, mistake or, faulty

19  memory, and thus not all inaccurate testimony or statements

20  necessarily reflect a willful attempt to obstruct justice."

21        So given that framework, I've considered the

22  proposed falsehoods as perjury that are set forth on page 11

23  for the Presentence Investigation Report, paragraph 42.

24        I've reviewed all of those statements.  I've

25  actually looked at all of them in the -- gone back into the

1    transcript and considered them, and ultimately I'm not

2    convinced by a preponderance of the evidence that Mr. Maly

3    was, in fact, committing perjury during his testimony.

4           It may be that Mr. Maly simply had a different

5    recollection of opinion -- excuse me, recollection of the

6    facts than what ultimately the government was able to show

7    on the video, as well as the testimony of Officer Boyle.

8    You know, that is just a straight-up conflict in the

9    testimony, that Officer Boyle had indicated that he, in

10   fact, had been hit by chemical spray, where Mr. Maly said he

11   hadn't sprayed it.

12          You know, I think the video was hardly a model of

13   clarity relative to other videos in which we would actually

14   see spray.  And so I don't think it was so clear that

15   it would be, even by a preponderance of the evidence, able

16   to conclude that Mr. Maly had lied about that.

17          In any event, there are a number of other

18   statements in here.  As I said, I've looked at all of them.

19   I don't think any of them rise to the level of the kind of

20   essentially perjurious statement that would be required to

21   apply the enhancement.  So I'm not going to apply it.

22          I'm going to ask Probation to remove paragraph 42

23   and have the Guidelines calculations reflect -- or to remove

24   the two-level enhancement to the Guidelines calculation to

25   reflect that total offense level in light of the two-point

1    removal.

2              So the total offense level will then be a 30 --

3    excuse me, a 29 -- excuse me, 28, sorry, a 28, and I'll go

4    through the calculations momentarily, but I won't -- I'm not

5    going to impose the two-level enhancement for obstruction,

6    okay?

7              All right.  Let's talk about the request for a

8    fine.  I've read the parties' papers.  I guess the question

9    I have for the government is, on what ground does the

10   government think I can actually impose a fine?  I mean,

11   I understand the sentiment, I think the question is what's

12   the legal basis for it?

13             And so what 18 U.S.C. 3572 says is that, or at

14   least that's relevant here, is that, "In determining whether

15   to impose a fine, the amount and time for payment, et

16   cetera.

17             (a)(1), the Court should consider the defendant's

18   income, earning capacity, and financial resources."

19             And then (a)(5), I think, is arguably what might

20   be relevant.  "The need to deprive the defendant of

21   illegally obtained gains from the offense."

22             Truth be told, I don't think that really applies

23   because I don't know that there's anything illegal about him

24   asking for donations.  It may seem unseemly, but I don't

25   think there's anything illegal about it.

1          Look, there's a case in which the government is

2  contending that Mr. Maly is essentially profiting from his

3  unlawful behavior.

4          The Third Circuit case that was cited, I think

5  it's *Seale*, in the parties' papers.  I don't know that that

6  is on point.  I mean, it certainly stands for the

7  proposition that ill-gotten gains can be disgorged

8  essentially as in the form of a penalty.  In that case, it

9  was, you know, the prospect of selling one's rights in a

10 murder case.  But that was based upon future financial

11 resources and future earning capacity.

12         I would be surprised if Mr. Maly has any future or

13 substantial earning capacity from his funding efforts,

14 public funding efforts so far.  So, you know, as I sit here,

15 and I understand the sentiment to want to claw that money

16 back, but it's not clear to me on what basis under the

17 statute it can be done.

18         And I say that in particular -- I mean, of course,

19 I can consider his "financial resources," but the government

20 has also -- excuse me, the defense has also represented that

21 all that money is gone.  So it seems like the financial

22 resources, at least for that purpose, are zero, in addition

23 to whatever else he has.  I mean, it's netted out as zero in

24 terms of his -- the $13,000 he's raised.

25         So those are my initial reactions and impressions.

1   And so, Mr. Rancourt, I'm happy to hear from you if you

2   think there's something I'm missing or if I'm just dead

3   wrong.

4           MR. RANCOURT:  Yes, Your Honor.

5           We're dealing with $16,000 for a person who's been

6   found to be indigent, so I'm not going to make a big deal

7   about the fine.

8           Certainly the government's position is that he's

9   profiting off his notoriety, and we cited the *Seale* case for

10  that basis.

11          You know, 5E1.2 says that the Court shall impose a

12  fine if he's -- except where the defendant establishes that

13  he is unable to pay.

14          Certainly he has made $16,000 off the fact that he

15  has referred to himself as a political prisoner, and he

16  started that GiveSendGo account after his conviction.

17          I submitted the supplemental memo because I did a

18  quick Internet search before coming here, found the

19  statement, and felt the obligation to alert the Court.

20          I'll stand on the briefing and defer to the Court

21  as to whether or not a fine is appropriate.

22          THE COURT:  Okay.

23          Well, look, I mean this is -- I mean, this is an

24  issue that's recurring and the government has asked for this

25  in more than one case.  And this is maybe the first time --

1    I guess this is the second time it's been requested of me.

2    And it was different in the earlier cases I dealt with this

3    because the person represented that they -- whatever they

4    raised had gone to their legal fees.  This case is a little

5    different since Mr. Maly has court-appointed counsel.

6            But even that said, again, I'm just looking at the

7    statute and it's not clear to me on what ground, given the

8    representation that the money has been spent, that I could

9    impose a fine for the amount that he has raised.  So I'll

10   decline to impose a fine in the amount the government is

11   requesting.

12           So let's talk about restitution for a moment.  The

13   government is asking for $2,000 in restitution.  Now,

14   I didn't raise this in Mr. Schwartz and Mr. Brown's case,

15   and in retrospect, I should have.  And this has only

16   occurred to me in light of the Oath Keeper sentencings that

17   I've done in the interim.

18           And actually -- so let me just share with you my

19   thoughts about this, which is, you know, the leading case on

20   restitution is this *Paroline* case in the Supreme Court.

21   It's P-a-r-o-l-i-n-e.  It's a case involving a young woman

22   who is depicted in child pornography.  The defendant is

23   convicted of possessing that child pornography that depicted

24   her, and the question is how much is that person on the hook

25   for harm to her.

1          The Court said that the standard of causation is

2    but-for, but it's not so strict a but-for standard that it

3    would exclude a causation for the scenario that was at issue

4    in that case.

5          However, the Court said that that one person can't

6    be on the hook for the entirety of her harm that had been

7    caused by others and the fact that the child pornography had

8    been out there.

9          So the January 6th case has some parallel to that

10   in that you have multiple actors who could be proximately

11   causing the damage.  But I understand the government to be

12   assessing the damage as property damage.  And so unless

13   there's evidence that Mr. Maly contributed to the property

14   damage in some proximately causal way, I'm not sure I can

15   impose the requested $2,000 that you have asked for.

16         Does the government see it differently?

17         MR. RANCOURT:  No, Your Honor.

18         I'll rest on the briefing and the sentencing memo

19   regarding restitution, pages 26 through 28.

20         THE COURT:  Okay.  All right.

21         So I'm going to decline to do it.

22         And I'm actually going to issue an Order to Show

23   Cause with respect -- I think I can do this -- but with

24   respect to Mr. Brown and Mr. Schwartz's sentencings.

25         You know, the statute allows me 90 days to fix a

1    restitution amount.  Now, I have fixed a restitution amount.

2    I think, frankly, it is appropriate for me to correct a

3    legal error, what I think is a legal error, within the

4    90-day period.  Maybe the government will disagree and

5    appeal but I'll leave that to you, but I'm likely to make

6    that correction in their sentencings as well, okay?

7              All right.  So that'll be -- those are the

8    outstanding Guidelines and related issues, at least on my

9    list.  Is there anything else that I'm missing?

10             MR. RANCOURT:  No, Your Honor.

11             MR. SCHIFFELBEIN:  No, Your Honor.  Thank you.

12             THE COURT:  All right.

13             So let me just go through the Guidelines

14   calculation.

15             Beginning with the Criminal History, and Mr. Maly

16   stands -- we'll talk about the number of convictions soon

17   enough.  But the probation office, and without any objection

18   from the defense, has determined that Mr. Maly has 11

19   criminal history points.  That is based upon the convictions

20   that are set forth in paragraphs 98 and 99, 101, and 102 of

21   the Presentence Investigation Report.  That results in a

22   Criminal History Category of V.  I'll have some observations

23   about that shortly.

24             The Guidelines calculation is as follows:

25             For Count 2, this is 18 U.S.C. 231(a)(3), the

1   civil disorder count, the applicable Guideline is -- after

2   the cross-reference -- is 2A2.2, the Base Offense Level is a

3   14, the use of a dangerous weapon is a four-level

4   enhancement, official victim is a six-level enhancement, for

5   a Guideline total of 24 -- or an adjusted offense level of

6   24 for that count, Count 7.

7          This is the first of the 18 U.S.C. 111(a) and (b)

8   counts.  Also 2A2.2.  Again, the Base Offense Level is a 14,

9   dangerous weapon is a 4, official victim is 6.

10         Because there is a conviction under 111(b), the

11  total offense level is actually enhanced by two levels, for

12  a total offense -- for an adjusted offense level of 26.

13         Count 9 is 18 -- the violations of 18 U.S.C.

14  1752(a)(1) and (b)(1)(A).  Also, 2A2.2 is the applicable

15  Guideline by virtue of 2B2.3(c)(1).  The Base Offense level

16  is a 14.  The dangerous weapon used 4.  Total offense level

17  is 18.

18         Count 10, which is 18 U.S.C. 1752(a)(2) and

19  (b)(1)(A).  Again, same calculation, 14, 4 and 8, for an

20  adjusted offense level of 18 for that count.

21         Count 11, again, 2A2.2.  Again, Base Offense Level

22  14.  Use of a dangerous weapon was 4.  An official victim

23  enhancement, six levels there, for a total offense level of

24  24.

25         Count 5 is a separate count -- not a separate

1  count but is, for grouping purposes, as I'll explain

2  momentarily, considered separately because it involves a

3  different victim, that is Officer Boyle.  That is an

4  18 U.S.C. 111(a) and (b) offense.  So, again, using 2A2.2,

5  Base Offense Level is 14, use of a dangerous weapon is 4,

6  official victim is 6, conviction under 111(b) is a two-level

7  enhancement, for a total offense level of 26.

8          So Counts 2, 7, and 11, they all group because it

9  involves the same victim, that is, law enforcement, and

10  includes two or more acts or transactions connected by

11  common individual objective.

12          Count 5 does not group with 2, 7, 11, because it

13  involves a different victim, that is, Officer Boyle.

14          Counts 9 and 10 group because they involve the

15  same victim, which was Congress.

16          9 and 10 group with 2, 7, and 11, because 2, 7,

17  and 11 embody conduct that, that is, use of a dangerous

18  weapon, that is treated as a specific offense characteristic

19  in Counts 9 and 10.

20          So as a result, we will have one group, that is,

21  the 2, 7, 9, 10, 11 group that receives one unit.  The

22  second group, which is Count 5, that receives an additional

23  unit.

24          The highest offense level is a 26.

25          We'll add two units for a 28.

1          So that results with a Criminal History of 5, to a

2    Guidelines Range of 130 to 162 months, with a 25,000 to

3    $250,000 fine, okay?

4          So that's the Guidelines calculation.

5          So why don't we hear from the government.

6          MR. RANCOURT:  Thank you, Your Honor.

7          Your Honor, the government has respectfully

8    requested a sentence of 188 months in this case, which was

9    at the top of the previous advisory Guidelines Range before

10   this Court made its rulings.

11         I acknowledge the Court's sentence handed down to

12   Mr. Maly's co-defendants and that such a sentence would be

13   beyond Mr. Schwartz, whose conduct I wholly concede is more

14   egregious than Mr. Maly, and I intend on addressing that

15   sentencing disparity momentarily.

16         Your Honor, I wholeheartedly respect the efforts

17   of defense counsel in this case.  I think he's been both

18   ethical and incredibly zealous as an advocate for his

19   client, and I think he should be commended for that.  There

20   are just some things in his sentencing memorandum that I

21   fundamentally disagree with.

22         He argues that the government is asking to

23   scapegoat Mr. Maly and sentence him more harshly than others

24   who engaged in similar conduct.  I do think the evidence

25   bears out that Mr. Maly was particularly violent as compared

```
 1   with others, that he engaged in three separate acts of
 2   violence, and that his advisory Guidelines are a reflection
 3   of that.
 4             I disagree with defense's argument --
 5             THE COURT:  So when you say "three separate," why
 6   do you say -- I've conceived of this as two.  What's your
 7   third?
 8             MR. RANCOURT:  The handing of the spray is the
 9   second one.
10             THE COURT:  Right.
11             MR. RANCOURT:  He then backs up a little bit.  And
12   then when the "Heave Ho" starts --
13             THE COURT:  All right.  So you're -- all right.
14   I viewed that as sort of all one.
15             MR. RANCOURT:  Yes, Your Honor.
16             And I think defense's argument is that he didn't
17   participate in the "Heave Ho," which I would submit is
18   incorrect.
19             I disagree with his argument that his absence of
20   pre-meditation mitigates his culpability.  He calls
21   Mr. Maly's crimes those of opportunity, which I could argue
22   makes them worse.
23             Mr. Schwartz may have brought a tire knocker with
24   him, but like Mr. Maly, it was the weapons that Mr. Schwartz
25   found along the way which were the ones that ultimately were
```

1    used against the police officers.

2           Defense counsel argues that Mr. Maly did not

3    engage in physical acts of violence, and I don't think the

4    evidence supports that claim.  I think the Court has

5    obviously seen the video of the "Heave Ho" and how Mr. Maly

6    moves forward with the mob.  He was a participant.

7           And Mr. Maly did not leave because he knew he

8    shouldn't be there, as defense counsel suggests.  He

9    testified that he only left because he had to catch a bus,

10   and he attempted to take a police shield home with him as a

11   trophy.

12          Now, defense argues that Mr. Maly's testimony

13   shouldn't be considered perjurous, and I understand the

14   Court's ruling in that matter.  I still believe that it was

15   impossible for this jury to find Mr. Maly fully credible on

16   the witness stand and to also convict him of all the crimes

17   that he's facing punishment for today.

18          And lastly, Your Honor, I do take issue with

19   defense's position to attempt to portray Mr. Maly's criminal

20   history as only a "minimally aggravating factor for this

21   Court to consider."

22          Your Honor, I previously appeared in front of you

23   and told you that I often appear in front of a judge who

24   tells defendants that a person is not as bad as the worst

25   thing they've ever done, and that it bears out that most

1   participants in January 6th, their participation in those

2   events was the worst thing they've ever done.

3          For Markus Maly, I'm not so convinced.  For

4   Mr. Maly, the crimes he committed that day were practically

5   standard fare.  They were a continuation of a lifetime of

6   crime of recidivist conduct that is remarkable only in its

7   consistency.

8          Mr. Maly's testimony about stealing a police

9   shield to take home as a trophy and that he had fun that day

10  wasn't just shocking for the words that came out of his

11  mouth, it was shocking how casually he admitted to them.

12         And only after you look at his criminal history

13  does it start to make sense.

14         He has 33 criminal convictions, four burglary

15  convictions, nine battery convictions, including two for

16  battery on law enforcement.

17         And when you dig down into the nature of those

18  questions spelled out in the PSR, it somehow gets worse.

19         Aggravated battery for hitting a victim with a

20  vehicle after stealing.  He violated that probation after

21  breaking into his girlfriend's house, assaulting her, and

22  threatening to kill her.

23         Battery on law enforcement by grabbing an officer

24  by the neck.  Battery later dismissed after burglarizing a

25  vehicle for a conviction and then striking the victim in the

1    forehead with a glass mug.

2           Even for a conviction while -- driving while

3    license suspended, the nature and circumstances of that

4    offense were that he attempted to run over two witnesses

5    with the vehicle as they were identifying him.

6           Burglary and battery convictions for breaking into

7    his girlfriend's house with the intent to commit domestic

8    battery and then pushing a police officer who was attempting

9    to arrest him.

10          THE COURT:  So can I ask you what the government's

11   response is to what will be the defense opposition or

12   reaction, to say, look, we're not running away from

13   Mr. Maly's criminal history, but he was a younger man then

14   and this was all largely -- much of what you've described

15   was in his 30s -- or his 20s, excuse me.  It was a time when

16   he has acknowledged he had substantial substance abuse

17   issues, and his criminal conduct reflects that.

18          But what you should judge him against, Judge, are

19   the last ten years, in which he has largely avoided

20   substantial interaction with the criminal justice system,

21   and there are a few traffic things here and there, but

22   nothing of the kind that he had in his 20s, with the

23   exception of -- I guess there are a couple of -- there are a

24   couple convictions in his late 30s.  But, again, the last

25   ten-year window.

1          What does the government say about that?

2          MR. RANCOURT:  Yes, Your Honor, the majority of

3     them were when he was a younger person.  But three of his

4     nine battery convictions do have an impact on his Criminal

5     History score, which means they occurred within the past ten

6     years.

7          He also --

8          THE COURT:  Can I just --

9          MR. RANCOURT:  Yes, Your Honor.

10         THE COURT:  To be precise, you know, Criminal

11    History works in funny ways.

12         Nothing Mr. Maly did in his -- I shouldn't say

13    nothing.  Nothing he did before the age of 28 counts against

14    him as far as Criminal History score goes.

15         But then interestingly, 7 of his 11 points are for

16    a conviction back in 2003 and 2004.  Why?  Because, one, he

17    got a five-year term of imprisonment that just encroaches

18    into the 15-year window; and, two, he got a five-year

19    imprisonment term for driving while on a suspended or

20    revoked license, which, apparently, is a felony given the

21    number of times he did it.  But I can only imagine he was

22    given five years for that, because he was also given five

23    years for the burglary felony battery that was sentenced on

24    the same day.  So that's, taken together, 7 of the 11

25    points.

1          MR. RANCOURT:  And only 8 convictions of his 33

2    total have any impact on his Criminal History score of 11.

3          THE COURT:  Yeah.

4          MR. RANCOURT:  He was sentenced to prison -- he's

5    been sentenced four separate times.

6          But it wasn't ancient history that the last

7    sentence occurred in 2011, where he was sentenced to

8    21 months.

9          And while I fully admit that his recent crimes are

10   comparatively minor, three of those convictions are for

11   either failing to appear or contempt of court.

12         THE COURT:  No, that's fair.

13         MR. RANCOURT:  Your Honor, lastly, I do want to

14   address sentencing disparity in this case.

15         We offered Thomas Webster, along with the

16   *Robertson* and *Albuquerque Head* cases as comparisons.  And

17   obviously the sentences for Mr. Maly's co-defendants should

18   be considered.  But for whatever reason, Your Honor, the

19   longest sentences in January 6th cases have all been handed

20   down, for the most part, by this Court.

21         And I've heard this Court discuss some of the --

22   how the Sentencing Guidelines are overly harsh and how the

23   Court has downward varied approximately 40 percent below the

24   Guidelines Range, at least that's been a barometer of sorts.

25         THE COURT:  I did that in -- for Mr. Schwartz

1    and -- well, Mr. Schwartz was 35 percent below -- no --

2    right, and Webster was 40 percent below, correct.

3          MR. RANCOURT:  Yes, Your Honor.

4          I think you referenced *Webster* in *Schwartz* --

5          THE COURT:  I did.

6          MR. RANCOURT:  -- in discussing 40 percent, and

7    then going to 35 percent.

8          THE COURT:  Right.

9          MR. RANCOURT:  So, Your Honor, I next say this:

10   With the utmost respect for this Court and deference to it,

11   having watched this Court and how it conducts itself in

12   trials, if we're looking at January 6th as a unique

13   circumstance for which the Guidelines are not as applicable

14   as other cases, then we should consider how other courts in

15   this district are also sentencing their most serious

16   offenders.

17         And respectfully, Your Honor, this Court's

18   decision to downward vary by such a degree is a bit of an

19   anomaly when compared to other judges in this district.

20         And what I've tried to do is go through a list of

21   sentencings and find the longest sentence handed down by

22   each judge, looked at the comparative Guideline imprisonment

23   range, and seen how much other judges are varying.

24         And I'll just read into the record if --

25         THE COURT:  So I'm happy for you to make the

1      record.  Let me -- if I can just give you my thoughts based

2      on what you said.

3              One is, the variances I granted in *Schwartz* and

4      *Webster* are a little bit outside the norm.  I mean, it's

5      because the Guidelines in both of those cases were so

6      stratospheric that, you know, Thomas Webster was somebody

7      who had no prior criminal history and his Guidelines were

8      enhanced by, it was either six or eight levels, because he

9      was wearing a vest.  So I mean, you know, the bottom of the

10     Guidelines was 17 years, which was ridiculous.

11             And then Mr. Schwartz, I think, his bottom of the

12     Guidelines was, what -- 262.  So, you know, I don't know

13     that Peter Schwartz deserved to go away for 262 months,

14     notwithstanding a very troubling set of facts and history.

15             I mean, I have varied in other cases but certainly

16     not by that percentage --

17             MR. RANCOURT:  Yes, Your Honor.

18             THE COURT:  -- those percentages, excuse me.

19             MR. RANCOURT:  And having looked -- unless the

20     Court wants me to read into the record, I don't need to --

21     I think most other judges in this district, with one

22     exception, have either, for their most serious sentencings,

23     stayed either within the Guidelines Range or deviated no

24     more than between 8 and 15 percent below it.

25             So for that reason, Your Honor, I can see that if

1    Peter Schwartz received 170 months from this Court, then

2    Markus Maly's sentence should be below that, wholeheartedly

3    concede that issue.

4            I do think a 40 percent discount or even a

5    35 percent discount below that Range is too far of a

6    departure.  I do think it itself starts to create a

7    sentencing disparity when compared to others who may have

8    committed the same conduct, but just don't have the same

9    degree of recidivism.

10           And so for that reason, I would respectfully

11   request that Mr. Maly not receive a 40 percent variance, and

12   that if a variance is warranted, it be something more akin

13   to what other judges in this district have found to be an

14   appropriate amount for their most serious defendants before

15   them.

16           THE COURT:  Okay.

17           MR. RANCOURT:  Thank you, Your Honor.

18           THE COURT:  Thank you, Counsel.

19           All right.  Mr. Schiffelbein.

20           MR. SCHIFFELBEIN:  Thank you, Your Honor.

21           Mr. Maly is asking the Court to vary far below the

22   Guidelines in this case, and he will ask the Court to impose

23   a sentence of either house arrest or to grant him bond

24   pending appeal.

25           We do stand by the request in our sentencing

1    memorandum of a sentence of 36 months.  And frankly I think

2    the most appropriate comparison of another defendant is

3    Mr. Maly's co-defendant Mr. Brown, and so we would identify

4    his case.  And I'll discuss in a moment why I think his case

5    is the most appropriate comparison for the Court to consider

6    when avoiding unwarranted sentencing disparities, because

7    I understand that is one of the Court's largest concerns.

8             I have really four different areas to talk about

9    today in support of our sentence.  The first is that this --

10   although it is a unique case, a unique circumstance, it is

11   not at all unprecedented.  The second I'd like to talk about

12   Mr. Maly's conduct in the case.

13            And then the third and the fourth kind of go hand

14   in glove.  Mr. Maly, as a person, is a hardworking father,

15   has turned his life around.  And the fourth being that

16   criminal history in these cases, in our opinion, should

17   matter less in January 6th cases than in potentially other

18   ones and why the Guidelines are overly punitive.

19            With respect to this being a unique case, I think

20   the Court cannot avoid and has not avoided in January 6th

21   cases confronting the issue that this is a circumstance that

22   occurred where thousands of people committed similar acts at

23   one particular point in time.  That alone can be considered

24   to be mitigating for those people, because we have to

25   consider why it is that very many people are committing the

1    same kind of act.

2            And here, we can identify some of those reasons.

3    But the reasons not as important as the fact that people

4    were motivated by general factors to do what they have done.

5            We argue in our sentencing memorandum that many of

6    those factors are ingrained into the culture of the

7    United States.  And that frankly in a country that

8    celebrates its birth by violence every year by shooting off

9    fireworks, we ought to expect, or at least understand, that

10   there are some consequences of doing that.

11           And in this case, our opinion is that one of the

12   consequences is that people who deeply agree with

13   nationalism and patriotism might, when motivated by those

14   ideals, commit things or engage in acts that are otherwise

15   considered crimes.

16           And here there is no dispute that January 6th was

17   a large criminal event.  Mr. Maly is not disputing that.

18   And he will not stand up, I want to make the Court aware --

19   he is not going to stand up and say, I would have done this

20   again.  There are some people who will do that, and Mr. Maly

21   is not one.  If he could do things differently, he would not

22   have gone to January 6th.

23           I'll talk about in a moment why his statements

24   after his conviction, I do not believe, are relevant

25   considerations, given the fact that we're not asking for an

1    acceptance of responsibility adjustment.

2            But with respect to this is a unique event, it

3    isn't unprecedented.  One of the more difficult things to

4    address in January 6th is this concern of what might have

5    happened had, for example, in the tunnel, the line not held.

6    And the officers can be called, and rightly, should be

7    called heroes for holding that line against a barrage of

8    people.  And for a moment in time, Mr. Maly was a part of

9    that barrage.

10           But there is not evidence, contrary to the

11   government's assertion today, there is not evidence that

12   Mr. Maly participated in the "Heave Ho."  He is seen for a

13   moment in time near the front of the line.  But I think the

14   video is clear that he never actually goes farther forward

15   than, for example, where Jeffrey Scott Brown is seen

16   potentially reaching his arm over -- the point in the video

17   where we can't see the police line, Jeffrey Scott Brown's

18   hand goes over that.

19           Mr. Maly never goes to that point, so he never

20   approaches the front of the line.  And we don't actually see

21   him engage in a "Heave Ho."  We do see him for a period of

22   time at that part of the front, but never at the direct

23   front of the line.  And then he leaves.  He leaves for a

24   period of time after that.

25           And we don't --

1           THE COURT:  But to be clear, the "Heave Ho" didn't

2    just happen at the front of the line.

3           MR. SCHIFFELBEIN:  Correct, the "Heave Ho" was

4    happening throughout.

5           THE COURT:  Right.

6           MR. SCHIFFELBEIN:  Exactly.

7           THE COURT:  Now, query whether somebody in that

8    group was actually "Heave Hoing" or just among the mass of

9    people and had their body caught op.

10          MR. SCHIFFELBEIN:  Correct.

11          And the point here is that we don't know.

12          He was in the group and he should be held

13   accountable for being in the group, because certainly as the

14   government stated in closing and has stated in other cases,

15   being there that day was a problem, because being there was

16   being among this crowd, and the crowd was behaving in a

17   certain way.  And so he does bear some responsibility for

18   that.

19          But without evidence that he was, for example,

20   yelling "Heave Ho" -- and the Court does have some evidence,

21   maybe not in this case, but in other cases of people yelling

22   "Heave Ho."

23          And I do think Mr. Schwartz's involvement, for

24   example, in the tunnel more clearly demonstrates that he was

25   a part of this "Heave Ho" against the line and that his

intent was to get into the Capitol.  Whereas with Mr. Maly,
he's in the tunnel for a brief period of time.

       And with the important things to judge here is
that one of his 111(b) convictions is for handing, is an
accomplice liability for handing a canister of pepper spay
from Mr. Schwartz to Mr. Brown.  And importantly there,
Mr. Maly holds the canister for a brief period of time and
then passes it and is no longer engaged in this transaction.
The transaction continues after Mr. Maly ends that, because
Mr. Brown attempts to spray the pepper spray, gives it back
to Mr. Schwartz who fixes it, who then gives it to
Mr. Brown.

       The fact that Mr. Maly was involved in that
minimally, I think, mitigates the fact that he has two
111(b) convictions.  And largely that is why we think
Mr. Maly should be thought of as roughly similar to
Mr. Brown in that they both committed one act of spraying
against police officers, viewed in the light most favorable
to the government.  Obviously Mr. Maly disputes the fact
that he sprayed at all.

       And there is another distinction between Mr. Maly
and Mr. Brown, which is that Mr. Brown's spray was, for a
period of time, was visible, was audible, and was not just
momentary in nature.

       To the extent that the Court believes that

 1    Mr. Maly sprays -- and, again, he still disputes this -- the

 2    spray that came from Mr. Maly's canister, if at all, was for

 3    a very brief period of time, was not prolonged.

 4           And the reason that matters is it goes to

 5    Mr. Maly's intent.  If Mr. Maly had intended to harm police

 6    officers, like many people did that day, he certainly could

 7    have done so.  He certainly could have approached closer to

 8    the front of the line, he could have pressed down on the

 9    canister.  If he had done it -- assuming there was pepper

10    spray in there, if he had pressed down on it for some period

11    of time, we would have actually observed a large stream of

12    spray that would have been observable on the several video

13    cameras that were pointed at him when he was on the

14    Lower West Terrace.

15           And one of the questions I know that the Court is

16    concerned about generally is, again, what would have

17    happened had that line not held.  And none of us knows what

18    would have happened, but that alone should not be the reason

19    for imposing a significant sentence, particularly because

20    the line did not hold all over the place.  There were

21    protesters who made it into Congress and sadly somebody was

22    killed there and police officers were injured.  But what did

23    not happen was that the election was not overturned.  And

24    this was, on -- to some extent by some people an attempt to

25    overturn an election.

1           But it's not unprecedented in that even after the

2    January 6th incident occurred, this attempted insurrection,

3    Senators still stood up and objected to the certification.

4    And, frankly, that act is potentially more dangerous toward

5    democracy than this act, because this act was not seen as

6    legitimate by most in society.  The act of objecting to the

7    election is still considered a legitimate act.  And I think

8    the Court has to consider that when the -- again, the

9    specter haunting this case is what are the implications for

10   democracy as the Court has sort of discussed many times and

11   why it's sentencing defendants.

12           And this is not the only time that this country

13   has had to face direct threats to its democracy.  Frankly in

14   the year 2000, the Supreme Court directly engaged in what

15   was -- could be considered a potential threat to democracy

16   in preventing the recount of an election.  I'm not comparing

17   this case to *Bush versus Gore*, because obviously that was a

18   case that did not involve any violence.  But if we're

19   considering threats to the democratic process, this was an

20   illegitimate attempt by many to use force to overturn an

21   election, and we have routinely seen what are considered

22   legitimate attempts to disrupt this country's democracy.

23   And I do not think that we can forget that this country

24   fought a Civil War with itself as well.

25           So although this event was unique in the sense

1  that we have not faced a criminal prosecution so large, it

2  is not unprecedented in the sense that we can view the

3  history of America as, in part, a history that

4  understandably arrived at this inflection point.

5          And I bring up the Civil War for a reason as well.

6  There was a historical question, and there remains one:  How

7  should we have treated people who directly rebelled against

8  the country?  What we did not have, in part, because history

9  was different at the time, we did not have a massive

10  prosecution of confederate soldiers.  We did not.  And, in

11  fact, some confederate generals have been embedded into

12  history.  There's a school not far from where I live named

13  after one of -- the chief general who rebelled against this

14  country.

15          And I'm not saying that that is the correct way to

16  do it or that we should model ourselves after the fact that

17  this country largely did not prosecute people who engage in

18  an armed rebellion against it.  But the Court should

19  consider that in why people have routinely engaged in this

20  and why perhaps America is unique in the sense that one of

21  our Founding Fathers, to the extent that we even call them

22  Founding Fathers, right, I think that could be a problem --

23  we often don't refer to the framers of the Constitution as

24  framers, we talk about them with this familial relationship.

25          But there is a quote that the tree of liberty must

1    be refreshed from time to time with blood, and that is

2    something that this country holds dear, and when we hold

3    that dear, there are consequences to that.

4            It was not -- and I want to be clear.  I am not --

5    there is another question that the Court has asked and

6    I want to address it, which is:  Why didn't Mr. Maly turn

7    around that day?  It was clear with the police, why didn't

8    he turn around?  And then the government rightly asked that

9    question as well.  At some point it became clear he should

10   not have been there.

11           Even though we contend that he did not see signs,

12   that the signs saying you cannot approach the Capitol had

13   been downed by the point he got there and that the crowd had

14   already advanced up to where he was.  He was not at the

15   front of the crowd.  He simply followed the crowd.  There is

16   still an obvious question of why didn't he turn.

17           There was pepper spray being deployed.  There were

18   flash bangs essentially being deployed.  There were pepper

19   balls being shot.  There was CS gas.  Why didn't he turn

20   around?  And it is a legitimate question.

21           Sometimes in this country's history, police

22   presence indicates that we should go home.  But oftentimes

23   when the question is central to democracy, police presence

24   can be thought to mean that this is exactly where people

25   should be.  And it's almost impossible to decide in that

1   moment whether people should go home or stay where they are

2   because they think this is where they should be.

3          And most of the people there, including Mr. Maly,

4   who did not arrive with weapons, who might have engaged in

5   acts of violence but didn't plan to engage in acts of

6   violence.  One can think that of course they thought they

7   were where they were supposed to be, because they

8   legitimately believed, right or wrong, it's not for this

9   Court to, frankly, decide in this case, but he legitimately

10  believed that the election had been stolen.

11         And especially in the past even just -- we'll go

12  back seven years -- this country has routinely seen

13  demonstrations -- and I'm not equivocating between the

14  January 6th insurrection and Black Lives Matter protests,

15  because I think that the groups there are motivated by

16  completely different things.

17         But what we can draw comparisons to is the police

18  response.  And that when people who have lived in this

19  country and saw this happening on the news -- and Mr. Maly

20  has indicated in statements that he saw the Black Lives

21  Matter protests and it affected him -- is that people could

22  understand that police presence and not necessarily decide

23  to turn away.

24         Because one of the iconic photographs at the start

25  of the Black -- the movement for Black Lives is a gentleman

1   in Ferguson after Michael Brown was shot and killed,

2   grabbing a canister of tear gas and throwing it toward the

3   police.  It's one of the iconic photographs that we think of

4   when we think of Ferguson, Missouri, in the beginning of the

5   movement for Black Lives.

6          And that demonstrates a few different things to

7   different people but one thing it clearly demonstrates is

8   that there is -- there are some times where police overreact

9   and this country, at least parts of it, see opposition to

10  police officers as patriotism.

11         And so of course somebody who believes the

12  election is being stolen and sees police preventing you from

13  getting into a Capitol, where the President himself told

14  these people to go, it's understandable how somebody who was

15  seeing this event happen time and time again in just the

16  past few years might not turn around.

17         And it doesn't end with the photograph from

18  Ferguson.  There's a famous photograph two years later,

19  again, the movement for Black Lives continues, and police

20  largely respond in armed presence against this, of a young

21  lady standing in the street in, I believe it's Baton Rouge,

22  Louisiana, in a sundress.  And there's a line of police

23  officers and three of them approach her and approach her

24  with zip ties and handcuff her.

25         It's another iconic photograph demonstrating not

1 the equivalence of the protesters but the equivalence of the

2 fact that in this country we often use excessive police

3 force, and we consider that sometimes civil disobedience is

4 also patriotism.

5       Had we not lived in a society that engaged in

6 excessive police force not just several years ago but

7 throughout its history, we might be able to say adamantly

8 that when the police told him to go home, he should have

9 gone home.  This country has forfeited that right.

10       Even closer in 2020, and these are the events that

11 many people in the January 6th incident are asking the Court

12 to compare these protesters to.  I'm not asking the Court to

13 do that.  But what we saw, especially in cities, were police

14 officers engaging in violent conduct toward reporters.

15 There are reports of many reporters being injured by

16 indiscriminate shooting of nonlethal weapons such as pepper

17 balls during 2020 by police officers.

18       Should they have gone home?  It is a question.

19 Some say the answer is no.  Even though police are telling

20 these people to leave, it is perhaps true that the patriotic

21 thing to do when police are doing so and there is an issue

22 central to democracy is to stay, despite the fact that

23 police are telling you to go home.  It was only 65 years

24 ago.

25       And, again, I am not equivocating between the

1   people who engaged in the acts of January 6th and now civil

2   rights protesters.  But it was only 65 years ago that a

3   group of law enforcement officers sat in uniform at one side

4   of the Edmund Pettus Bridge and beat bloody civil rights

5   people, protesters, who were simply trying to vote.  That

6   was only 65 years ago.  This country has, throughout its

7   history, and still does today, use law enforcement in ways

8   that make it such that we should forfeit the argument that

9   when law enforcement tells you to go home, that you should

10  always agree.

11          The second large area that I want to talk about is

12  Mr. Maly's conduct and I have talked about it somewhat, so

13  I'll be brief here.

14          Mr. Maly, in the light most favorable to the

15  government and if the Court believes that the jury had to

16  find that he engaged in pepper spray, engaged in one brief

17  bout of pepper spray.  But it is entirely possible that the

18  jury convicted him of pointing that pepper spray at the

19  protesters.  And it is perhaps my fault that we did not

20  engage or craft a defense that could have addressed that.

21          But what Mr. Maly did at worst was spray

22  momentarily police officers, and at best was point a

23  canister of spray at police officers, though he should still

24  be held responsible for the other -- for the acts that he

25  committed while he was there, which is being in this crowd.

1          What we don't have, though, is, Mr. Maly in the

2    Capitol building.  Again, this is like Mr. Brown.  The fact

3    that he doesn't go into the Capitol building shows that his

4    intent was not necessarily to ransack or to cause others

5    harm, that he was there for other reasons.

6          Mr. Maly testified that he heard the President

7    say, go to the Capitol, and he went to the Capitol.

8          And I apologize.  I won't be much longer,

9    Your Honor.

10          THE COURT:  It's okay.  Go ahead.

11          MR. SCHIFFELBEIN:  I'm happy to answer any

12    questions the Court has at any point in time as well.

13          What we don't have is Mr. Maly going into the

14    Capitol, what we don't have is Mr. Maly on the front lines

15    assaulting police officers, or frankly being on the front

16    lines grabbing bicycle racks and holding them and trying to

17    get away from the police.  We don't have any testimony that

18    Mr. Maly was at any point a tip of the spear.  And we don't

19    have gratuitous violence like was sadly displayed by one of

20    his co-defendants, Mr. Schwartz.

21          It would have been possible for Mr. Maly to find

22    more canisters of pepper spay or to hold on to the one that

23    was given to him by Peter Schwartz.  If his intent was to

24    spray officers, wouldn't he have held on to this canister of

25    spray when he's at the very front line?

1           And it's also important to note here that

2    Mr. Maly, to the extent that he used pepper spray, did so

3    outside, not inside.  And that is important because the

4    effects of pepper spray are much less serious when they're

5    done outside in a well-ventilated area.

6           Now, certainly there was a lot of pepper spray

7    going on that day.  But the fact that there was a lot of

8    pepper spray happening that day also demonstrates that the

9    protesters were also receiving it.  And yes, there were some

10   times it was difficult, if not impossible, to breathe, as

11   was demonstrated by the body cameras.  Much of that was

12   because of CS gas that was probably itself deployed by law

13   enforcement.

14          So Mr. Maly's conduct on that day was serious, but

15   it was much less serious than many other people's conduct.

16   And if he had intended to engage in violence against law

17   enforcement, if that was his objective, we would have seen

18   much more clear evidence of it than we saw, which was very

19   little, if at all.

20          With respect to Mr. Maly as his person, and,

21   again, this goes into why the Guidelines, I think, overstate

22   his criminal liability here, Mr. Maly has largely attempted

23   to turn his life around and, but for this incident, has been

24   successful.  By moving out of Florida to Virginia with his

25   wife's family, he has not engaged in any other criminal

1   behavior that was directly associated with his substance

2   abuse.

3           And this act itself is sort of entirely different

4   from most other criminal acts.  When we look at people's

5   criminal record one of the reasons it's important and

6   increases sentences is because we can say how much more

7   likely someone is to recidivate because of their crime.  And

8   there are sentencing amendments -- or amendments to the

9   Sentencing Guidelines that actually describe that in some

10  cases, recidivism is overstated by the Guidelines.  We're

11  not there here.

12          But this is not a crime where the Court should

13  really be considered and not in a way that Mr. Maly was

14  convicted of it, of recidivism, because it is dissimilar to

15  his past criminal record.  Yes, there are other events of

16  him being convicted of assaulting law enforcement, but in

17  totally different circumstances.  This was a -- it started

18  out as a -- it did not stay -- but it started out as a

19  protest where he was lawfully, and he was with thousands of

20  other people, thousands of whom engaged in similar conduct

21  at that same time.

22          And what we did not see was Mr. Maly make any

23  affirmative act to injure law enforcement specifically.

24  Now, he was convicted of an assault on the Lower West

25  Terrace.  And the Presentence Report indicates, and I think

1   by a preponderance of the evidence, the Court could find

2   that it was Officer Boyle who was the victim there.  But

3   there is certainly no evidence that Mr. Maly sought that

4   person out.

5          And, again what we do not have is a prolonged

6   period of spraying officers with the intent to injure them.

7   The fact that we only have the spray outside also shows that

8   Mr. Maly's criminal record, especially the prior incidents

9   of assaults on law enforcement, is less relevant for the

10  Court to consider in crafting a sentence here, because the

11  purposes of punishment are still to impose a sentence that

12  is sufficient but not greater than necessary to accomplish

13  the goals of punishment.

14         How does the Court know that a lengthy sentence of

15  incarceration is not necessary?  Because of Mr. Maly's

16  behavior, because of how he turned his life around when he

17  moved to Virginia from Florida; because of the fact that he

18  is a hardworking father who did support his family and tries

19  to.  And, frankly, there is much to say about his

20  post-conviction statements, and the government has said as

21  much.

22         But if the Court reads his request for funds,

23  Mr. Maly is not saying, I engaged in violence on

24  January 6th, I'm proud of it, and I want you to give me

25  money because of that.  He's saying this is what happened

1   when the police arrested me.  He focuses on his family, and

2   he says that they need support.  He's raising money for his

3   family, not for him.  There's not any evidence that the

4   money was going to him and that he's supporting himself well

5   while he's at the D.C. jail.

6           THE COURT:  I'm going to ask you to sort of move

7   to conclusion in a few minutes.

8           MR. SCHIFFELBEIN:  Right; I apologize.  I'm almost

9   done, Your Honor.  We're at just about an hour in.

10          What Mr. Maly will say when he comes up here, also

11  helps demonstrate that we do not need to impose a

12  significant prison sentence for Mr. Maly, because his

13  primary goal is to help his family.  He is not somebody --

14  even if his political beliefs -- or his beliefs that might

15  be described as political in nature -- are not things that

16  the Court considers true or that many people in society

17  consider true, he is not somebody who has routinely

18  advocated for violence in support of them, he is somebody

19  who has instead advocated for the support of his family.

20  And given the opportunity to do this over again, he will

21  state that his answer would be no.

22          And so based on that, we do not believe that the

23  Court needs to impose a lengthy sentence of imprisonment to

24  accomplish the goals of punishment, which are to, in large

25  part, promote respect for the law, deter specifically him.

1   There's no evidence that he needs to be deterred

2   specifically further than he has been in this case not to

3   engage in similar acts in the future, especially given that

4   he's saying that he will not do this again.

5          The Court's sentence will likely be imprisonment,

6   which is likely going to deter others, to the extent that

7   that actually occurs.

8          And I do not believe I have anything else unless

9   the Court has questions.

10         Mr. Maly does have a statement he'd like to read.

11         THE COURT:  All right.  Thank you,

12   Mr. Schiffelbein.

13         Mr. Maly, I'm happy to hear from you, sir.

14         MR. SCHIFFELBEIN:  Does the Court want him at the

15   podium?

16         THE COURT:  Yes, please.

17         THE DEFENDANT:  Good morning.

18         THE COURT:  Good morning.

19         THE DEFENDANT:  I hope to go home.

20         There are several ways this could happen:

21   A mistrial based on the prosecution's not meeting the burden

22   of proof as the charges I stand here today for; or the fact

23   that *Brady* says that I can have all the evidence in regards

24   to my trial and that was not the case; or for the jury

25   saying my name when referring to a complaint about a

1    co-defendant after they discussed the complaint with

2    themselves, in violation of jury instructions, all those

3    could be mistrial.

4         There are more reasons.  But if it's felt that

5    those are not grounds for a mistrial, I would humbly ask a

6    release pending appeal.  I don't believe it's a stretch to

7    say I will win an appeal.  To be away from my family until

8    that appeal, I feel would be cruel.  Or a sentence of house

9    arrest.  This would allow me to the ability to work and take

10   care of my family and household.

11        I was arrested just over a year after the Trump

12   rally, and I was not in a way -- I'm sorry.  I was arrested

13   just over a year after the Trump rally, and I was not in any

14   way a burden or threat to society.  Also after my arrest,

15   I was allowed bond and was out for around eight months,

16   never did we have an issue.

17        Furthermore in the middle of trial, we cut off my

18   ankle monitor and there was no fleeing or thought of

19   fleeing.  Essentially the same reasoning as to why I would

20   be granted bond can be applied to a house arrest situation.

21        I understand the seriousness of the situation.

22   I understand that the events of January 6th, 2001 [sic],

23   were, to say the least, out of control.  Through meditation,

24   I have put myself in the shoes of the police at the Capitol

25   that day.  I believe they were scared, panicked, overwhelmed

1    and, without a doubt, outnumbered.

2         I believe it must have been hell for them on the

3    west side, although not intentionally, my being in the mix

4    of people at the Capitol must have contributed to the panic

5    in some way, and I do apologize for my contribution as far

6    as that goes.

7         The prosecution was asking 188 months.  That's 15

8    and a half years.  This is in part because I have been in

9    trouble with the law in the past.  According to the letter

10   of the law, I'm sure it's legal to ask for that much time

11   based on point systems, but I would ask that the Court

12   recognize the fact that I served my time on past offenses.

13   Not only did I serve my time, but I bettered myself and

14   learned from my mistakes.  I am not my past.

15        I also believe that the 15-year recommendation is

16   because I took the stand in my own defense and rocked it,

17   quite frankly.

18        I answered questions honestly and with

19   explanations.  I may have come across as a little cocky and

20   arrogant, but that was only because I didn't think I'd be

21   found guilty on crimes that I did not commit.

22        During closing arguments, the prosecution

23   instructed my jury that they were to, and I quote, "put the

24   pieces together and use your common sense and find these men

25   guilty, including Markus Maly."

1      The 188 months is pure vengeance.  Putting the

2  press together -- putting the pieces together should never

3  be the jurors' job.  That's the job of the prosecution, and

4  the fact that they felt their case was in pieces should say

5  at all.

6      I was standing on the front lines that day.

7  I occupied space.  That's my crime.  That's what I'm

8  supposed to lose years of my life over, my family and my

9  business for.

10      I have been told I should say I'm sorry and hope

11 for the best, take responsibility or my judge will throw the

12 book at me.  But I can't, in good conscience, say I did what

13 I didn't do.  Circumstantial evidence of me holding

14 something should not have convicted me when the video shows

15 that I didn't spray it.

16      Prosecutors figured I would be suitable collateral

17 damage and thought I must have done something that day, but

18 they were wrong.  Instead of dropping charges, though, they

19 doubled-down.  I did not come to D.C. with plans of

20 attacking or taking over the government.  I did not attack

21 cops.  I did not pre-plan to attack cops.  I did not attempt

22 to attack cops.

23      I didn't spray things, wrestle with, punch, or

24 kick cops.  I did not have any physical altercation with

25 anyone that day, yet I stand here asking for mercy for two

1   111(b)s and other charges.  I went to a rally, that's what

2   I did.

3        I'm a father to four wonderful children, two of

4   which are special needs.  And although not officially

5   married, I have an awesome wife named Jen.  I made Jen a

6   promise that I would be there for her and our children

7   always.

8        Jen home schools our seven-year-old Conner.

9   Conner has autism and he's a handful but Jen somehow manages

10  to keep him focused on his schoolwork during schooltime.

11  Conner is an awesome kid.

12       We also have a now-three-year-old little girl

13  named Octavia.  Octavia is now speaking in full sentences,

14  and I can't wait to be able to have a meaningful

15  conversation with her about Hello Kitty and rainbows.

16       I delivered Octavia, I'm proud to say.  Hands

17  down, that was the happiest day of my life.  She's my only

18  girl; she could do no wrong.

19       Nicholas is our 13-year-old, and, as circumstances

20  would have it, he lives with his grandmother in Florida.

21  And Nicholas is at a stage in his life when a father is

22  needed.  I want to do better as a father for him.  Hopefully

23  I can.

24       Benjamin, or Ben, as he goes by, will be turning

25  24 tomorrow.  Ben is my oldest and from a previous

1   relationship.  Ben is considered on the high end of the

2   autism spectrum and at times the most difficult of all my

3   children.

4          Ben's mom and grandmother both passed away six

5   years ago.  I brought Ben to Virginia to live with me and

6   Jen.

7          My wife is an angel and a trooper for dealing with

8   all that she does.  On top of the kids, she is also helping

9   to take care of her stepfather with her mother.

10          Her stepfather has had three heart surgeries and

11   part of his foot recently amputated and is as stubborn as

12   you can imagine.  Right now he's pickling up my slack around

13   the house and yard, at great risk to himself.

14          Jen told me she had a bad feeling about

15   Washington, D.C. on January 6th and she said that she didn't

16   want me to go.  Any other time I would have done as she

17   requested, but I went anyway.  I'm sorry for not listening

18   to her, I'm sorry I ever came to D.C., I'm sorry I followed

19   the crowd from the Ellipse to the Capitol.  As it turns out,

20   it was one of the worst mistakes of my life.

21          I'm not one to pat myself on the back but I have

22   overcome a lot of obstacles in my life.  I'm not proud of

23   the old me but I am proud of the way I am now.

24          I wasn't always this well-rounded individual that

25   stands before you today.  It took counseling,

```
1   self-reflection, spiritualty, and the love of Jennifer and
2   the family to get me where I am as a person.  Hence the best
3   place I've ever been.
4            One of my biggest fears is falling back into old
5   ways.  I think I'm strong enough, but it's still a fear of
6   mine.  I'm far from perfect, but I try every day to be
7   better than the last.
8            That concludes my statement; however, if you have
9   any questions for me concerning anything at all, please feel
10  free to ask.  Thank you.
11           MR. SCHIFFELBEIN:  Thank you, Your Honor.
12           THE COURT:  Mr. Maly, thank you for your words.
13           All right.  Let's take a few minutes, folks, and
14  I will be back.
15           COURTROOM DEPUTY:  All rise.
16           This Court stands in recess.
17           (Recess from 11:11 a.m. to 11:30 a.m.)
18           COURTROOM DEPUTY:  All rise.  This Honorable Court
19  is again in session.
20           THE COURT:  Please be seated, everyone.
21  Thank you.
22           Okay.  Let me just reiterate what the Guidelines
23  are.
24           The final calculation is based upon an offense
25  level of 28, Criminal History Category V, Guidelines Range
```

1    of 130 to 162 months, 25,000 to $250,000 fine.

2         I must, in addition, consider all the factors that

3    are set forth in 18 U.S.C. 3553(a) and impose a sentence

4    that is sufficient but not greater than necessary to achieve

5    the objectives of sentencing set forth in the statute.

6         The factors I must consider include the nature and

7    circumstances of the offense and the history and

8    characteristics of the defendant, the need for the sentence

9    imposed to reflect the seriousness of the offense, promote

10   respect for the law, and to provide just punishment, to

11   afford adequate deterrence, to protect the public, and to

12   provide the defendant with any needed educational/vocational

13   training or medical care.  I also should consider the kinds

14   of sentences available and the need to avoid unwarranted

15   disparities.

16        Let me begin with the history and characteristics

17   of Mr. Maly.  He is 49 years old now.  You know, challenging

18   childhood; father was largely absent in his life.  There are

19   signs of -- indications of abuse at an early age.  He did

20   drop out of school at an early degree, 10th grade, but did

21   obtain a diploma thereafter.  Has not been married but is in

22   a long-term relationship, four children that he's just told

23   us about.  By all accounts, he's a wonderful father and has

24   been a very positive person in his children's lives, in

25   particular, with his younger children -- or his younger son,

1   who is autistic.

2          He served as a floor installer for 20 years, and

3   has had a challenging past.  Extensive drug history until

4   2015 and an extensive criminal history.

5          The government's right, 33 convictions, including

6   four for burglary, nine for either battery or aggravated

7   battery, including two for battery on a law enforcement

8   officer.  25 of the 33 convictions don't score toward the

9   Criminal History score.

10          Defense points out that his more recent criminal

11   history is nonviolence, no battery offenses since 2014,

12   largely traffic and a period of failure-to-appear offenses,

13   which coincides with his move from Virginia to Florida,

14   which is consistent with his having essentially cleaned up.

15          Let me just make the following observations about

16   Mr. Maly and his history and how that is factoring into the

17   Court's thinking.

18          The Guidelines work in funny ways.  And

19   sentencing's not a math problem, it is a sentencing about

20   the individual, and what profile the individual presents to

21   the Court.  It's not as simple as counting up convictions

22   and adding them up and let's see where they fall in the

23   grid.  I suppose that's one approach to sentencing; it's

24   never been mine.

25          And I think this is a case that shows how

1    dramatically the Guidelines can escalate when one considers

2    a Criminal History score and takes it out of context.

3         It is true that Mr. Maly has a large number of

4    convictions undoubtedly, including many convictions for

5    battery; however, as I observed earlier, most of those

6    convictions occurred in his mid to late 20s, he's not in his

7    20s anymore, and occurred during a period of time where

8    Mr. Maly was under the throes of drug abuse and clearly was

9    a different person than he is today.

10         As I observed, 7 of those 11 points are

11   attributable to two convictions that score only because the

12   five-year sentence he received just sneak into the 15-year

13   window.  And that dramatically escalates the top-end

14   Guideline -- excuse me, the bottom Guideline from what would

15   be four points in a Category III, 97 to 130 months.  You see

16   how quickly the Guidelines move up across as you move to the

17   right of the chart.

18         It might be fair to say, well, Mr. Maly's Criminal

19   History score in some sense is understated because of all

20   the convictions that don't count.  But that's already baked

21   into the Guidelines.  The Guidelines and the Sentencing

22   Commission have already determined that at some point a

23   person is no longer held accountable for past criminal

24   convictions and past time.

25         And so while it's true that Mr. Maly presents as

1    somebody -- as a defendant with a lot of prior criminal

2    convictions, I think the Guidelines, at least in some sense,

3    answer where he ought to be, but then in other respects,

4    paint him in a far more -- or put him in a far more

5    draconian Guidelines box than I think is warranted.  And so

6    I do think the Guidelines in this case overstate both the

7    seriousness of the danger Mr. Maly presents, and, frankly,

8    the nature of the conduct which I'll talk about shortly.

9         In terms of the sentence needs to reflect

10   seriousness of the offense, to promote respect for the law,

11   and to provide just punishment, obviously all of those

12   factors I've taken into account, and I'll talk momentarily

13   about, in particular, the need to promote respect for the

14   law as an important factor here.

15        Let me talk about disparities which have been a

16   substantial consideration to all of these January 6th

17   sentences.

18        Everybody's conduct that day was a little

19   different, but it ultimately contributed to a far more

20   chaotic and just sad moment in our history.

21        You know, somebody like Thomas Webster got ten

22   years with no prior criminal convictions.  But he tried to

23   strike an officer with a flagpole and then tagged on him and

24   tried to rip off his gas mask, causing him to choke and lose

25   the ability to breathe for a few moments.  Mr. Maly didn't

1   do anything quite of that caliber, nowhere close.

2           Mr. Albuquerque Head, who the government has

3   cited, used a riot shield multiple times to strike police

4   officers in the tunnel, moved to the front of the line,

5   pushed up against officers with a shield, and then he

6   directly actually pulled Officer Fanone into the crowd and

7   continued to make contact with him.

8           He had a Criminal History Category of VI and

9   received a 90-month sentence after taking a plea.  Much of

10  his criminal history related to traffic offenses, DUIs,

11  thefts, public intoxication, so yet another example of how

12  Criminal History score can really alter what happens.

13          And ultimately, too, what also -- he took a plea.

14  And for reasons that aren't clear, he didn't take a -- he

15  wasn't subject to a 111(b).  And maybe the government didn't

16  consider a riot shield to be a deadly or dangerous weapon.

17  But in terms of actual conduct, what Mr. Albuquerque Head

18  did that day was worse, far worse.

19          You know, a gentleman by the name of

20  Mr. Robertson, in 21-CR-34, he brought a wooden stick with

21  him to the Capitol, confronted officers, actually struck two

22  officers with it, and then he went in the building, had no

23  prior history, took a plea, got 87 months.

24          You know, so what I've tried to do in these cases

25  is to really rightsize the person's conduct and the place

1    and the role they played in the events of that day.

2            Somebody like Peter Schwartz was clearly somebody

3    who, not only because of his criminal history but because of

4    the very conduct he engaged in that day of four separate

5    assaultive conducts on police officers, including using a

6    chair and multiple times using OC spray.  And as a

7    consequence of that instigated far greater calamity just by

8    his own conduct than he could have -- than others, and was a

9    catalyst for the conduct of others.  He got 14 years and

10   deservedly so.

11           On the other hand, you had Mr. Brown in this case

12   who had no prior convictions, went to trial, and he received

13   four and a half years for approaching a line of officers in

14   the west tunnel and spraying them.

15           You know, Maly's conduct falls somewhere in

16   between.  And he's certainly not nearly as culpable as

17   Mr. Schwartz and a little bit more culpable than Mr. Brown.

18           There's a case called *United States versus Daniel*

19   *Caldwell.*  The gentleman took a plea to 111(b), pepper

20   sprayed a group of officers on the Lower West Terrace after

21   taunting them for nearly an hour.  Multiple officers were

22   injured by the spray.  And then he actually went inside the

23   building for a few minutes and then defended his conduct

24   immediately afterwards.  He received 68 months' plea, no

25   prior criminal history, but the conduct is a little closer.

1          But let's talk about the conduct for a moment.

2     What Mr. Maly did was travel from Virginia to the

3     District of Columbia that day.  It was a last-minute

4     decision.  No indication other than some social media that

5     he came to D.C. and actually coordinated with others.  Yes,

6     he took a bus ride but he wasn't coordinating with others

7     that day.  Didn't bring anything with him that would suggest

8     that he was prepared to be an aggressive person that day.

9          He did make his way to the Lower West Terrace

10    about 2:30, 20 feet behind a group -- ended up about 20 feet

11    behind a group of people that ultimately were responsible

12    for breaking the police line.  He certainly would have

13    observed that police line from where he was.

14          As he enters the Lower West Terrace, according to

15    the government memo, he threw something, it wasn't

16    exactly -- I couldn't quite see -- make that out in the

17    video.  But he makes his way across the Lower West Terrace

18    and ends up with a canister in his hand that he finds on the

19    floor.  Picks it up and he directly sprays it at

20    Officer Boyle.

21          Officer Boyle testified at trial that he was hit

22    by spray, and I believe the jury rightly concluded that he

23    was hit by spray.  I certainly do find by a preponderance of

24    the evidence that he was hit by spray.  He described not

25    only being hit by spray but the pain that he experienced

1    from being hit directly with the spray by Mr. Maly.  It was

2    targeted at Officer Boyle.  It was directly sprayed and

3    pointed at him.

4           After that happens, he heads up the stairs, takes

5    a video of himself, says words to the effect, "I wish I had

6    just recorded what we did -- what I -- what we did.  Pissed

7    after America.  Fight back."

8           He then entered the Lower West Tunnel at 3:09 p.m.

9    And he was there when Mr. Schwartz handed him a canister

10   that he looks at momentarily.  Then hands it to Mr. Brown.

11   Mr. Brown then hands it back to Mr. Schwartz because it

12   doesn't work.  Mr. Schwartz gives it to Mr. Brown.

13   Mr. Brown heads to the front of the line and sprays a group

14   of officers.  That's the second 111(b) count for Mr. Maly.

15          Then left the tunnel at 1:15 with a riot shield,

16   which he wanted to keep as a trophy.  You know, whether he

17   participated in the "Heave Ho" isn't 100 percent clear, it

18   seems to me from the tunnel video, but he certainly was

19   among the mass of people that were there.

20          Tells his wife afterwards, "The day was awesome,"

21   that "It was so fun" on Facebook, he says to another user.

22   January 7th message:  "By the time I got to the Capitol, I

23   was pissed."  The crowd had already made it past the

24   barricades and were up in the rafters of the scaffolding.

25   "Let them retreat," he wrote.  "At what point do we stop

1    standing around and texting how 'mad'," he meant "mad," "we

2    are and do something."  This was on January 7th.  "We the

3    people are pissed.  So now what?"  A week later he still is

4    saying in his social media postings that it was fun.

5          Post-arrest statements.  "Speaks to agents, as the

6    police were being assholes."  And that he picked up a

7    canister or two of pepper spray and then sprayed them at the

8    officers.  He actually, in his FBI interview, admitted to

9    spraying the officers.

10         Admitted going to the tunnel and left.  He said,

11   "When people started 'Heave Hoing'," and then he took the

12   riot shield as a trophy that day.

13         Mr. Maly, the conduct that you stand convicted of

14   is not just, I think it was your terms, occupying space.  It

15   wasn't.  It was more than that.

16         The one thing about these January 6th cases is

17   there's very little that you have to leave to the

18   imagination or interpretation.  It's all on video.  You can

19   see what the person did.  You can see what the person said.

20         And a jury of 12 people, regardless of what you

21   think of them, carefully evaluated that evidence and found

22   you guilty, not for occupying space but for assaulting a

23   police officer with pepper spray.  And then, two, assisting

24   the assault of other police officers with pepper spray.

25         And I agree with your lawyer that that conduct was

1   modest, minimal, didn't play a substantial role, you just

2   handed it off, I get it.  But it was also within a set of

3   circumstances in which you probably understood that the

4   person that you were handing it to was going to use it.  It

5   wasn't for that person's protection, it was to use against

6   police officers.  Why would you have known that?  Because

7   that's what you used it for.

8          And I appreciate, I do, I understand that people

9   were angry that day.  I understand that you thought the

10  election was stolen, you thought it was unjust.

11  I understand that motive; I understand where it comes from.

12         But what I have a hard time understanding is

13  participating in something that was clearly wrong.  Forget

14  about unlawful, it's just flat-out wrong.

15         I mean, you are there on a day that you know

16  Congress is in session to vote on the Electoral College vote

17  and certification.  You see thousands of people gathered

18  around the Capitol building, thousands.  You see dozens, if

19  not hundreds, of police officers out there trying to keep

20  those people at bay.

21         And this isn't just about why you didn't turn

22  around.  I mean, at a minimum, that's what you should have

23  done.  It's about why you went forward.  It's why you kept

24  going.

25         It's about why, after seeing a police line

1   collapse and seeing pepper spray in the air and seeing

2   assaultive behavior, you thought it was a good idea to pick

3   up a spray can and point it at a police officer and deploy

4   the can.  It's about why you then continued to walk up the

5   stairs under the scaffolding, make your way to the Lower

6   West Tunnel, and participate in what was going on there.

7           I mean, I assume it was because you wanted to get

8   in the building.  Why else would you have gone into the

9   tunnel?  Why would you have kept going forward?

10          Now, you haven't been charged with attempting to

11  disrupt the proceedings, but I can't think of any other

12  reason than why you would just keep going until you were

13  stopped and what it took to stop you.

14          Now, at some point, thankfully, you had the

15  wherewithal to realize this was a bad idea and you walked

16  away.

17          So let's make no mistake about the conduct,

18  Mr. Maly.  It's not that you were just there, it's not you

19  were occupying space, it's that you did these things and

20  kept doing them that day.

21          And why does that day matter?  Why is it

22  different?  And I appreciate Mr. Schiffelbein's attempt to

23  put it this in some historical context.  And I will tell you

24  I am not going to likely do it justice in the way that he

25  has.

1          But I will say this.  He's right in some sense the

2     history of this country is steeped in violence, certainly it

3     was borne in violence.  We have at various times in our

4     lives celebrated violence.  We have celebrated confrontation

5     with police when history has judged the confrontation to be

6     just.

7          But I don't think one can genuinely put this and

8     what happened on January 6th in the same category.  You just

9     can't.  And you can't for two reasons.  One is, the police

10    didn't act unjustly that day.

11         I mean, the truth of the matter is, I've watched

12    probably more video than any other judge in this courthouse

13    about what transpired on January 6th.  The amount of -- the

14    degree of restraint the police exhibited that day is

15    remarkable, remarkable.

16         With one exception, I don't know of any police

17    officer that actually drew a gun and pointed it at anybody.

18    I don't know of any police officers that, without prompting,

19    physically assaulted somebody.  I don't know of any --

20    I didn't see any police officers who took out a baton and

21    began hitting somebody repeatedly even though they were

22    there peacefully.  That is just not what happened.

23         This isn't a group of black people walking across

24    the Edmund Pettus Bridge and then being beaten senseless for

25    doing nothing other than trying to vote -- excuse me,

1    advocate for civil rights.  It's not what this was.

2            And then secondly, the context does matter.  This

3    was a day in the history of the country that, for centuries,

4    centuries, has represented the best of democracy, a peaceful

5    transfer of power.  It's a word, a phrase that gets repeated

6    all the time in connection with these proceedings and

7    January 6th.

8            But that's a big deal, it's a big deal.  A

9    peaceful transfer of power is a big deal.  It doesn't happen

10   naturally.  It doesn't happen as a matter of course.  It

11   happens because people commit to it.  It happens because

12   people understand that when you lose an election, you accept

13   the loss and you hope next time it turns out differently.

14           You don't riot, you don't pick up spray cans and

15   point at police officers and spray them.  You don't end up

16   in a tunnel trying to push up against a line of police

17   officers trying to get into the Capitol that day when you

18   know Congress is in session and you're not supposed to be

19   there.  That's what makes this different.  That's what makes

20   this set of circumstances different than the kinds of days

21   that Mr. Schiffelbein has so very eloquently talked about.

22           And that's why the sentences for conduct that is

23   on par with yours have been significant.  And when I say

24   "significant," I think three years is significant, I think

25   four years is a lot of time.  I mean, I understand

1    Mr. Rancourt's position about percentages and this that and
2    the other thing.
3            But taking away years of somebody's life, taking
4    away their liberty is not something that ought to be done
5    lightly.  It's not about retribution, it's about doing what
6    is just and fair.
7            And in particular in Mr. Maly's case, it is about
8    figuring out what his conduct was that day and making sure
9    that his punishment and what his responsibility is going to
10   be in terms of the time he's going to serve is consistent
11   with what others did and, in some sense, consistent with his
12   own past.
13           And that is what I've tried to do.  I've tried to
14   do that in his case, I've tried to do that in everyone's
15   case that has come before me.
16           And having done that here and having considered
17   all the factors I'm required to consider, including
18   Mr. Maly's criminal history, the conduct of others and the
19   sentence that others have received, both in this case and
20   others, and all the things that we've talked about here, the
21   sentence of the Court -- the total sentence of the Court is
22   going to be a term of incarceration of 72 months.
23           What that means in terms of counts is going to be
24   as follows:  60 months on Count 1; 72 months on -- 60 months
25   on Count 2; 72 months on Counts 5 and 7; and 72 months on

1   Counts 9, 10, and 11; and six months on Counts 12 and 13.

2   Those will obviously run concurrently.

3           You will further be sentenced to serve concurrent

4   terms of supervision of 36 months as to Counts 2, 5, 7, 9,

5   and 11.

6           In addition, you will be ordered to pay a special

7   assessment of $620 to the Court.

8           I'll tell you how I got here, which is, I didn't

9   think that Mr. Maly obviously was on the same degree as

10  Mr. Schwartz.

11          But I think his conduct was worse than

12  Mr. Brown's, and that's because of sort of the direct

13  targeting of a police officer and then the continued on

14  engaging in conduct that he knew at that point he shouldn't

15  have done.

16          And I think that's what makes him a little bit

17  worse than Mr. Brown, and the sentence reflects that.  And

18  it's actually consistent with some of the other sentences

19  that have been imposed for similar conduct.

20          I don't think we ought to be sentencing Mr. Maly

21  to 11, 12, 13, 14, 15 years because he made some really

22  stupid decisions and was in a different place when he was in

23  his 20s.  That seems not, to me, to be just.

24          Mr. Maly, while you're on supervision, you shall

25  abide by the following mandatory conditions, as well as all

1  the discretionary conditions that have been recommended by

2  the probation office in part D of the sentencing options of

3  the Presentence Investigation Report.  Those conditions are

4  imposed to establish basic expectations for your conduct

5  while on supervision.

6        The mandatory conditions include not committing

7  another federal, state, or local crime.

8        You must not unlawfully possess a controlled

9  substance.  You must refrain from unlawful use of a

10  controlled substance.  And you must submit to one drug test

11  within 15 days of placement on supervision and at least two

12  periodic drug tests thereafter as determined by the Court.

13        You must cooperate in the collection of DNA, and

14  you must make restitution in accordance -- well, sorry, take

15  that out.  I've not imposed restitution.

16        The Court finds that you don't have the ability to

17  pay a fine and, therefore, waives the imposition of a fine

18  in this case.

19        The financial obligations, that is, the $620 that

20  you owe to the Court, are immediately payable to the Clerk

21  of the Court for the U.S. District Court at 333 Constitution

22  Avenue in Northwest Washington, D.C.

23        Within 30 days of any change of address, if the

24  amount still remains unpaid, you shall notify the Clerk of

25  the Court of the change until such time as the financial

1   obligation is paid in full.

2         The probation office shall release the Presentence

3   Investigation Report to all appropriate agencies, which

4   includes the U.S. Probation Office in the approved district

5   of residence, in order to execute the sentence of the Court.

6   Any treatment agencies shall return the presentence report

7   to the probation office upon the defendant's completion or

8   termination from treatment.

9         I will authorize that supervision of

10  jurisdiction -- excuse me, that jurisdiction of Mr. Maly's

11  supervision and jurisdiction over the case be transferred to

12  the district of residence.  What that means, Mr. Maly, you

13  will be supervised where you live, and if you run into any

14  problems, you'll see a judge in that district.

15        You do have the right to appeal your convictions

16  of guilt, Mr. Maly.  You have the right to -- you have a

17  statutory right to appeal your sentence to the D.C. Circuit,

18  your convictions and sentence.

19        Excuse me.  You have a right to appeal your

20  convictions and your sentence.  If you wish to file such an

21  appeal, you shall do so within 14 days after the Court

22  enters judgment.

23        You also have the right, sir, to file what is

24  called a collateral attack motion under 28 United States

25  Code 2255 if you believe that there's a basis to file such a

1   motion consistent with the statute both in terms of what it

2   allows and the timing of that statute.

3          You also have the right to file a notice of

4   appeal, sir, if you believe you've not received effective

5   assistance of counsel either in connection with your

6   sentencing or in connection with your trial representation.

7          And as I said, any notice of appeal must be filed

8   within 14 days of entry of the Court's judgment.  If you are

9   unable to afford the cost of an appeal, you may request

10  permission from the Court of Appeals to file an appeal

11  without cost to you.  And if you are unable to afford a

12  lawyer for purposes of an appeal, you may request for

13  court-appointed counsel.

14         All right.  With that, is there anything else

15  anybody would like to put on the record at this point?

16         MR. RANCOURT:  No, Your Honor.  Thank you.

17         MR. SCHIFFELBEIN:  No, Your Honor.  Thank you.

18         THE COURT:  All right.  Thank you, all, very much.

19         MR. SCHIFFELBEIN:  I apologize, Your Honor.

20         The Courtroom Deputy reminded me, a facility

21  recommendation.

22         THE COURT:  Yes.

23         MR. SCHIFFELBEIN:  Frankly, we're asking the Court

24  to just recommend closest to home.  There's three that are

25  really close to there and he would be fine with either.

1    It's FCI Beckley, FCI Petersburg, and FCI Butner.  I don't

2    think he's going to go to Butner because it's -- but

3    Petersburg and Beckley would be his preference.

4              THE COURT:  Okay.

5              Well, why don't I specify Petersburg and Beckley

6    if that's appropriate?

7              MR. SCHIFFELBEIN:  Thank you, Your Honor.

8              THE COURT:  Mr. Maly, good luck to you, sir.  Take

9    care.

10             Thank you, everyone.

11             COURTROOM DEPUTY:  All rise.

12             This Court stands in recess.

13             (Proceedings concluded at 11:59 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__June 14, 2023_____     __________

                     William P. Zaremba, RMR, CRR

73

**COURTROOM DEPUTY: [5]** 3/2 3/6 52/15 52/18 71/11
**MR. RANCOURT: [22]** 3/19 5/2 6/20 12/4 14/17 15/10 18/6 19/8 19/11 19/15 23/2 23/9 24/1 24/4 24/13 25/3 25/6 25/9 26/17 26/19 27/17 70/16
**MR. SCHIFFELBEIN: [18]** 3/20 4/4 4/6 5/1 5/10 15/11 27/20 31/3 31/6 31/10 41/11 45/8 46/14 52/11 70/17 70/19 70/23 71/7
**THE COURT: [40]** 3/4 3/14 3/21 4/5 4/7 5/3 6/18 7/8 12/22 14/20 15/12 19/5 19/10 19/13 22/10 23/8 23/10 24/3 24/12 24/25 25/5 25/8 25/25 26/18 27/16 27/18 31/1 31/5 31/7 41/10 45/6 46/11 46/16 46/18 52/12 52/20 70/18 70/22 71/4 71/8
**THE DEFENDANT: [2]** 46/17 46/19

**$**
**$13,000 [1]** 11/24
**$16,000 [2]** 12/5 12/14
**$2,000 [2]** 13/13 14/15
**$250,000 [2]** 18/3 53/1
**$620 [2]** 67/7 68/19

**'**
**'94 [1]** 7/11
**'Heave [1]** 61/11
**'Heave Hoing' [1]** 61/11
**'mad' [1]** 61/1

**0**
**0888 [1]** 1/21

**1**
**10 [6]** 16/18 17/14 17/16 17/19 17/21 67/1
**100 [1]** 60/17
**101 [1]** 15/20
**102 [1]** 15/20
**10:05 [1]** 1/6
**10th [1]** 53/20
**11 [15]** 8/22 15/18 16/21 17/8 17/12 17/16 17/17 17/21 23/15 23/24 24/2 55/10 67/1 67/5 67/21
**111 [11]** 6/9 16/7 16/10 17/4 17/6 32/4 32/15 50/1 57/15 58/19 60/14
**11:11 [1]** 52/17
**11:30 [1]** 52/17
**11:59 [1]** 71/13
**12 [3]** 61/20 67/1 67/21

**1205 [1]** 1/14
**1240 [1]** 8/2
**1251 [1]** 7/12
**13 [2]** 67/1 67/21
**13-year-old [1]** 50/19
**130 [3]** 18/2 53/1 55/15
**14 [11]** 16/3 16/8 16/16 16/19 16/22 17/5 58/9 67/21 69/21 70/8 72/7
**15 [4]** 26/24 48/7 67/21 68/11
**15-year [3]** 23/18 48/15 55/12
**162 [3]** 7/23 18/2 53/1
**17 [1]** 26/10
**170 [1]** 27/1
**1752 [2]** 16/14 16/18
**18 [5]** 15/25 16/7 16/13 16/17 16/20
**18 U.S.C [5]** 10/13 16/13 16/18 17/4 53/3
**188 [3]** 18/8 48/7 49/1
**197 [1]** 4/17
**198 [1]** 4/17
**1993 [1]** 8/10
**1998 [1]** 7/23
**1:15 [1]** 60/15

**2**
**20 [3]** 54/2 59/10 59/10
**2000 [1]** 34/14
**20001 [1]** 2/6
**2001 [1]** 47/22
**2003 [1]** 23/16
**2004 [2]** 8/3 23/16
**2011 [1]** 24/7
**2014 [1]** 54/11
**2015 [1]** 54/4
**202 [1]** 2/6
**2020 [2]** 39/10 39/17
**2023 [1]** 1/5 72/7
**204 [1]** 4/18
**206 [1]** 4/20
**20s [5]** 22/15 22/22 55/6 55/7 67/23
**21 months [1]** 24/8
**21-178-3 [2]** 1/4 3/7
**21-CR-34 [1]** 57/20
**210 [1]** 1/19
**222 [1]** 4/22
**223 [1]** 4/23
**2255 [1]** 69/25
**231 [1]** 15/25
**24 [4]** 16/5 16/6 16/24 50/25
**24011 [1]** 1/20
**25 [1]** 54/8
**25,000 [2]** 18/2 53/1
**26 [4]** 14/19 16/12 17/7 17/24
**262 [2]** 26/12 26/13
**28 [7]** 10/3 10/3 14/19 17/25 23/13 52/25 69/24
**29 [1]** 10/3
**2:30 [1]** 59/10
**2A2.2 [5]** 16/2 16/8

**2B2.3 [1]** 16/15

**3**
**30 [1]** 10/2
**30 days [1]** 68/23
**30s [2]** 22/15 22/24
**3249 [1]** 2/6
**33 [4]** 21/14 24/1 54/5 54/8
**333 [2]** 2/5 68/21
**34 [1]** 57/20
**35 [2]** 25/1 25/7
**35 percent [1]** 27/5
**354-3249 [1]** 2/6
**3553 [1]** 53/3
**3572 [1]** 10/3
**36 [2]** 28/1 67/4
**374 [1]** 8/2
**3:09 [1]** 60/8
**3C1.1 [2]** 6/24 7/14

**4**
**40 [6]** 7/12 24/23 25/2 25/6 27/4 27/11
**400 [1]** 1/20
**42 [2]** 8/23 9/22
**472-7351 [1]** 1/16
**49 [1]** 53/17

**5**
**507 U.S [1]** 8/10
**540 [1]** 1/21
**5E1.2 [1]** 12/11

**6**
**60 [2]** 66/24 66/24
**65 [3]** 39/23 40/2 40/6
**68 [1]** 58/24
**6th [21]** 14/9 21/1 24/19 25/12 28/17 28/20 29/16 29/22 30/4 34/2 37/14 39/11 40/1 44/24 47/22 51/15 56/16 61/16 64/8 64/13 65/7

**7**
**700 [1]** 1/15
**72 [4]** 66/22 66/24 66/25 66/25
**7351 [1]** 1/16
**777-0888 [1]** 1/21
**79412 [1]** 1/15
**7th [2]** 60/22 61/2

**8**
**806 [1]** 1/16
**87 [2]** 8/10 57/23

**9**
**90 [1]** 14/25
**90-day [1]** 15/4
**90-month [1]** 57/9
**97 [1]** 55/15
**98 [1]** 15/20
**99 [1]** 15/20

**a.m [4]** 1/6 52/17 52/17 71/13
**abide [1]** 67/25
**ability [3]** 47/9 56/25 68/16
**able [4]** 9/6 9/15 39/7 50/14
**about [49]** 4/7 5/6 6/15 9/16 10/7 10/23 10/25 12/7 13/12 13/19 15/16 15/23 21/8 23/1 28/8 28/11 29/23 33/16 35/24 40/11 40/12 44/19 45/9 46/25 50/15 51/14 53/23 54/15 54/19 56/8 56/13 56/15 59/1 59/10 59/10 61/16 62/14 62/21 62/23 62/25 63/4 63/17 64/13 65/21 66/1 66/5 66/5 66/7 66/20
**above [1]** 72/4
**above-titled [1]** 72/4
**absence [1]** 19/19
**absent [1]** 53/18
**abuse [4]** 22/16 43/2 53/19 55/8
**accept [1]** 65/12
**acceptance [1]** 30/1
**accomplice [2]** 6/7 32/5
**accomplish [2]** 44/12 45/24
**accordance [1]** 68/14
**according [2]** 48/9 59/14
**account [2]** 12/16 56/12
**accountable [2]** 31/13 55/23
**accounts [1]** 53/23
**achieve [1]** 53/4
**acknowledge [1]** 18/11
**acknowledged [1]** 22/16
**across [4]** 48/19 55/16 59/17 64/23
**act [10]** 29/1 32/17 34/4 34/5 34/5 34/6 34/7 43/3 43/23 64/10
**actors [1]** 14/10
**acts [11]** 17/10 19/1 20/3 28/22 29/14 37/5 37/5 40/1 40/24 43/4 46/3
**actual [1]** 57/17
**actually [22]** 6/13 7/15 7/20 8/25 9/13 10/10 13/18 14/22 16/11 30/14 30/20 31/8 33/11 43/9 46/7 57/6 57/21 58/22 59/5 61/8 64/17 67/18
**adamantly [1]** 39/7
**add [1]** 17/25
**adding [1]** 54/22
**addition [3]** 11/22 53/2

**additional [1]** 17/22
**address [2]** 24/14 30/4 36/6 68/23
**addressed [1]** 40/20
**addressing [1]** 18/14
**adequate [1]** 53/11
**adjusted [3]** 16/5 16/12 16/20
**adjustment [1]** 30/1
**admit [1]** 24/9
**admitted [3]** 21/11 61/8 61/10
**advanced [1]** 36/14
**advisory [2]** 18/9 19/2
**advocate [1]** 18/18 65/1
**advocated [2]** 45/18 45/19
**affected [1]** 37/21
**affirmative [1]** 43/23
**afford [3]** 53/1 70/9 70/11
**after [23]** 12/16 16/1 21/12 21/20 21/20 21/24 29/24 30/24 32/9 34/1 35/13 35/16 38/1 47/1 47/11 47/13 47/14 57/9 58/20 60/4 60/7 62/25 69/21
**afterwards [2]** 58/24 60/20
**again [21]** 3/14 13/6 16/8 16/19 16/21 16/21 17/4 22/24 29/20 33/1 33/16 34/8 38/15 38/19 39/25 41/2 42/21 44/5 45/20 46/4 52/19
**against [14]** 20/1 22/18 23/13 30/7 31/25 32/18 35/7 35/13 35/18 38/20 42/16 57/5 62/5 65/16
**age [2]** 23/13 53/19
**agencies [2]** 69/3 69/6
**agents [1]** 61/5
**aggravated [2]** 21/19 54/6
**aggravating [1]** 20/20
**aggressive [1]** 59/8
**ago [5]** 39/6 39/24 40/2 40/6 51/5
**agree [1]** 29/12 40/10 61/25
**ahead [1]** 41/10
**aid [2]** 4/18 4/20
**aided [1]** 2/8
**air [1]** 63/1
**akin [1]** 27/12
**Albuquerque [3]** 24/16 57/2 57/17
**alert [1]** 12/19
**all [54]** 3/2 3/14 3/21 4/13 4/25 5/6 7/9 8/19 8/24 8/25 9/18 10/7 11/21 14/20 15/7 15/12 17/8 19/13 19/13 19/14 20/16 22/14 24/19 27/19 28/11 32/20 33/2

**A**

all... [27]  33/20 42/19
46/11 46/23 47/2 49/5
51/2 51/8 52/9 52/13
52/15 52/18 53/2 53/23
55/19 56/11 56/16
61/18 65/6 66/17 66/20
67/25 69/3 70/14 70/18
70/18 71/11
All right [2]  14/20
27/19
alleged [1]  8/15
allow [1]  47/9
allowed [1]  47/15
allows [2]  14/25 70/2
almost [2]  36/25 45/8
alone [2]  28/23 33/18
along [3]  4/21 19/25
24/15
already [4]  36/14 55/20
55/22 60/23
also [26]  6/6 7/5 8/1
11/20 11/20 16/8 16/14
20/16 23/7 23/22 25/15
39/4 42/1 42/8 42/9
44/7 45/10 47/14 48/15
50/12 51/8 53/13 57/13
62/2 69/23 70/3
alter [1]  57/12
altercation [1]  49/24
although [4]  28/10
34/25 48/3 50/4
always [3]  40/10 50/7
51/24
am [7]  36/4 39/25
48/14 51/23 51/23 52/2
63/24
amended [1]  7/24
amendments [2]  43/8
43/8
AMERICA [5]  1/3 3/7
35/3 35/20 60/7
AMIT [1]  1/10 3/3
Amit P. Mehta [1]  3/3
among [3]  31/8 31/16
60/19
amount [8]  10/15 13/9
13/10 15/1 15/1 27/14
64/13 68/24
amputated [1]  51/11
ancient [1]  24/6
angel [1]  51/7
angry [1]  62/9
ankle [1]  47/18
anomaly [1]  25/19
another [7]  28/2 32/21
36/5 38/25 57/11 60/21
68/7
answer [4]  39/19 41/11
45/21 56/3
answered [1]  48/18
any [29]  5/24 9/17 9/19
11/12 15/17 24/2 34/18
41/11 41/12 41/17
41/18 42/25 43/22 45/3
47/13 49/24 51/16 52/9
52/13 63/11 64/12
64/16 64/18 64/19

70/7
anybody [2]  64/17
70/15
anymore [1]  55/7
anyone [1]  49/25
anything [9]  4/25
10/23 10/25 15/9 46/8
52/9 57/1 59/7 70/14
anyway [1]  51/17
apologize [4]  41/8 45/8
48/5 70/19
apparently [1]  23/20
appeal [14]  15/5 27/24
47/6 47/7 47/8 69/15
69/17 69/19 69/21 70/4
70/7 70/9 70/10 70/12
Appeals [1]  70/10
appear [3]  20/23 24/11
54/12
APPEARANCES [2]
1/12 1/22
appeared [1]  20/22
appearing [1]  3/12
applicable [4]  6/23
16/1 16/14 25/13
application [4]  6/24
6/25 7/6 8/14
applied [2]  5/18 47/20
applies [1]  10/22
apply [2]  9/21 9/21
applying [1]  8/15
appointed [2]  13/5
70/13
appreciate [2]  62/8
63/22
approach [4]  36/12
38/23 38/23 54/23
approached [1]  33/7
approaches [1]  30/20
approaching [1]  58/13
appropriate [10]  6/25
7/7 7/13 12/21 15/2
27/14 28/2 28/5 69/3
71/6
approved [1]  69/4
approximately [1]
24/23
are [62]  5/13 8/22 9/17
11/22 11/25 15/7 15/20
18/20 19/2 22/18 22/21
22/23 22/23 23/15 24/9
24/10 24/22 25/13
25/15 25/23 26/4 28/18
28/25 29/6 29/10 29/14
29/20 29/24 34/9 34/21
36/3 37/1 37/15 38/8
39/10 39/11 39/15
39/19 39/21 39/23 42/4
43/8 43/15 44/11 45/15
45/24 46/20 47/4 47/5
54/12 52/23 53/3 53/18
55/10 61/2 61/3 62/15
68/3 68/20 70/8 70/11
70/24
area [2]  40/11 42/5
areas [1]  28/8
aren't [1]  57/14

argue [2]  19/21 29/5
argues [3]  18/22 20/2
20/12
argument [4]  19/4
19/16 19/19 40/8
arguments [5]  5/13
6/22 48/22
arm [1]  30/16
armed [2]  35/18 38/20
around [12]  28/15 36/7
36/8 36/20 38/16 42/23
44/16 47/15 51/12 61/1
62/18 62/22
arrest [6]  22/9 27/23
47/9 47/14 47/20 61/5
arrested [3]  45/1 47/11
47/12
arrive [1]  37/4
arrived [1]  35/4
arrogant [1]  48/20
as [95]
ask [9]  4/1 9/22 22/10
27/22 45/6 47/5 48/10
48/11 52/10
asked [4]  12/24 14/15
36/5 36/8
asking [10]  10/24
13/13 18/22 27/21
29/25 39/11 39/12 48/7
49/25 70/23
assault [3]  6/5 43/24
61/24
assaulted [1]  64/19
assaulting [4]  21/21
41/15 43/16 61/22
assaultive [2]  58/5
63/2
assaults [1]  44/9
assertion [1]  30/11
assessing [1]  14/12
assessment [1]  67/7
assholes [1]  61/6
assistance [1]  70/5
assisting [1]  61/23
associated [1]  43/1
assume [4]  4/23 63/7
assuming [1]  33/9
attack [5]  49/20 49/21
49/22 69/24
attacking [1]  49/20
attempt [6]  8/20 20/19
33/24 34/20 49/21
63/22
attempted [4]  20/10
22/4 34/2 42/22
attempting [2]  22/8
63/10
attempts [3]  7/1 32/10
34/22
attributable [1]  55/11
audible [1]  32/23
authorize [1]  69/9
autism [2]  50/9 51/2
autistic [1]  54/1
available [1]  53/14
Avenue [3]  1/14 2/5
68/22

avoided [2]  22/19
28/20
avoiding [1]  28/6
aware [1]  29/18
away [9]  22/12 26/13
37/23 41/17 47/7 51/4
63/16 66/3 66/4 66/4
awesome [3]  50/5
50/11 60/20

**B**

back [11]  7/11 8/25
11/16 23/16 32/10
37/12 51/21 52/4 52/14
60/7 60/11
backs [1]  19/11
bad [3]  20/24 51/14
63/15
baked [1]  55/20
balls [3]  36/19 39/17
bangs [1]  36/18
barometer [1]  24/24
barrage [2]  30/7 30/9
Barrett [1]  2/5
barricades [1]  60/24
Base [5]  16/2 16/8
16/15 16/21 17/5
based [8]  7/15 11/10
15/19 26/1 45/22 46/21
48/11 52/24
basic [1]  68/4
basis [4]  10/12 11/16
12/10 69/25
baton [2]  38/21 64/20
battery [14]  21/15
21/16 21/19 21/23
21/24 22/6 22/8 23/4
22/23 54/6 54/7 54/7
54/11 55/5
bay [1]  62/20
be [92]
bear [1]  31/17
bears [2]  18/25 20/25
beat [1]  40/4
beaten [1]  64/24
became [1]  36/9
because [57]  6/5 6/6
6/10 10/23 12/17 13/3
16/10 17/2 17/8 17/12
17/14 17/16 20/7 20/9
23/16 23/22 26/5 26/8
28/6 28/24 31/13 31/15
32/9 33/19 34/5 34/17
35/8 37/2 37/7 37/15
37/24 42/3 42/12 43/6
43/7 43/14 44/10 44/15
44/16 44/17 44/25
45/12 48/8 48/16 48/20
55/11 55/19 58/3 58/3
60/11 62/6 63/7 65/11
65/11 67/12 67/21 71/2
Beckley [3]  71/1 71/3
71/5
been [31]  6/4 9/10 12/5
13/1 13/8 14/6 14/8
18/17 24/5 24/19 24/24
24/32 35/11 36/10

16/13 37/10 41/21
42/13 46/2 48/2 48/8
49/10 52/3 53/21 53/24
54/24 56/15 63/10
65/23 67/19 68/1
before [7]  1/10 12/18
18/9 23/13 27/14 51/25
66/15
began [1]  64/21
begin [2]  5/10 53/16
beginning [2]  15/15
38/4
behalf [1]  3/11
behaving [1]  31/16
behavior [4]  11/3 43/1
44/16 63/2
behind [2]  59/10 59/11
being [19]  28/15 28/19
31/13 31/15 31/15
31/16 36/17 36/18
36/19 38/12 39/15
40/25 41/15 43/16 48/3
59/25 60/1 61/6 64/24
beliefs [2]  45/14 45/14
believe [12]  20/14
29/24 38/21 45/22 46/8
47/6 47/25 48/2 48/15
59/22 69/25 70/4
believed [2]  37/8 37/10
believes [3]  32/25
38/11 40/15
below [7]  24/23 25/1
25/2 26/24 27/2 27/5
27/21
Ben [4]  50/24 50/25
51/1 51/5
Ben's [1]  51/4
benjamin [4]  1/18 1/22
3/10 50/24
Benjamin Schiffelbein
[1]  3/10
best [4]  40/22 49/11
52/2 65/4
better [2]  50/22 52/7
bettered [1]  48/13
between [5]  26/24
32/21 37/13 39/25
58/16
beyond [1]  18/13
bicycle [1]  41/16
big [4]  12/6 65/8 65/8
65/9
biggest [1]  52/4
birth [1]  29/8
bit [5]  19/11 25/18 26/4
58/17 67/16
black [7]  37/14 37/20
37/25 37/25 38/5 38/19
64/23
blood [1]  36/1
bloody [1]  40/4
body [2]  31/9 42/11
bond [3]  27/23 47/15
47/20
book [1]  49/12
borne [1]  64/3
both [7]  18/17 26/5
32/17 51/4 56/6 66/17
66/17

**B**

**both...** [1] 70/1
**bottom** [3] 26/9 26/11 55/14
**bout** [1] 40/17
**box** [1] 56/5
**Boyle** [8] 9/7 9/9 17/3 17/13 44/2 59/20 59/21 60/2
**Brady** [1] 46/23
**breaking** [3] 21/21 22/6 59/12
**breathe** [2] 42/10 56/25
**Bridge** [2] 40/4 64/24
**brief** [6] 5/12 32/2 32/7 33/3 40/13 40/16
**briefing** [2] 12/20 14/18
**Briefly** [1] 6/20
**bring** [2] 35/5 59/7
**brought** [3] 19/23 51/5 57/20
**Brown** [17] 14/24 28/3 30/15 32/6 32/10 32/12 32/17 32/22 38/1 41/2 58/11 58/17 60/10 60/11 60/12 60/13 67/17
**Brown's** [4] 13/14 30/17 32/22 67/12
**building** [6] 41/2 41/3 57/22 58/23 62/18 63/8
**burden** [2] 46/21 47/14
**burglarizing** [1] 21/24
**burglary** [4] 21/14 22/6 23/23 54/6
**bus** [2] 20/9 59/6
**Bush** [1] 34/17
**business** [1] 49/9
**Butner** [2] 71/1 71/2

**C**

**calamity** [1] 58/7
**calculation** [7] 4/10 9/24 15/14 15/24 16/19 18/4 52/24
**calculations** [2] 9/23 10/4
**Caldwell** [1] 58/19
**caliber** [1] 57/1
**call** [1] 35/21
**called** [4] 30/6 30/7 58/18 69/24
**calls** [1] 19/20
**came** [4] 21/10 33/2 51/18 59/5
**cameras** [2] 33/13 42/11
**can** [33] 5/10 6/14 10/10 11/7 11/17 11/19 14/14 14/23 22/10 23/8 23/21 26/1 26/25 28/23 29/2 30/6 34/23 35/2 36/24 37/6 37/17 43/6 46/23 47/20 50/23 51/12 55/1 57/12 61/18 61/19 63/3 63/4 64/7

**B**

49/12 50/14 63/11 64/9 64/9
**canister** [14] 6/1 6/4 6/10 6/12 32/5 32/7 33/2 33/9 38/2 40/23 41/24 59/18 60/9 61/7
**canisters** [1] 41/22
**cannot** [2] 28/20 36/12
**cans** [1] 65/14
**capacity** [3] 10/18 11/11 11/13
**Capitol** [15] 32/1 36/12 38/13 41/2 41/3 41/7 41/7 41/14 47/24 48/4 51/19 57/21 60/22 62/18 65/17
**Capitol building** [2] 41/3 62/18
**care** [4] 47/10 51/9 53/13 71/9
**carefully** [1] 61/21
**case** [43] 3/7 5/19 11/1 11/4 11/8 11/10 12/9 12/25 13/4 13/14 13/19 13/20 13/21 14/4 14/9 18/8 18/17 24/14 27/22 28/4 28/4 28/10 28/12 28/19 29/11 31/21 34/9 34/17 34/18 37/9 46/2 46/24 49/4 54/25 56/6 58/11 58/18 66/7 66/14 66/15 66/19 68/18 69/11
**cases** [14] 13/2 24/16 24/19 25/14 26/5 26/15 28/16 28/17 28/21 31/14 31/21 43/10 57/24 61/16
**casually** [1] 21/11
**catalyst** [1] 58/9
**catch** [1] 20/9
**category** [5] 15/22 52/25 55/15 57/8 64/8
**Category III** [1] 55/15
**caught** [1] 31/9
**causal** [1] 14/14
**causation** [2] 14/1 14/3
**cause** [2] 14/23 41/4
**caused** [1] 14/7
**causing** [2] 14/11 56/24
**celebrated** [2] 64/4 64/4
**celebrates** [1] 29/8
**central** [2] 36/23 39/22
**centuries** [2] 65/3 65/4
**certain** [1] 31/17
**certainly** [14] 11/6 12/8 12/14 26/15 31/13 33/6 33/7 42/6 44/3 58/16 59/12 59/23 60/18 64/2
**certification** [1] 34/3 62/17
**Certified** [1] 2/4
**certify** [1] 72/2
**cetera** [1] 10/16
**CH** [1] 2/5

**B**

**challenging** [2] 53/17 54/3
**change** [2] 68/23 68/25
**chaotic** [1] 56/20
**characteristic** [1] 17/18
**characteristics** [2] 53/8 53/16
**charge** [2] 6/5 6/9
**charged** [2] 7/6 63/10
**charges** [4] 5/19 46/22 49/18 50/1
**chart** [1] 55/17
**chemical** [1] 9/10
**chief** [1] 35/13
**child** [3] 13/22 13/23 14/7
**childhood** [1] 53/18
**children** [5] 50/3 50/6 51/3 53/22 53/25
**children's** [1] 53/24
**choke** [1] 56/24
**Circuit** [5] 7/11 8/2 8/13 11/4 69/17
**circumstance** [4] 7/7 25/13 28/10 28/21
**circumstances** [6] 22/3 43/17 50/19 53/7 62/3 65/20
**Circumstantial** [1] 49/13
**cited** [3] 11/4 12/9 57/3
**cities** [1] 39/13
**civil** [7] 16/1 34/24 35/5 39/3 40/1 40/4 65/1
**Civil War** [1] 34/24
**claim** [1] 20/4
**clarity** [1] 9/13
**claw** [1] 11/15
**cleaned** [1] 54/14
**clear** [12] 7/12 9/14 11/16 13/7 30/14 31/1 36/4 36/7 36/9 42/18 57/14 60/17
**clearly** [5] 31/24 38/7 55/8 58/2 62/13
**Clerk** [2] 68/20 68/24
**client** [1] 18/19
**close** [2] 57/1 70/25
**closer** [3] 33/7 39/10 58/25
**closest** [1] 70/24
**closing** [2] 31/14 48/22
**co** [5] 18/12 24/17 28/3 41/20 47/1
**co-defendant** [2] 28/3 47/1
**co-defendants** [3] 18/12 24/17 41/20
**cocky** [1] 48/19
**Code** [1] 69/25
**cognizant** [1] 8/17
**coincides** [1] 54/13
**collapse** [1] 63/1
**collateral** [2] 49/16 69/24

**B**

**collection** [1] 58/6
**College** [1] 62/16
**COLUMBIA** [2] 1/1 59/3
**come** [3] 48/19 49/19 66/15
**comes** [2] 45/10 62/11
**coming** [3] 6/2 6/4 12/18
**commended** [1] 18/19
**commentary** [1] 7/16
**commission** [4] 7/19 7/24 8/14 55/22
**commit** [5] 7/1 22/7 29/14 48/21 65/11
**commits** [1] 7/1
**committed** [6] 8/13 21/4 27/8 28/22 32/17 40/25
**committing** [3] 9/3 28/25 68/6
**common** [2] 17/11 48/24
**comparative** [1] 25/22
**comparatively** [1] 24/10
**compare** [1] 39/12
**compared** [3] 18/25 25/19 27/7
**comparing** [1] 34/16
**comparison** [2] 28/2 28/5
**comparisons** [2] 24/16 37/17
**complaint** [2] 46/25 47/1
**completely** [1] 37/16
**completion** [1] 69/7
**computer** [1] 2/8
**computer-aided** [1] 2/8
**concede** [2] 18/13 27/3
**conceivable** [2] 6/8 6/12
**conceived** [1] 19/6
**concern** [1] 30/4
**concerned** [1] 33/16
**concerning** [2] 8/6 52/9
**concerns** [1] 28/7
**conclude** [1] 9/16
**concluded** [2] 59/22 71/13
**concludes** [1] 52/8
**conclusion** [1] 45/7
**concurrent** [1] 67/3
**concurrently** [1] 67/2
**conditions** [4] 67/25 68/1 68/3 68/6
**conduct** [33] 17/17 18/13 18/24 21/6 22/17 27/8 28/12 39/14 40/12 42/14 42/15 43/20 56/8 56/18 57/17 57/25 58/4 58/8 58/9 58/15 58/23 58/25 59/1 61/13 61/25 63/7 65/22 66/8 66/18 67/11 67/14 67/19 68/4

**B**

**Conducts** [2] 25/11 58/5
**confederate** [2] 35/10 35/11
**confirm** [1] 4/1
**confirmation** [1] 5/4
**confirmed** [1] 8/1
**conflict** [1] 9/8
**confrontation** [2] 64/4 64/5
**confronted** [1] 57/21
**confronting** [1] 28/21
**confusion** [2] 8/8 8/18
**Congress** [4] 17/15 33/21 62/16 65/18
**connected** [1] 17/10
**connection** [4] 4/14 65/6 70/5 70/6
**Conner** [2] 50/8 50/9 50/11
**conscience** [1] 49/12
**consequence** [1] 58/7
**consequences** [3] 29/10 29/12 36/3
**consider** [16] 10/17 11/19 20/21 25/14 28/5 28/25 34/8 35/19 39/3 44/10 45/17 53/2 53/6 53/13 57/16 66/17
**consideration** [1] 56/16
**considerations** [1] 29/25
**considered** [13] 8/21 9/1 17/2 20/13 24/18 28/23 29/15 34/7 34/15 34/21 43/13 51/1 66/16
**considering** [1] 34/19
**considers** [2] 45/16 55/1
**consistency** [1] 21/7
**consistent** [5] 54/14 66/10 66/11 67/18 70/1
**Constitution** [2] 2/5 35/23 68/21
**contact** [1] 57/7
**contempt** [1] 24/11
**contend** [1] 36/11
**contending** [1] 11/2
**context** [3] 55/2 63/23 65/2
**continuation** [1] 21/5
**continued** [4] 2/1 57/7 63/4 67/13
**continues** [1] 32/9 38/19
**contrary** [1] 30/10
**contributed** [3] 14/13 48/4 56/19
**contribution** [1] 48/5
**control** [1] 47/23
**controlled** [2] 68/8 68/10
**conversation** [1] 50/15
**convict** [2] 7/5 20/16
**convicted** [8] 6/5 13/23 40/18 43/14 43/16 43/24 49/14 61/13

**C**

**conviction [8]** 12/16 16/10 17/6 21/25 22/2 23/16 29/24 44/20
**convictions [27]** 15/16 15/19 21/14 21/15 21/15 22/6 22/24 23/4 24/1 24/10 32/4 32/15 54/5 54/8 54/21 55/4 55/4 55/6 55/11 55/20 55/24 56/2 56/22 58/12 69/15 69/18 69/20
**convinced [3]** 8/12 9/2 21/3
**convincing [1]** 7/13
**cooperate [1]** 68/13
**coordinated [1]** 59/5
**coordinating [1]** 59/6
**cops [4]** 49/21 49/21 49/22 49/24
**correct [6]** 15/2 25/2 31/3 31/10 35/15 72/3
**correction [1]** 15/6
**cost [2]** 70/9 70/11
**could [16]** 13/8 14/10 19/21 29/21 33/6 33/7 33/8 34/15 35/22 37/21 40/20 44/1 46/20 47/3 50/18 58/8
**couldn't [1]** 59/16
**counsel [7]** 13/5 18/17 20/2 20/8 27/18 70/5 70/13
**counseling [1]** 51/25
**count [17]** 15/25 16/1 16/6 16/6 16/13 16/18 16/20 16/21 16/25 16/25 17/1 17/12 17/22 55/20 60/14 66/24 66/25
**Count 1 [1]** 66/24
**Count 11 [1]** 16/21
**Count 2 [2]** 15/25 66/25
**Count 5 [2]** 16/25 17/22
**Count 9 [1]** 16/13
**counting [1]** 54/21
**country [15]** 29/7 34/12 34/23 35/8 35/14 35/17 36/2 37/12 37/19 38/9 39/2 39/9 40/6 64/2 65/3
**country's [2]** 34/22 36/21
**counts [10]** 16/8 17/8 17/14 17/19 23/13 66/23 66/25 67/1 67/1 67/4
**Counts 12 [1]** 67/1
**couple [2]** 22/23 22/24
**course [6]** 6/24 7/2 11/18 37/6 38/11 65/10
**court [73]**
**Court's [7]** 18/11 20/14 25/17 28/7 46/5 54/17 70/8
**court-appointed [2]**

**courthouse [1]** 64/12
**Courtroom [1]** 70/20
**courts [1]** 25/14
**CR [2]** 1/4 57/20
**craft [1]** 40/20
**crafting [1]** 44/10
**create [1]** 27/6
**credible [2]** 7/5 20/15
**crime [5]** 21/6 43/7 43/12 49/7 68/7
**crimes [6]** 19/21 20/16 21/4 24/9 29/15 48/21
**criminal [40]** 3/7 15/15 15/19 15/22 18/1 20/19 21/12 21/14 22/13 22/17 22/20 23/4 23/10 23/14 24/2 26/7 28/16 29/17 35/1 42/22 42/25 43/4 43/5 43/15 44/8 52/25 54/4 54/9 54/10 55/2 55/18 55/23 56/1 56/22 57/8 57/10 57/12 58/3 58/25 66/18
**cross [1]** 16/2
**cross-reference [1]** 16/2
**crowd [9]** 31/16 31/16 36/13 36/15 36/15 40/25 51/19 57/6 60/23
**CRR [2]** 72/2 72/8
**cruel [1]** 47/8
**CS [2]** 36/19 42/12
**culpability [1]** 19/20
**culpable [2]** 58/16 58/17
**culture [1]** 29/6
**cut [1]** 47/17

**D**

**D-o-z-i-e-r [1]** 7/23
**D.C [8]** 1/5 2/6 45/5 49/19 51/15 51/18 59/5 68/22
**D.C. [2]** 8/2 69/17
**D.C. Circuit [2]** 8/2 69/17
**damage [5]** 14/11 14/12 14/12 14/14 49/17
**danger [1]** 56/7
**dangerous [8]** 16/3 16/9 16/16 16/22 17/5 17/17 34/4 57/16
**Daniel [1]** 58/18
**Date [1]** 72/7
**day [34]** 15/4 21/4 21/9 23/24 31/15 33/6 36/7 42/7 42/8 42/14 47/25 49/6 49/17 49/25 50/17 52/6 56/18 57/18 58/1 58/4 59/3 59/7 59/8 60/20 61/12 62/9 62/15 63/20 63/21 64/10 64/14 65/3 65/17 66/8
**days [6]** 14/25 65/20 68/11 68/23 69/21 70/8
**dead [1]** 12/2

**deal [4]** 12/6 65/8 65/8 65/9
**dealing [2]** 12/5 51/7
**dealt [1]** 13/2
**dear [1]** 36/2 36/3
**decide [3]** 36/25 37/9 37/22
**decision [2]** 25/18 59/4
**decisions [1]** 67/22
**decline [2]** 13/10 14/21
**deeply [1]** 29/12
**defendant [17]** 1/7 1/18 3/12 7/18 7/21 8/5 8/13 8/16 10/20 12/12 13/22 28/2 28/3 47/1 53/8 53/12 56/1
**defendant's [4]** 4/19 7/17 10/17 69/7
**defendants [6]** 18/12 20/24 24/17 27/14 34/11 41/20
**defendants' [1]** 7/14
**defended [1]** 58/23
**DEFENDER [1]** 1/18
**defense [11]** 3/10 11/20 15/18 18/17 20/2 20/8 20/12 22/11 40/20 48/16 54/10
**defense's [3]** 19/4 19/16 20/19
**defer [1]** 12/20
**deference [1]** 25/10
**degree [5]** 25/18 27/9 53/20 64/14 67/9
**delivered [1]** 50/16
**democracy [8]** 34/5 34/10 34/13 34/15 34/22 36/23 39/22 65/4
**democratic [1]** 34/19
**demonstrate [1]** 45/11
**demonstrated [1]** 42/11
**demonstrates [4]** 31/24 38/6 38/7 42/8
**demonstrating [1]** 38/25
**demonstrations [1]** 37/13
**departure [1]** 27/6
**depicted [2]** 13/22 13/23
**deploy [1]** 63/3
**deployed [3]** 36/17 36/18 42/12
**deprive [1]** 10/20
**Deputy [1]** 70/20
**describe [1]** 43/9
**described [3]** 22/14 45/15 59/24
**deserved [1]** 26/13
**deservedly [1]** 58/10
**despite [1]** 39/22
**deter [2]** 45/25 46/6
**determined [3]** 15/18 55/22 68/12
**determining [1]** 10/14
**deterred [1]** 46/1

**deviated [1]** 26/23
**did [47]** 5/20 5/24 6/16 12/17 20/2 20/7 23/12 23/13 23/21 24/25 25/5 33/6 33/20 33/22 34/18 35/8 35/9 35/10 35/17 36/11 37/4 40/19 40/21 42/2 43/18 43/22 44/18 47/16 48/13 48/21 49/12 49/19 49/20 49/21 49/21 49/24 50/2 53/19 53/20 57/18 59/2 59/9 60/6 60/6 61/19 63/19 66/11
**didn't [23]** 6/3 13/14 19/16 31/1 36/6 36/7 36/16 36/19 37/5 48/20 49/13 49/15 49/23 51/15 56/25 57/14 57/15 59/7 62/1 62/21 64/10 64/20 67/8
**different [18]** 9/4 13/2 13/5 17/3 17/13 28/8 35/9 37/16 38/6 38/7 43/3 43/17 55/9 56/19 63/22 65/19 65/20 67/22
**differently [3]** 14/16 29/21 65/13
**difficult [3]** 30/3 42/10 51/2
**dig [1]** 21/17
**diploma [1]** 53/21
**direct [3]** 30/22 34/13 67/12
**directly [7]** 34/14 35/7 43/1 57/6 59/19 60/1 60/2
**disagree [5]** 5/17 15/4 18/21 19/4 19/19
**disagreements [1]** 6/15
**discount [2]** 27/4 27/5
**discretionary [1]** 68/1
**discuss [2]** 24/21 28/4
**discussed [3]** 6/7 34/10 47/1
**discussing [1]** 25/6
**disgorged [1]** 11/7
**dismissed [1]** 21/24
**disobedience [1]** 39/3
**disorder [1]** 16/1
**disparities [3]** 28/6 53/15 56/15
**disparity [3]** 18/15 24/14 27/7
**displayed [3]** 6/10 6/11 41/19
**displaying [1]** 6/6
**dispute [1]** 29/16
**disputes [2]** 32/19 33/1
**disputing [1]** 29/17
**disrupt [2]** 34/22 63/11
**dissimilar [1]** 43/14
**distinction [1]** 32/21
**district [14]** 1/1 1/1 1/10 1/14 1/19 25/15

**5/19 26/21 27/13 59/3 68/21 69/4 69/12 69/14
**DNA [1]** 68/13
**do [46]** 6/16 6/19 14/21 14/23 18/24 19/6 20/18 23/4 24/13 25/20 27/4 27/6 27/25 29/4 29/20 29/21 29/24 30/21 31/23 34/23 35/16 39/13 39/21 44/5 45/11 45/20 45/22 46/4 46/8 48/5 49/13 50/18 50/22 56/6 57/1 57/24 59/23 60/25 61/2 62/8 63/24 66/13 66/14 66/14 69/15 69/21
**does [14]** 10/9 14/16 17/12 21/13 23/1 31/17 31/20 40/7 44/14 46/10 46/14 51/8 63/21 65/2
**doesn't [5]** 38/17 41/3 60/12 65/9 65/10
**doing [5]** 29/10 39/21 63/20 64/25 66/5
**DOJ [1]** 1/13
**DOJ-USAO [1]** 1/13
**domestic [1]** 22/7
**don't [34]** 9/14 9/19 10/22 10/23 10/24 11/5 18/5 20/3 26/12 26/20 27/8 30/20 30/25 31/11 35/23 41/1 41/13 41/14 41/17 41/18 47/6 54/8 55/20 64/7 64/16 64/18 64/19 65/14 65/14 65/15 67/20 68/16 71/1 71/5
**donations [1]** 10/24
**done [16]** 11/17 13/17 20/25 21/2 29/4 29/19 33/7 33/9 42/5 45/9 49/17 51/16 62/23 66/4 66/16 67/15
**doubled [1]** 49/19
**doubled-down [1]** 49/19
**doubt [1]** 48/1
**down [8]** 18/11 21/17 24/20 25/21 33/8 33/10 49/19 50/17
**downed [1]** 36/13
**downward [2]** 24/23 25/18
**dozens [1]** 62/18
**Dozier [1]** 7/22
**draconian [1]** 56/5
**dramatically [2]** 55/1 55/13
**draw [1]** 37/17
**drew [1]** 64/17
**driving [2]** 22/2 23/19
**drop [1]** 53/20
**dropping [1]** 49/18
**drug [4]** 54/3 55/8 68/10 68/12
**DUIs [1]** 57/10
**Dunnigan [1]** 8/9
**during [6]** 7/2 9/3

**D**

**during... [4]** 39/17
48/22 50/10 55/7

**E**

**each [1]** 25/22
**earlier [1]** 13/2 55/5
**early [2]** 53/19 53/20
**earning [3]** 10/18
11/11 11/13
**Edmund [2]** 40/4 64/24
**educational [1]** 53/12
**educational/vocational**
**[1]** 53/12
**effect [2]** 8/11 60/5
**effective [1]** 70/4
**effects [1]** 42/4
**efforts [3]** 11/13 11/14
18/16
**egregious [1]** 18/14
**eight [2]** 26/8 47/15
**either [9]** 5/8 24/11
26/8 26/22 26/23 27/23
54/6 70/5 70/25
**election [9]** 33/23
33/25 34/7 34/16 34/21
37/10 38/12 62/10
65/12
**Electoral [1]** 62/16
**Ellipse [1]** 51/19
**eloquently [1]** 65/21
**else [5]** 11/23 15/9
46/8 63/8 70/14
**Email [2]** 1/16 1/21
**embedded [1]** 35/11
**embody [1]** 17/17
**encroaches [1]** 23/17
**end [4]** 38/17 51/1
55/13 65/15
**ended [1]** 59/10
**ends [2]** 32/9 59/18
**enforcement [12]** 17/9
21/16 21/23 40/3 40/7
40/9 42/13 42/17 43/16
43/23 44/9 54/7
**engage [8]** 20/3 29/14
30/21 35/17 37/5 40/20
42/16 46/3
**engaged [14]** 18/24
19/1 32/8 34/14 35/19
37/4 39/5 40/1 40/16
40/16 42/25 43/20
44/23 58/4
**engaging [2]** 39/14
67/14
**enhanced [2]** 16/11
26/8
**enhancement [12]** 4/8
5/7 5/18 6/17 7/15 9/21
9/24 10/5 16/4 16/4
16/23 17/7
**enough [2]** 15/17 52/5
**entered [1]** 60/8
**enters [2]** 59/14 69/22
**entirely [3]** 6/13 40/17
43/3
**entirety [1]** 14/6
**entry [1]** 70/8

**equivalence [2]**
39/1
**equivocating [2]** 37/13
39/25
**error [2]** 15/3 15/3
**escalate [1]** 55/1
**escalates [1]** 55/13
**especially [4]** 37/11
39/13 44/8 46/3
**essentially [7]** 5/13
9/20 11/2 11/8 36/18
47/19 54/14
**establish [1]** 68/4
**establishes [1]** 12/12
**et [1]** 10/15
**ethical [1]** 18/18
**evaluate [1]** 7/14
**evaluated [1]** 61/21
**even [12]** 9/15 13/6
22/2 27/4 34/1 35/21
36/11 37/11 39/10
39/19 45/14 64/21
**event [5]** 9/17 29/17
30/2 34/25 38/15
**events [5]** 21/2 39/10
43/15 47/22 58/1
**ever [4]** 20/25 21/2
51/18 52/3
**every [2]** 29/8 52/6
**everybody [1]** 3/18
**Everybody's [1]** 56/18
**everyone [4]** 3/5 3/15
52/20 71/10
**everyone's [1]** 66/14
**evidence [21]** 6/13 8/1
8/12 9/2 9/15 14/13
18/24 20/4 30/10 30/11
31/19 31/20 42/18 44/1
44/3 45/3 46/1 46/23
49/13 59/24 61/21
**exactly [1]** 31/6 36/24
59/16
**example [5]** 30/5 30/15
31/19 31/24 57/11
**except [1]** 12/12
**exception [2]** 22/23
26/22 64/16
**excessive [2]** 39/2 39/6
**exclude [1]** 14/3
**excuse [11]** 8/13 9/5
10/3 10/3 11/20 22/15
26/18 55/14 64/25
69/10 69/19
**execute [1]** 69/5
**exhibited [1]** 64/14
**exhibits [1]** 4/19
**expect [1]** 29/9
**expectations [1]** 68/4
**experienced [1]** 59/25
**explain [1]** 17/1
**explanations [1]** 48/19
**extensive [2]** 54/3 54/4
**extent [5]** 32/25 33/24
35/21 42/2 46/6

**F**

**F.3d [3]** 7/12 7/23 8/2
**face [1]** 34/13

**faced [1]** 35/1
**facility [1]** 70/20
**facing [1]** 20/17
**fact [20]** 9/3 9/10 12/14
14/7 29/3 29/25 32/13
32/14 32/19 35/11
35/16 39/2 39/24 41/2
42/7 44/7 44/17 46/22
48/12 49/4
**factor [2]** 20/20 56/14
**factoring [1]** 54/16
**factors [6]** 29/4 29/6
53/2 53/6 56/12 66/17
**facts [5]** 5/18 5/21 6/15
9/6 26/14
**failing [1]** 24/11
**failure [1]** 54/12
**fair [3]** 24/12 55/18
66/6
**fall [1]** 54/22
**falling [1]** 52/4
**falls [1]** 58/15
**false [3]** 8/6 8/7 8/15
**falsehoods [1]** 8/22
**familial [1]** 35/24
**family [10]** 42/25 44/18
45/1 45/3 45/13 45/19
47/7 47/10 49/8 52/2
**famous [1]** 38/18
**Fanone [1]** 57/6
**far [12]** 11/14 23/14
27/5 27/21 35/12 48/5
52/6 56/4 56/4 56/19
57/18 58/7
**fare [1]** 21/5
**farther [1]** 30/14
**father [7]** 28/14 44/18
50/3 50/21 50/22 53/18
53/23
**Fathers [1]** 35/21
35/22
**fault [1]** 40/19
**faulty [2]** 8/8 8/18
**favorable [4]** 7/17 7/21
32/18 40/14
**FBI [1]** 61/8
**FCI [3]** 71/1 71/1 71/1
**fd.org [1]** 1/22
**fear [1]** 52/5
**fears [1]** 52/4
**federal [2]** 1/18 68/7
**feel [2]** 47/8 52/9
**feeling [1]** 51/14
**fees [1]** 13/4
**feet [2]** 59/10 59/10
**felony [2]** 23/20 23/23
**felt [3]** 12/19 47/4 49/4
**Ferguson [3]** 38/1 38/4
38/18
**few [7]** 22/21 38/6
38/16 45/7 52/13 56/25
58/23
**Fight [1]** 60/7
**figured [1]** 49/16
**figuring [1]** 66/8
**file [5]** 69/20 69/23
69/25 70/3 70/10

**final [1]** 52/24
**financial [6]** 10/18
11/10 11/19 11/21
68/19 68/25
**find [8]** 6/3 20/15 25/21
40/16 41/21 44/1 48/24
59/23
**findings [1]** 8/5
**finds [2]** 59/18 68/16
**fine [15]** 4/8 5/11 10/8
10/10 10/15 12/7 12/12
12/21 13/9 13/10 18/3
53/1 68/17 68/17 70/25
**fireworks [1]** 29/9
**first [4]** 1/19 12/25 16/7
28/9
**five [5]** 23/17 23/18
23/22 23/22 55/12
**five-year [3]** 23/17
23/18 55/12
**fix [1]** 14/25
**fixed [1]** 15/1
**fixes [1]** 32/11
**flagpole [1]** 56/23
**flash [1]** 36/18
**flat [1]** 62/14
**flat-out [1]** 62/14
**fleeing [2]** 47/18 47/19
**floor [2]** 54/2 59/19
**Florida [3]** 42/24 44/17
50/20 54/13
**focused [1]** 50/10
**focuses [1]** 45/1
**folks [1]** 52/13
**followed [2]** 36/15
51/18
**following [2]** 54/15
67/25
**follows [2]** 15/24 66/24
**foot [1]** 51/11
**force [3]** 34/20 39/3
39/6
**foregoing [1]** 72/3
**forehead [1]** 22/1
**forfeit [1]** 40/8
**forfeited [1]** 39/9
**forget [2]** 34/23 62/13
**form [1]** 11/8
**forth [4]** 8/22 15/20
53/3 53/5
**forward [4]** 20/6 30/14
62/23 63/9
**fought [1]** 34/24
**found [7]** 7/4 12/6
12/18 19/25 27/13
48/21 61/21
**Founding [2]** 35/21
35/22
**four [11]** 16/3 21/14
24/5 28/8 50/3 53/22
54/6 55/15 58/4 58/13
65/25
**four-level [1]** 16/3
**fourth [2]** 28/13 28/15
**framers [2]** 35/23
35/24
**framework [2]** 7/9 8/21

**frankly [12]** 6/6 15/2
28/1 29/7 34/4 34/13
37/9 41/15 44/19 48/17
56/7 70/23
**free [1]** 52/10
**front [16]** 20/22 20/23
30/13 30/20 30/22
30/23 31/2 33/8 36/15
41/14 41/15 41/25 49/6
57/4 60/13
**full [2]** 50/13 69/1
**fully [2]** 20/15 24/9
**fun [3]** 21/9 60/21 61/4
**fundamentally [1]**
18/21
**funding [2]** 11/13
11/14
**funds [1]** 44/22
**funny [2]** 23/11 54/18
**further [3]** 5/9 46/2
67/3
**Furthermore [1]** 47/17
**future [4]** 11/10 11/11
11/12 46/3

**G**

**gains [2]** 10/21 11/7
**gas [4]** 36/19 38/2
42/12 56/24
**gathered [1]** 62/17
**gave [1]** 8/6
**general [2]** 29/4 35/13
**generally [1]** 33/16
**generals [1]** 35/11
**gentleman [3]** 37/25
57/19 58/19
**genuinely [1]** 64/7
**get [6]** 32/1 41/17 52/2
62/2 63/7 65/17
**gets [2]** 21/18 65/5
**getting [1]** 38/13
**girl [2]** 50/12 50/18
**girlfriend's [2]** 21/21
22/7
**give [2]** 26/1 44/24
**given [9]** 8/21 13/7
23/20 23/22 23/22
29/25 41/23 45/20 46/3
**gives [2]** 32/10 32/11
60/12
**GiveSendGo [1]** 12/16
**glass [1]** 22/1
**glove [1]** 28/14
**go [21]** 3/24 4/9 4/11
10/3 15/13 25/20 26/13
28/13 36/22 37/1 37/11
38/14 39/8 39/23 40/9
41/3 41/7 41/10 46/19
51/16 71/2
**Go ahead [1]** 41/10
**goal [1]** 45/13
**goals [2]** 44/13 45/24
**goes [8]** 23/14 30/14
30/18 30/19 33/4 42/21
48/6 50/24
**going [25]** 9/21 9/22
10/5 12/6 14/21 14/22
25/7 29/19 41/13 42/7

**G**

going... [15] 45/4 45/6 46/6 61/10 62/4 62/24 63/6 63/9 63/12 63/24 66/9 66/10 66/22 66/23 71/2

gone [7] 8/25 11/21 13/4 29/22 39/9 39/18 63/8

good [9] 3/4 3/6 3/14 3/16 46/17 46/18 49/12 63/2 71/8

Good morning [4] 3/4 3/14 46/17 46/18

Gore [1] 34/17

got [8] 23/17 23/18 36/13 56/21 57/23 58/9 60/22 67/8

gotten [1] 11/7

government [27] 1/13 3/9 5/7 9/6 10/9 10/10 11/1 11/19 12/24 13/10 13/13 14/11 14/16 15/4 18/5 18/7 18/22 23/1 31/14 32/19 36/8 40/15 44/20 49/20 57/2 57/15 59/15

government's [7] 4/18 4/21 6/22 12/8 22/10 30/11 54/5

grabbing [3] 21/23 38/2 41/16

grade [1] 53/20

grandmother [2] 50/20 51/4

grant [1] 27/23

granted [2] 26/3 47/20

gratuitous [1] 41/19

great [1] 51/13

greater [3] 44/12 53/4 58/7

grid [1] 54/23

ground [2] 10/9 13/7

grounds [1] 47/5

group [16] 17/8 17/12 17/14 17/16 17/20 17/21 17/22 31/8 31/12 31/13 40/3 58/20 59/10 59/11 60/13 64/23

grouping [1] 17/1

groups [1] 37/15

guess [3] 10/8 13/1 22/23

Guideline [6] 16/1 16/5 16/15 25/22 55/14 55/14

Guidelines [33] 4/9 9/23 9/24 15/8 15/13 15/24 18/2 18/4 18/9 19/2 24/22 24/24 25/13 26/5 26/7 26/10 26/12 26/23 27/22 28/18 42/21 43/9 43/10 52/22 52/25 54/18 55/1 55/16 55/21 55/21 56/2 56/5 56/6

Guidelines Range [4] 18/2 18/9 24/24 52/25

**guilt [1]** 68/10

guilty [5] 5/16 6/9 48/21 48/25 61/22

gun [1] 64/17

**H**

had [37] 6/3 7/24 9/4 9/9 9/10 9/16 13/4 14/6 14/7 20/9 21/9 22/16 22/22 26/7 30/5 31/9 33/5 33/9 33/10 33/17 34/13 36/12 36/13 37/10 39/5 40/15 42/16 51/10 51/14 54/3 57/8 57/22 58/11 58/12 60/5 60/23 63/14

hadn't [1] 9/11

half [2] 48/8 58/13

hand [4] 28/13 30/18 58/11 59/18

handcuff [1] 38/24

handed [5] 18/11 24/19 25/21 60/9 62/2

handful [1] 50/9

handing [4] 19/8 32/4 32/5 62/4

hands [3] 50/16 60/10 60/11

happen [6] 31/2 33/23 38/15 46/20 65/9 65/10

happened [6] 30/5 33/17 33/18 44/25 64/8 64/22

happening [3] 31/4 37/19 42/8

happens [4] 57/12 60/4 65/11 65/11

happiest [1] 50/17

happy [5] 5/8 12/1 25/25 41/11 46/13

hard [1] 62/12

hardly [1] 9/12

hardworking [2] 28/14 44/18

harm [4] 13/25 14/6 33/5 41/5

harsh [1] 24/22

harshly [1] 18/23

has [56] 4/2 5/4 5/7 11/12 11/20 11/20 11/23 12/14 12/15 12/24 13/5 13/8 13/9 13/15 14/9 15/18 15/18 18/7 20/4 21/14 22/16 22/19 24/23 28/15 28/20 31/14 32/14 34/8 34/10 34/13 36/5 37/12 37/20 39/9 40/6 41/12 42/22 42/23 42/25 44/20 45/17 45/19 46/2 46/9 50/9 51/10 53/21 53/23 54/3 55/3 57/2 63/25 64/5 65/4 65/21 66/15

haunting [1] 34/9

have [105]

haven't [1] 63/10

having [5] 25/11 26/19

he [173]

He said [1] 61/10

he'd [1] 46/10

he's [22] 11/24 12/8 12/12 18/17 20/17 24/4 32/2 41/25 44/25 45/2 45/4 45/5 46/4 50/9 51/12 53/22 53/23 55/6 58/16 64/1 66/10 71/2

Head [3] 24/16 57/2 57/17

heads [2] 60/4 60/13

hear [4] 4/10 5/8 12/1 18/5 46/13

heard [5] 4/11 5/9 6/19 24/21 41/6

heart [1] 51/10

Heave [12] 19/12 19/17 20/5 30/12 30/21 31/1 31/3 31/8 31/20 31/22 31/25 60/17

Heave Ho [11] 19/12 19/17 20/5 30/12 30/21 31/1 31/3 31/20 31/22 31/25 60/17

Heave Hoing [1] 31/8

heightened [1] 7/25

held [6] 30/5 31/12 33/17 40/24 41/24 55/23

hell [1] 48/2

Hello [1] 50/15

help [1] 45/13

helping [1] 51/8

helps [1] 45/11

Hence [1] 52/2

her [14] 13/24 13/25 14/6 21/21 21/22 38/23 38/23 38/24 50/6 50/15 51/9 51/9 51/10 51/18

here [23] 5/12 5/22 9/18 10/14 11/14 12/18 22/21 29/2 29/16 31/11 32/3 40/13 42/1 42/22 43/11 44/10 45/10 46/22 49/25 56/14 66/16 66/20 67/8

heroes [1] 30/7

high [1] 51/1

highest [1] 17/24

him [37] 5/25 6/5 7/5 10/23 18/23 19/24 20/10 20/16 22/5 22/9 22/18 23/14 27/23 30/21 30/21 33/13 37/21 39/8 40/18 41/23 43/16 45/3 45/4 45/25 46/14 50/10 50/22 56/4 56/4 56/23 56/24 57/7 57/21 59/7 60/3 60/9 67/16

himself [5] 12/15 38/13 45/4 51/13 60/5

his [95]

historical [2] 35/6 63/23

history [43] 15/15

**I** (next column)

**I**

I also [2] 48/15 53/13

I am [7] 36/4 39/25 48/14 51/23 51/23 52/2 63/24

I apologize [1] 45/8

I assume [2] 4/23 63/7

I believe [4] 38/21 47/25 48/2 59/22

I can [9] 5/10 10/10 11/19 14/14 14/23 23/21 26/25 46/23 50/23

I can't [2] 49/12 50/14

I couldn't [1] 59/16

I did [10] 12/17 25/5 48/21 49/12 49/19 49/20 49/21 49/21 49/24 50/2

I didn't [4] 13/14 49/13 49/15 49/23

I didn't see [1] 64/20

I don't [10] 9/14 9/19 10/22 10/24 20/3 26/20 47/6 64/7 67/20 71/1

I guess [2] 10/8 22/23

I have [12] 5/4 10/9 15/1 26/15 28/8 40/12 46/8 47/24 48/8 50/5 51/21 62/12

I hope [1] 46/19

I mean [13] 10/10 11/6 11/18 11/23 12/23 12/23 26/4 26/9 62/15 62/22 63/7 64/11 65/25

I occupied [1] 49/7

I say [1] 11/18

I should [2] 13/15 49/10

I think [33] 7/6 9/12 10/11 10/19 11/4 14/23 15/2 15/3 18/17 18/19 19/16 20/4 25/4 26/11 26/21 28/1 28/4 28/19 30/13 32/14 34/7 35/22 37/15 43/25 52/5 54/25 56/2 56/5 61/14 65/24 65/24 67/11 67/16

I understand [11] 5/21 10/11 11/15 14/11 20/13 28/7 47/21 47/22 62/9 62/11 65/25

I viewed [1] 19/14

I want [6] 29/18 36/4 36/6 40/11 44/24 50/22

I was [6] 47/11 47/12 47/12 47/13 47/15 49/6

I went [2] 50/1 51/17

I will [6] 5/12 47/7 52/14 63/23 64/1 69/9

I'd [2] 28/11 48/20

I'll [20] 3/24 4/1 4/5 4/7 4/10 6/22 10/3 12/20 13/9 14/18 15/5 15/22 17/1 15/24 28/4 29/23 40/13 56/8 56/12 67/8

I'm [40] 5/8 9/1 9/21 9/22 10/4 12/1 12/2 12/2 12/6 13/6 14/14 14/21 14/22 15/5 15/9 21/3 25/25 34/16 35/15 37/13 39/12 41/11 44/24 45/6 45/8 46/13 47/12 48/10 49/7 49/10 50/3 50/16 51/17 51/18

hit [6] 9/10 59/21 59/23 59/24 59/25 60/1

hitting [2] 21/19 64/21

Ho [11] 19/12 19/17 20/5 30/12 30/21 31/1 31/3 31/20 31/22 31/25 60/17

Hoing [1] 31/8

Hoing' [1] 61/11

hold [3] 33/20 36/2 41/22

holding [3] 30/7 41/16 49/13

holds [2] 32/7 36/2

home [12] 20/10 21/9 36/22 37/1 39/8 39/9 39/18 39/23 40/9 46/19 50/8 70/24

honestly [1] 48/18

Honor [38] 3/6 3/19 3/20 4/4 5/1 5/2 5/11 6/20 6/21 7/3 12/4 14/17 15/10 15/11 18/6 18/7 18/16 19/15 20/18 20/22 23/2 23/9 24/13 24/18 25/3 25/9 25/17 26/17 26/25 27/17 27/20 41/9 45/9 52/11 70/16 70/17 70/19 71/7

HONORABLE [3] 1/10 3/2 52/18

hook [2] 13/24 14/6

hope [4] 46/19 49/10 65/13

Hopefully [1] 50/22

hour [2] 45/9 58/21

house [6] 21/21 22/7 27/23 47/8 47/20 51/13

household [1] 47/10

how [20] 3/22 13/24 20/5 21/11 24/22 24/22 25/11 25/24 25/23 35/6 38/14 43/6 44/14 44/16 54/16 54/25 55/16 57/11 61/1 67/8

however [4] 14/5 52/8 55/5

humbly [1] 47/5

hundreds [1] 62/19

**I**

**I'm... [6]** 51/18 51/21 51/22 52/5 52/6 66/17
**I'm going [3]** 9/22 14/21 45/6
**I'm just [1]** 13/6
**I'm not [12]** 9/17 9/21 10/4 12/6 14/14 21/3 34/16 35/15 37/13 39/12 51/21 51/22
**I'm sorry [5]** 47/12 49/10 51/17 51/18 51/18
**I'm sure [1]** 48/10
**I've [19]** 3/24 4/14 8/21 8/24 8/24 9/18 10/8 13/17 19/6 24/21 25/20 52/3 56/12 57/24 64/11 66/13 66/13 66/14 68/15
**I've not [1]** 68/15
**iconic [3]** 37/24 38/3 38/25
**idea [2]** 63/2 63/15
**ideals [1]** 29/14
**identify [2]** 28/3 29/2
**identifying [1]** 22/5
**III [1]** 55/15
**ill [1]** 11/7
**ill-gotten [1]** 11/7
**illegal [2]** 10/23 10/25
**illegally [1]** 10/21
**illegitimate [1]** 34/20
**image [1]** 5/25
**imagination [1]** 61/18
**imagine [2]** 23/21 51/12
**immediately [2]** 58/24 68/20
**impact [2]** 23/4 24/2
**implications [1]** 34/9
**important [6]** 29/3 32/3 42/1 42/3 43/5 56/14
**importantly [1]** 11/25
**impose [12]** 10/5 10/10 10/15 12/11 13/9 13/10 14/15 27/22 44/11 45/11 45/23 53/3
**imposed [4]** 53/9 67/19 68/4 68/15
**imposing [1]** 33/19
**imposition [1]** 68/17
**impossible [4]** 7/4 20/15 36/25 42/10
**impressions [1]** 11/25
**imprisonment [5]** 23/17 23/19 25/22 45/23 46/5
**inaccurate [2]** 8/17 8/19
**incarceration [2]** 44/15 66/22
**incident [3]** 34/2 39/11 42/23
**incidents [1]** 44/8
**include [2]** 53/6 68/6
**includes [3]** 6/5 17/10 69/4

**including [9]** 9/14 10/24 21/15 37/3 48/25 54/5 54/7 55/4 58/5 66/17
**income [1]** 10/18
**inconsistent [1]** 5/20
**incontrovertible [1]** 5/21
**incorrect [1]** 19/18
**increases [1]** 43/6
**incredibly [1]** 18/18
**indicated [2]** 9/9 37/20
**indicates [2]** 36/22 43/25
**indication [1]** 59/4
**indications [1]** 53/19
**indigent [1]** 12/6
**indiscriminate [1]** 39/16
**individual [4]** 17/11 51/24 54/20 54/20
**inflection [1]** 35/4
**ingrained [1]** 29/6
**initial [1]** 11/25
**injure [2]** 43/23 44/6
**injured [3]** 33/22 39/15 58/22
**inside [1]** 42/3 58/22
**installer [1]** 54/2
**instead [2]** 45/19 49/18
**instigated [1]** 58/7
**instructed [1]** 48/23
**instructions [1]** 47/2
**insurrection [2]** 34/2 37/14
**intend [1]** 18/14
**intended [2]** 33/5 42/16
**intent [7]** 8/7 22/7 32/1 33/5 41/4 41/23 44/6
**intentionally [1]** 48/3
**interaction [1]** 22/20
**interestingly [1]** 23/15
**interim [1]** 13/17
**Internet [1]** 12/18
**interpretation [1]** 61/18
**interview [1]** 61/8
**intoxication [1]** 57/11
**Investigation [6]** 4/2 4/16 8/23 15/21 68/3 69/3
**involve [2]** 17/14 34/18
**involved [1]** 32/13
**involvement [1]** 31/23
**involves [3]** 17/2 17/9 17/13
**involving [1]** 13/21
**is [251]**
**is there [1]** 70/14
**isn't [4]** 30/3 60/17 62/21 64/23
**issue [8]** 12/24 14/3 14/22 20/18 27/3 28/21 39/21 47/16
**issues [2]** 15/8 22/17
**it [142]**
**it would be [2]** 7/3 9/15

**I'm [46]** 11/6 11/23 13/1 13/7 13/21 13/21 14/2 26/4 34/1 34/11 36/25 37/8 38/3 38/14 38/21 38/25 41/10 42/1 43/5 47/4 47/6 48/10 52/5 54/21 54/23 55/25 61/18 62/14 62/23 62/23 62/25 63/4 63/18 63/18 63/19 65/1 65/5 65/8 66/5 66/5 67/18 71/1 71/2
**its [7]** 6/22 18/10 21/6 29/8 34/13 39/7 40/6
**itself [6]** 6/22 25/11 27/6 34/24 42/12 43/3

**J**

**jail [1]** 45/5
**James [1]** 1/13
**January [23]** 14/9 21/1 24/19 25/12 28/17 28/20 29/16 29/22 30/4 34/2 37/14 39/11 40/1 44/24 47/22 51/15 56/16 60/22 61/2 61/16 64/8 64/13 65/7
**January 6th [20]** 21/1 24/19 25/12 28/17 28/20 29/16 29/22 30/4 34/2 37/14 39/11 40/1 44/24 47/22 51/15 56/16 61/16 64/8 64/13 65/7
**Jeffrey [2]** 30/15 30/17
**Jeffrey Scott Brown [1]** 30/15
**Jeffrey Scott Brown's [1]** 30/17
**Jen [6]** 50/5 50/5 50/8 50/9 51/6 51/14
**Jennifer [1]** 52/1
**job [2]** 49/3 49/3
**judge [9]** 1/10 20/23 22/18 22/18 25/22 32/3 49/11 64/12 69/14
**judged [1]** 64/5
**judges [4]** 25/19 25/23 26/21 27/13
**judgment [2]** 69/22 70/8
**June [2]** 1/5 72/7
**jurisdiction [3]** 69/10 69/10 69/11
**jurors' [1]** 49/3
**jury [12]** 6/3 6/8 6/8 7/4 20/15 40/15 40/18 46/24 47/2 48/23 59/22 61/20
**just [47]** 3/22 3/24 4/1 4/13 7/9 9/8 12/2 13/6 13/18 15/13 18/20 21/10 23/8 23/17 25/24 26/1 27/8 31/2 31/8 32/3 33/1 37/11 38/15 39/6 45/9 47/11 47/13 52/22 53/10 53/22 54/15

**J** (cont.)

**justice [6]** 4/8 5/18 6/25 8/20 22/20 63/24

**K**

**keep [4]** 50/10 60/16 62/19 63/12
**Keeper [1]** 13/16
**Kelli [2]** 2/2 3/11
**Kelli Willett [2]** 2/2 3/11
**kept [2]** 62/23 63/9 63/20
**kick [1]** 49/24
**kid [1]** 50/11
**kids [1]** 51/8
**kill [1]** 21/22
**killed [2]** 33/22 38/1
**kind [4]** 9/19 22/22 28/13 29/1
**kinds [2]** 53/13 65/20
**Kitty [1]** 50/15
**knew [2]** 20/7 67/14
**knocker [1]** 19/23
**know [28]** 9/8 9/12 10/23 11/5 11/9 11/14 12/11 13/19 14/25 23/10 26/6 26/9 26/12 26/12 31/11 33/15 44/14 53/17 56/21 57/19 57/24 58/15 60/16 62/15 64/16 64/18 64/19 65/18
**known [1]** 62/6
**knows [1]** 33/17

**L**

**lady [1]** 38/21
**language [3]** 7/20 7/21 7/24
**large [6]** 29/17 33/11 35/1 40/11 45/24 55/3
**largely [8]** 22/14 22/19 32/15 35/17 38/20 42/22 53/18 54/12
**largest [1]** 28/7
**last [6]** 4/23 22/19 22/24 24/6 52/7 59/3
**last-minute [1]** 59/3
**lastly [2]** 20/18 24/13
**late [2]** 22/24 55/6
**later [3]** 21/24 38/18 61/3
**law [18]** 17/9 21/16 21/23 40/3 40/7 40/9 42/12 42/16 43/16 43/23 44/9 45/25 48/9 48/10 53/10 54/7 56/10 56/14
**lawfully [1]** 43/19
**lawyer [2]** 61/25 70/12
**lay [1]** 7/9
**leading [1]** 13/19
**learned [1]** 48/14

**L** (cont.)

**least [9]** 10/14 11/22 15/8 24/24 29/9 38/9 47/23 56/2 68/11
**leave [4]** 15/5 20/7 39/20 61/17
**leaves [2]** 30/23 30/23 61/10
**left [3]** 20/9 60/15 61/10
**legal [6]** 7/9 10/12 13/4 15/3 15/3 48/10
**legitimate [4]** 34/6 34/7 34/22 36/20
**legitimately [2]** 37/8 37/9
**lengthy [2]** 44/14 45/23
**less [4]** 28/17 42/4 42/15 44/9
**let [11]** 3/22 4/13 7/9 13/18 15/13 26/1 52/22 53/16 54/15 56/15 60/25
**let's [7]** 5/6 10/7 13/12 52/13 54/22 59/1 63/17
**let's see [1]** 54/22
**letter [4]** 4/20 48/9
**level [22]** 9/19 9/24 9/25 10/2 10/5 16/2 16/3 16/4 16/5 16/8 16/11 16/12 16/15 16/16 16/20 16/21 16/23 17/5 17/6 17/7 17/24 52/25
**levels [3]** 16/11 16/23 26/8
**liability [3]** 6/7 32/5 42/22
**liberty [1]** 35/25 66/4
**license [2]** 22/3 23/20
**lied [1]** 9/16
**life [10]** 28/15 42/23 44/16 49/8 50/17 50/21 51/20 51/22 53/18 66/3
**lifetime [1]** 21/5
**light [6]** 7/17 7/20 9/25 13/16 32/18 40/14
**lightly [1]** 66/5
**like [10]** 11/21 19/24 28/11 33/6 41/2 41/19 46/10 56/21 58/2 70/15
**likely [5]** 15/5 43/7 46/5 46/6 63/24
**line [20]** 30/5 30/7 30/13 30/17 30/20 30/23 31/2 31/25 33/8 33/17 33/20 38/22 41/25 57/4 58/13 59/12 59/13 60/13 62/25 65/16
**lines [3]** 41/14 41/16 49/6
**list [2]** 15/9 25/20
**listening [1]** 51/17
**little [11]** 13/4 19/11 26/4 42/19 48/19 50/12 56/18 58/17 58/25 61/17 67/16
**live [3]** 35/12 51/5 69/13

**L**

lived [2] 37/18 39/5
lives [8] 37/14 37/20
37/25 38/5 38/19 50/20
53/24 64/4
local [1] 68/7
long [1] 53/22
long-term [1] 53/22
longer [3] 32/8 41/8
55/23
longest [2] 24/19 25/21
look [5] 11/1 12/23
21/12 22/12 43/4
looked [4] 8/25 9/18
25/22 26/19
looking [2] 13/6 25/12
looks [1] 60/10
lose [3] 49/8 56/24
65/12
loss [1] 65/13
lot [5] 42/6 42/7 51/22
56/1 65/25
Louisiana [1] 38/22
love [1] 52/1
Lower [9] 6/10 33/14
43/24 58/20 59/9 59/14
59/17 60/8 63/5
Lower West Terrace
[1] 33/14
Lubbock [1] 1/15
luck [1] 71/8

**M**

mad [1] 61/1
made [6] 12/14 18/10
33/21 50/5 60/23 67/21
majority [1] 23/2
make [15] 8/5 12/6
15/5 21/13 25/25 29/18
40/8 43/22 54/15 57/7
59/9 59/16 63/5 63/17
68/14
makes [5] 19/22 59/17
65/19 65/19 67/16
making [1] 66/8
MALY [92]
Maly's [21] 18/12 19/21
20/12 20/19 21/8 22/13
24/17 27/2 28/3 28/18
33/2 33/5 40/12 42/14
44/8 44/15 55/18 58/15
66/7 66/18 69/10
man [1] 22/13
manages [1] 50/9
mandatory [2] 67/25
68/6
many [10] 28/25 29/5
33/6 34/10 34/20 39/11
39/15 42/15 45/16 55/4
Mark [1] 1/18
MARKUS [5] 1/6 3/8
21/3 27/2 48/25
Markus Maly [3] 3/8
21/3 48/25
Markus Maly's [1] 27/2
married [2] 50/5 53/21
mask [1] 56/24
mass [2] 31/8 60/19

material [1] 8/6
math [1] 54/19
matter [9] 20/14 28/17
37/14 37/21 63/21
64/11 65/2 65/10 72/4
matters [2] 8/6 33/4
may [9] 6/1 8/18 9/4
10/24 19/23 27/7 48/19
70/9 70/12
maybe [4] 12/25 15/4
31/21 57/15
me [44] 3/22 4/13 7/9
8/13 9/5 10/3 10/3
11/16 11/20 13/1 13/7
13/16 13/18 14/25 15/2
15/13 22/15 26/1 26/18
26/20 44/24 45/1 47/9
49/12 49/13 49/14 51/5
51/14 51/16 51/23 52/2
52/9 52/22 53/16 54/15
55/14 56/15 60/18
64/25 66/15 67/23
69/10 69/19 70/20
mean [15] 10/10 11/6
11/18 11/23 12/23
12/23 26/4 26/9 26/15
36/24 62/15 62/22 63/7
64/11 65/25
meaningful [1] 50/14
means [4] 8/11 23/5
66/23 69/12
meant [1] 61/1
mechanical [1] 2/8
media [2] 59/4 61/4
medical [1] 53/13
meditation [2] 19/20
47/23
meeting [1] 46/21
MEHTA [2] 1/10 3/3
memo [5] 4/22 6/23
12/17 14/18 59/15
memorandum [5] 4/18
4/20 18/20 28/1 29/5
memory [2] 8/8 8/19
men [1] 48/24
mercy [1] 49/25
Merit [1] 2/3
message [1] 60/22
Michael [1] 38/1
mid [1] 55/6
middle [1] 47/17
might [8] 10/19 29/13
30/4 37/4 38/16 39/7
45/14 55/18
mine [2] 52/6 54/24
minimal [1] 62/1
minimally [2] 20/20
32/14
minimum [1] 62/22
minor [1] 24/10
minute [1] 59/3
minutes [3] 45/7 52/13
58/23
missing [2] 12/2 15/9
Missouri [1] 38/4
mistake [3] 8/8 8/18
63/17

mistakes [2] mistake [1]
51/20
mistrial [3] 46/21 47/3
47/5
mitigates [2] 19/20
32/14
mitigating [1] 28/24
mix [1] 48/3
mob [1] 20/6
model [2] 9/12 35/16
modest [1] 62/1
mom [1] 51/4
moment [8] 13/12 28/4
29/23 30/8 30/13 37/1
56/20 59/1
momentarily [6] 10/4
17/2 18/15 40/22 56/12
60/10
momentary [1] 32/24
moments [1] 56/25
money [6] 11/15 11/21
13/8 44/25 45/2 45/4
monitor [1] 47/18
Montague [1] 7/12
month [1] 57/9
months [20] 18/2 18/8
24/8 26/13 27/1 28/1
47/15 48/7 49/1 53/1
55/15 57/23 66/22
66/24 66/24 66/24
66/25 66/25 67/1 67/4
months' [1] 58/24
more [20] 12/25 17/10
18/13 18/23 26/24
27/12 30/3 31/24 34/4
41/22 42/18 43/6 47/4
54/10 56/4 56/4 56/19
58/17 61/15 64/12
morning [8] 3/4 3/6
3/14 3/16 3/18 3/23
46/17 46/18
most [18] 5/13 7/17
7/21 20/25 24/20 25/15
26/21 26/22 27/14 28/2
28/5 32/18 34/6 37/3
40/14 43/4 51/2 55/5
mother [1] 51/9
motion [2] 69/24 70/1
motivated [1] 29/4
29/13 37/15
motive [1] 62/11
mouth [1] 21/11
move [4] 45/6 54/13
55/16 55/16
moved [2] 44/17 57/4
movement [3] 37/25
38/5 38/19
moves [1] 20/6
moving [1] 42/24
Mr. [154]
Mr. Albuquerque [2]
57/2 57/17
Mr. Brown [15] 14/24
28/3 32/6 32/10 32/12
32/17 32/22 41/2 58/11
58/17 60/10 60/11
60/12 60/13 67/17
Mr. Brown's [1] 13/14

Mr. Maly [88]
Mr. Maly's [19] 18/12
19/21 20/12 20/19 21/8
22/13 24/17 28/3 28/12
33/2 33/5 40/12 42/14
44/8 44/15 55/18 66/7
66/18 69/10
Mr. Rancourt [2] 6/19
12/1
Mr. Rancourt's [1]
66/1
Mr. Robertson [1]
57/20
Mr. Schiffelbein [5]
4/1 4/22 27/19 46/12
65/21
Mr. Schiffelbein's [1]
63/22
Mr. Schwartz [15]
13/14 18/13 19/23
19/24 24/25 25/1 26/11
32/6 32/11 41/20 58/17
60/9 60/11 60/12 67/10
Mr. Schwartz's [2]
14/24 31/23
much [14] 13/24 22/14
25/23 41/8 42/4 42/11
42/15 42/18 43/6 44/19
44/21 48/10 57/9 70/18
mug [1] 22/1
multiple [4] 14/10 57/3
58/6 58/21
murder [1] 11/10
must [13] 8/11 35/25
48/2 48/4 49/17 53/2
53/6 68/8 68/9 68/10
68/13 68/14 70/7
my [53] 11/3 11/25
13/18 15/8 26/1 40/19
46/24 46/25 47/7 47/10
47/14 47/17 48/3 48/5
48/12 48/13 48/14
48/14 48/16 48/23 49/7
49/8 49/8 49/8 49/11
50/17 50/17 50/25 51/2
51/7 51/12 51/20 51/22
52/4 52/8
myself [3] 47/24 48/13
51/21

**N**

name [2] 46/25 57/19
named [3] 35/12 50/5
50/13
nationalism [1] 29/13
naturally [1] 65/10
nature [6] 21/17 22/3
32/24 45/15 53/6 56/8
near [1] 30/13
nearly [2] 58/16 58/21
necessarily [3] 8/20
37/22 41/4
necessary [3] 44/12
44/15 53/4
neck [1] 21/24
need [7] 10/20 26/20
45/2 45/11 53/8 53/14

needed [2] 50/22 53/12
needs [4] 45/23 46/1
50/4 56/9
netted [1] 11/23
never [7] 30/14 30/19
30/19 30/22 47/16 49/2
54/24
news [1] 37/19
next [2] 25/9 65/13
Nicholas [2] 50/19
50/21
night [1] 4/23
nine [3] 21/15 23/4
54/6
no [29] 1/4 3/7 5/1 5/2
14/17 15/10 15/11
24/12 25/1 26/7 26/23
29/16 32/8 39/19 44/3
45/21 46/1 47/18 50/18
54/11 55/23 56/22
57/22 58/12 58/24 59/4
63/17 70/16 70/17
none [1] 33/17
nonlethal [1] 39/16
nonviolence [1] 54/11
norm [1] 26/4
Northern [1] 1/14
Northwest [1] 68/22
not [145]
note [3] 6/24 8/14 42/1
noted [1] 7/23
nothing [5] 22/22
23/12 23/13 23/13
64/25
notice [2] 70/3 70/7
notify [1] 68/24
notoriety [1] 12/9
notwithstanding [1]
26/14
now [16] 5/4 13/13
15/1 20/12 31/7 40/1
42/6 43/24 50/12 50/13
51/12 51/23 53/17 61/3
63/10 63/14
now-three-year-old [1]
50/12
nowhere [1] 57/1
number [5] 4/23 9/17
15/16 23/21 55/3
NW [1] 2/5

**O**

Oath [1] 13/16
object [1] 6/17
objected [1] 34/3
objecting [1] 34/6
objection [1] 15/17
objective [2] 17/11
42/17
objectives [1] 53/5
obligation [2] 12/19
69/1
obligations [1] 68/19
observable [1] 33/12
observations [2] 15/22
54/15
observed [1] 33/11

**O**

**observed...** [3]  55/5 55/10 59/13
**obstacles** [1]  51/22
**obstruct** [1]  8/20
**obstruction** [5]  4/8 5/6 5/17 6/25 10/5
**obstructive** [2]  5/24 6/14
**obtain** [1]  53/21
**obtained** [1]  10/21
**obvious** [1]  36/16
**obviously** [8]  5/17 20/5 24/17 32/19 34/17 56/11 67/2 67/9
**OC** [1]  58/6
**occupied** [1]  49/7
**occupying** [3]  61/14 61/22 63/19
**occurred** [7]  13/16 23/5 24/7 28/22 34/2 55/6 55/7
**occurs** [1]  46/7
**Octavia** [3]  50/13 50/13 50/16
**off** [6]  12/9 12/14 29/8 47/17 56/24 62/2
**offenders** [1]  25/16
**offense** [24]  9/25 10/2 10/21 16/2 16/5 16/8 16/11 16/12 16/12 16/15 16/16 16/20 16/21 16/23 17/4 17/5 17/7 17/18 17/24 22/4 52/24 53/7 53/9 56/10
**offenses** [5]  7/6 48/12 54/11 54/12 57/10
**offered** [1]  24/15
**office** [6]  3/11 15/17 68/2 69/2 69/4 69/7
**office's** [1]  4/17
**officer** [18]  2/2 9/7 9/9 17/3 17/13 21/23 22/8 44/2 54/8 56/23 57/6 59/20 59/21 60/2 61/23 63/3 64/17 67/13
**Officer Boyle** [8]  9/7 9/9 17/3 17/13 44/2 59/20 59/21 60/2
**officers** [33]  20/1 30/6 32/18 33/6 33/22 38/10 38/23 39/14 39/17 40/3 40/22 40/23 41/15 41/24 44/6 57/4 57/5 57/21 57/22 58/5 58/13 58/20 58/21 60/14 61/8 61/9 61/24 62/6 62/19 64/18 64/20 65/15 65/17
**official** [5]  2/4 16/4 16/9 16/22 17/6
**officially** [1]  50/4
**often** [3]  20/23 35/23 39/2
**oftentimes** [1]  36/22
**okay** [14]  3/17 4/12 5/3 6/18 7/8 10/6 12/22 14/20 15/6 18/3 27/16
**old** [6]  50/8 50/12 50/19 51/23 52/4 53/17
**oldest** [1]  50/25
**one** [39]  12/25 14/5 17/20 17/21 19/9 19/14 23/16 26/3 26/21 28/7 28/23 29/11 29/21 30/3 32/4 32/17 33/15 35/6 35/13 35/20 37/6 37/24 38/3 38/7 40/3 40/16 41/19 41/22 43/5 51/20 51/21 52/4 54/23 55/1 61/16 64/7 64/9 64/16 68/10
**one's** [1]  11/9
**ones** [2]  19/25 28/18
**only** [18]  13/15 20/9 20/20 21/6 21/12 23/21 24/1 34/12 39/23 40/2 40/6 44/7 48/13 48/20 50/17 55/11 58/3 59/25
**op** [1]  31/9
**opinion** [4]  6/16 9/5 28/16 29/11
**opportunity** [2]  19/21 45/20
**opposition** [2]  22/11 38/9
**options** [1]  68/2
**order** [2]  14/22 69/5
**ordered** [1]  67/6
**other** [31]  4/25 9/13 9/17 25/14 25/14 25/19 25/23 26/15 26/21 27/13 28/17 31/14 31/21 40/24 41/5 42/15 42/25 43/4 43/15 43/20 50/1 51/16 56/3 58/11 59/4 61/24 63/11 64/12 64/25 66/2 67/18
**others** [14]  14/7 18/23 19/1 27/7 41/4 46/6 58/8 58/9 59/5 59/6 66/11 66/18 66/19 66/20
**otherwise** [1]  29/14
**ought** [4]  29/9 56/3 66/4 67/20
**our** [14]  5/15 6/14 6/16 27/25 28/9 28/16 29/5 29/11 35/21 50/16 50/8 50/19 56/20 64/3
**ourselves** [1]  35/16
**out** [23]  11/23 14/8 18/25 20/25 21/10 21/18 42/24 43/18 43/18 44/4 47/15 47/23 51/19 53/20 54/10 55/2 59/16 62/14 62/19 64/20 65/13 66/8 68/15
**outnumbered** [1]  48/1
**outside** [4]  26/4 42/3 42/5 44/7
**outstanding** [1]  15/8
**over** [11]  4/5 22/4 30/16 30/18 33/20 45/20 47/11 47/13 49/8

**overcome** [1]  51/22
**overly** [2]  24/22 28/18
**overreact** [1]  38/8
**overstate** [2]  42/21 56/6
**overstated** [1]  43/10
**overturn** [2]  33/25 34/20
**overturned** [1]  33/23
**overwhelmed** [1]  47/25
**owe** [1]  68/20
**own** [3]  48/16 58/8 66/12

**P**

**P-a-r-o-l-i-n-e** [1]  13/21
**P.** [1]  3/3
**p.m** [1]  60/8
**page** [1]  8/22
**pages** [1]  14/19
**paid** [1]  69/1
**pain** [1]  59/25
**paint** [1]  56/4
**panic** [1]  48/4
**panicked** [1]  47/25
**papers** [2]  10/8 11/5
**par** [1]  65/23
**paragraph** [2]  8/23 9/22
**paragraphs** [1]  15/20
**parallel** [1]  14/9
**Paroline** [1]  13/20
**part** [10]  24/20 30/8 30/22 31/25 35/3 35/8 45/25 48/8 51/11 68/2
**participant** [1]  20/6
**participants** [1]  21/1
**participate** [2]  19/17 63/6
**participated** [2]  30/12 60/17
**participating** [1]  62/13
**participation** [1]  21/1
**particular** [5]  11/18 28/23 53/25 56/13 66/7
**particularly** [3]  5/18 18/25 33/19
**parties** [1]  3/25 4/10
**parties'** [2]  10/8 11/5
**parts** [1]  38/9
**party** [1]  5/9
**passed** [1]  51/4
**passes** [1]  32/8
**past** [12]  23/5 37/11 38/16 43/15 48/9 48/12 48/14 54/3 55/23 55/24 60/23 66/12
**pat** [1]  51/21
**patriotic** [1]  39/20
**patriotism** [3]  29/13 38/10 39/4
**pay** [3]  12/13 67/6 68/17
**payable** [1]  68/20
**payment** [1]  10/15
**peaceful** [2]  65/4 65/9

**peacefully** [3]  64/25 65/3 65/3
**penalty** [1]  11/8
**pending** [2]  27/24 47/6
**people** [40]  6/14 28/22 28/24 28/25 29/3 29/12 29/20 30/8 31/9 31/21 33/6 33/24 35/7 35/17 35/19 36/24 37/1 37/3 37/18 37/21 38/7 38/14 39/11 39/20 40/1 40/5 43/20 45/16 48/4 59/11 60/19 61/3 61/11 61/20 62/8 62/17 62/20 64/23 65/11 65/12
**people's** [2]  42/15 43/4
**pepper** [23]  5/24 6/1 6/11 6/12 32/5 32/10 33/9 36/17 36/18 39/16 40/16 40/17 40/18 41/22 42/2 42/4 42/6 42/8 58/19 61/7 61/23 61/24 63/1
**percent** [10]  24/23 25/1 25/2 25/6 25/7 26/24 27/4 27/5 27/11 60/17
**percentage** [1]  26/16
**percentages** [2]  26/18 66/1
**perfect** [1]  52/6
**perhaps** [3]  35/20 39/20 40/19
**period** [11]  15/4 30/21 30/24 32/2 32/7 32/23 33/3 33/10 44/6 54/12 55/7
**periodic** [1]  68/12
**perjurious** [1]  9/20
**perjuriously** [1]  6/16
**perjurous** [1]  20/13
**perjury** [5]  7/2 7/14 8/13 8/22 9/3
**permission** [1]  70/10
**person** [19]  3/12 7/1 12/5 13/3 13/24 14/5 20/24 23/3 28/14 42/20 44/4 52/2 53/24 55/9 55/23 59/8 61/19 61/19 62/4
**person's** [2]  57/25 62/5
**Peter** [4]  26/13 27/1 41/23 58/2
**Peter Schwartz** [4]  26/13 27/1 41/23 58/2
**Petersburg** [3]  71/1 71/3 71/5
**Pettus** [2]  40/4 64/24
**photograph** [4]  5/25 38/17 38/18 38/25
**photographs** [2]  37/24 38/3
**phrase** [1]  65/5
**physical** [2]  20/3 49/24
**physically** [1]  64/19
**pick** [2]  63/2 65/14
**picked** [1]  61/6
**pickling** [1]  51/12

**picks** [1]  59/19
**pieces** [3]  48/24 49/2 49/4
**pissed** [3]  60/6 60/23 61/3
**place** [4]  33/20 52/3 57/25 67/22
**placement** [2]  68/11
**Plaintiff** [1]  1/4
**plan** [2]  37/5 49/21
**plans** [1]  49/19
**play** [1]  62/1
**played** [1]  62/1
**plea** [5]  57/9 57/13 57/23 58/19 58/24
**please** [4]  3/4 46/16 52/9 52/20
**podium** [1]  61/5
**point** [21]  6/8 9/25 11/6 28/23 30/16 30/19 31/11 35/4 36/9 36/13 40/22 41/12 41/18 48/11 55/22 60/25 63/3 63/14 65/15 67/14 70/15
**pointed** [3]  33/13 60/3 64/17
**pointing** [2]  6/1 40/18
**points** [6]  15/19 23/15 23/25 54/10 55/10 55/15
**police** [53]  20/1 20/10 21/8 22/8 30/17 32/18 33/5 33/22 36/7 36/21 36/23 37/17 37/22 38/3 38/8 38/10 38/12 38/19 38/22 39/2 39/6 39/8 39/13 39/17 39/19 39/21 39/23 40/22 40/23 41/15 41/17 45/1 47/24 57/3 58/5 59/12 59/13 61/6 61/23 61/24 62/6 62/19 62/25 63/3 64/5 64/9 64/14 64/16 64/18 64/20 65/15 65/16 67/13
**political** [3]  12/15 45/14 45/15
**pornography** [3]  13/22 13/23 14/7
**portray** [1]  20/19
**position** [5]  5/15 6/14 12/8 20/19 66/1
**positive** [1]  53/24
**possess** [1]  66/8
**possessing** [1]  13/23
**possible** [2]  40/17 41/21
**post** [2]  44/20 61/5
**Post-arrest** [1]  61/5
**post-conviction** [1]  44/20
**postings** [1]  61/4
**potential** [2]  34/15
**potentially** [4]  5/23 28/17 30/16 34/4
**power** [2]  65/5 65/9
**practically** [1]  21/4

## P

pray [1] 6/12
pre [2] 19/20 49/21
pre-meditation [1] 19/20
pre-plan [1] 49/21
precise [1] 23/10
preference [1] 71/3
prepared [1] 59/8
preponderance [6] 8/1 8/12 9/2 9/15 44/1 59/23
presence [4] 36/22 36/23 37/22 38/20
presentence [8] 4/2 4/16 8/23 15/21 43/25 68/3 69/2 69/6
presents [3] 54/20 55/25 56/7
President [2] 38/13 41/6
presiding [1] 3/3
press [1] 49/2
pressed [2] 33/8 33/10
Prettyman [1] 2/5
preventing [2] 20/17 38/12
preview [1] 3/22
previous [2] 18/9 50/25
previously [1] 20/22
primary [1] 45/13
prior [7] 26/7 44/8 56/1 56/22 57/23 58/12 58/25
prison [2] 24/4 45/12
prisoner [1] 12/15
probably [3] 42/12 62/3 64/12
probation [11] 2/2 3/11 4/17 5/8 9/22 15/17 21/20 68/2 69/2 69/4 69/7
problem [3] 31/15 35/22 54/19
problems [1] 69/14
proceed [2] 3/18 3/23
proceeding [1] 7/2
proceedings [7] 1/9 2/8 3/13 63/11 65/6 71/13 72/4
process [1] 34/19
produced [1] 2/8
profile [1] 54/20
profiting [2] 11/2 12/9
prolonged [2] 33/3 44/5
promise [1] 50/6
promote [4] 45/25 53/9 56/10 56/13
prompting [1] 64/18
proof [2] 7/25 46/22
property [2] 14/12 14/13
proposed [1] 8/22
proposition [1] 11/7
prosecute [1] 35/17
prosecution [5] 35/1

prosecution's [1] 46/21
Prosecutors [1] 49/16
prospect [1] 11/9
protect [1] 53/11
protection [1] 62/5
protest [1] 43/19
protesters [3] 33/21 39/1 39/12 40/2 40/5 40/19 42/9
protests [2] 37/14 37/21
proud [4] 44/24 50/16 51/22 51/23
provide [4] 8/7 53/10 53/12 56/11
provision [1] 8/15
proximately [2] 14/10 14/14
PSR [1] 21/18
public [4] 1/18 11/14 53/11 57/11
pulled [1] 57/6
punch [1] 49/23
punishment [7] 20/17 44/11 44/13 45/24 53/10 56/11 66/9
punitive [1] 28/18
pure [1] 49/1
purpose [1] 11/22
purposes [3] 17/1 44/11 70/12
push [1] 65/16
pushed [1] 57/5
pushing [1] 22/8
put [6] 47/24 48/23 56/4 63/23 64/7 70/15
putting [1] 49/1 49/2

## Q

query [1] 31/7
question [11] 6/8 10/8 10/11 13/24 35/6 36/5 36/9 36/16 36/20 36/23 39/18
questions [6] 21/18 33/15 41/12 46/9 48/18 52/9
quick [1] 12/18
quickly [1] 55/16
quite [3] 48/17 57/1 59/16
quote [2] 35/25 48/23

## R

racks [1] 41/16
rafters [1] 60/24
rainbows [1] 50/15
raise [1] 13/14
raised [3] 11/24 13/4 13/9
raising [1] 45/2
rally [3] 47/12 47/13 50/1
Rancourt [4] 1/13 3/9 6/19 12/1
Rancourt's [1] 66/1

24/24 25/23 26/23 27/5 52/25
ransack [1] 41/4
rather [1] 8/7
reaching [1] 30/16
reaction [1] 22/12
reactions [1] 11/25
read [5] 4/2 10/8 25/24 26/20 46/10
reads [1] 44/22
ready [1] 3/18
realize [1] 63/15
really [7] 10/22 28/8 43/13 57/12 57/25 67/21 70/25
Realtime [1] 2/4
reason [7] 24/18 26/25 27/10 33/4 33/18 35/5 63/12
reasoning [1] 47/19
reasons [7] 29/2 29/3 41/5 43/5 47/4 57/14 64/9
rebelled [2] 35/7 35/13
rebellion [1] 35/18
receive [1] 27/11
received [11] 3/24 4/2 4/14 5/5 27/11 55/7 57/9 58/12 58/24 66/19 70/4
receives [2] 17/21 17/22
receiving [1] 42/9
recent [2] 24/9 54/10
recently [1] 51/11
recess [3] 52/16 52/17 71/12
recidivate [1] 43/7
recidivism [3] 27/9 43/10 43/14
recidivist [1] 21/6
recognize [1] 48/12
recollection [2] 9/5 9/5
recommend [1] 70/24
recommendation [3] 4/17 48/15 70/21
recommended [1] 68/1
recommending [1] 5/8
record [9] 4/13 25/24 26/1 26/20 43/5 43/15 44/8 70/15 72/3
recorded [2] 2/8 60/6
recount [1] 34/16
recurring [1] 12/24
refer [1] 35/23
reference [1] 16/2
referenced [1] 25/4
referred [1] 12/15
referring [1] 46/25
reflect [5] 8/20 9/23 9/25 53/9 56/9
reflection [1] 19/2 52/1
reflects [2] 12/17 67/17
refrain [1] 68/9
refreshed [1] 36/1
regarding [1] 14/19
regardless [1] 8/4

regards [1] 46/23
Registered [1] 2/3
reiterate [1] 52/22
related [2] 15/8 57/10
relationship [3] 35/24 51/1 53/22
relative [1] 9/13
release [2] 47/6 69/2
relevant [4] 10/14 10/20 29/24 44/9
remains [3] 5/15 35/6 68/24
remarkable [3] 21/6 64/15 64/15
reminded [1] 70/20
removal [1] 10/1
remove [2] 9/22 9/23
removed [1] 7/20
repeated [1] 65/5
repeatedly [1] 64/21
report [9] 4/3 4/16 5/5 8/23 15/21 43/25 68/3 69/3 69/6
Reporter [4] 2/3 2/3 2/4 2/4
reporters [2] 39/14 39/15
reports [1] 39/15
representation [2] 13/8 70/6
represented [1] 11/20 13/3 65/4
request [6] 10/7 27/11 27/25 44/22 70/9 70/12
requested [5] 5/7 13/1 14/15 18/8 51/17
requesting [1] 13/11
required [4] 7/16 8/5 9/20 66/17
residence [2] 69/5 69/12
resources [4] 10/18 11/11 11/19 11/22
respect [12] 8/15 14/23 14/24 18/16 25/10 28/19 30/2 42/20 45/25 53/10 56/10 56/13
respectfully [3] 18/7 25/17 27/10
respects [1] 56/3
respond [1] 38/20
response [2] 22/11 37/18
responsibility [4] 30/1 31/17 49/11 66/9
responsible [2] 40/24 59/11
rest [2] 6/22 14/18
restitution [9] 4/9 13/12 13/13 13/20 14/19 15/1 15/1 68/14 68/15
restraint [1] 64/14
result [3] 8/8 8/18 17/20
results [2] 15/21 18/1
retreat [1] 60/25

retribution [1] 66/5
retrospect [1] 13/15
return [1] 7/6
review [1] 7/16
reviewed [5] 3/25 4/14 5/5 5/5 8/24
revised [1] 7/20
revoked [1] 23/20
ride [1] 59/6
ridiculous [1] 26/10
right [35] 3/14 3/21 4/13 4/25 5/6 7/9 10/7 10/25 15/7 15/12 19/10 19/13 19/13 25/2 25/8 27/19 31/5 35/22 37/8 39/9 45/8 46/11 51/12 52/13 54/5 55/17 64/1 69/15 69/16 69/17 69/19 69/23 70/3 70/14 70/18
rightly [3] 30/6 36/8 59/22
rights [4] 11/9 40/2 40/4 65/1
rightsize [1] 57/25
riot [5] 57/3 57/16 60/15 61/12 65/14
rip [1] 56/24
rise [5] 3/2 9/19 52/15 52/18 71/11
risk [1] 51/13
RMR [2] 72/2 72/8
Roanoke [1] 1/20
Robertson [2] 24/16 57/20
rocked [1] 48/16
role [2] 58/1 62/1
Rouge [1] 38/21
roughly [1] 32/16
rounded [1] 51/24
routinely [4] 34/21 35/19 37/12 45/17
ruling [1] 20/14
rulings [1] 18/10
run [3] 22/4 67/2 69/13
running [1] 22/12

## S

sad [1] 56/20
sadly [3] 33/21 41/19
said [12] 7/11 9/10 9/18 13/6 14/1 14/5 26/2 44/20 51/15 61/10 61/19 70/7
same [11] 16/19 17/9 17/15 23/24 27/8 27/8 29/1 43/21 47/19 64/8 67/9
sat [1] 40/3
saw [4] 37/19 37/20 39/13 42/18
say [23] 11/18 19/5 19/6 22/12 23/1 23/12 25/9 29/19 39/7 39/19 41/7 43/6 44/19 45/10 47/7 47/23 49/4 49/10 49/12 50/16 55/18 64/1 65/23

**S**

**saying [7]** 35/15 36/12 44/23 44/25 46/4 46/25 61/4
**says [6]** 10/13 12/11 45/2 46/23 60/5 60/21
**scaffolding [2]** 60/24 63/5
**scapegoat [1]** 18/23
**scared [1]** 47/25
**scenario [1]** 14/3
**scheduled [1]** 3/17
**schiffelbein [8]** 1/18 1/22 3/10 4/1 4/22 27/19 46/12 65/21
**Schiffelbein's [1]** 63/22
**school [2]** 35/12 53/20
**schools [1]** 50/8
**schooltime [1]** 50/10
**schoolwork [1]** 50/10
**Schwartz [21]** 13/14 18/13 19/23 19/24 24/25 25/1 25/4 26/3 26/11 26/13 27/1 32/6 32/11 41/20 41/23 58/2 58/17 60/9 60/11 60/12 67/10
**Schwartz's [2]** 14/24 31/23
**score [9]** 23/5 23/14 24/2 54/8 54/9 55/2 55/11 55/19 57/12
**Scott [2]** 30/15 30/17
**Seale [2]** 11/5 12/9
**search [1]** 12/18
**seated [2]** 3/4 52/20
**second [6]** 13/1 17/22 19/9 28/11 40/11 60/14
**secondly [1]** 65/2
**Section [1]** 7/14
**see [18]** 9/14 14/16 26/25 30/17 30/20 30/21 36/11 38/9 43/22 54/22 55/15 59/16 61/19 61/19 62/17 62/18 64/20 69/14
**seeing [4]** 38/15 62/25 63/1 63/1
**seem [1]** 10/24
**seems [3]** 11/21 60/18 67/23
**seen [8]** 20/5 25/23 30/12 30/15 34/5 34/21 37/12 42/17
**sees [1]** 38/12
**self [1]** 52/1
**self-reflection [1]** 52/1
**selling [1]** 11/9
**Senators [1]** 34/3
**sense [9]** 21/13 34/25 35/2 35/20 48/24 55/19 56/2 64/1 66/11
**senseless [1]** 64/24
**sentence [31]** 18/8 18/11 18/12 18/23 24/7 25/21 27/2 27/23 28/1 28/9 33/19 44/10 44/11

47/8 53/3 53/8 55/12 56/9 57/9 66/19 66/21 66/21 67/17 69/5 69/17 69/18 69/20
**sentenced [5]** 23/23 24/4 24/5 24/7 67/3
**sentences [8]** 24/17 24/19 43/6 50/13 53/14 56/17 65/22 67/18
**sentencing [29]** 1/9 3/17 4/15 4/18 4/20 6/23 7/19 7/24 8/14 14/18 18/15 18/20 24/14 24/22 25/15 27/7 27/25 28/6 29/5 34/11 43/8 43/9 53/5 54/19 54/23 55/21 67/20 68/2 70/6
**Sentencing Commission [2]** 7/19 7/24
**sentencing's [1]** 54/19
**sentencings [5]** 13/16 14/24 15/6 25/21 26/22
**sentiment [2]** 10/11 11/15
**separate [6]** 16/25 16/25 19/1 19/5 24/5 58/4
**separately [1]** 17/2
**serious [6]** 25/15 26/22 27/14 42/4 42/14 42/15
**seriousness [4]** 47/21 53/9 56/7 56/10
**serve [3]** 48/13 66/10 67/3
**served [2]** 48/12 54/2
**session [3]** 52/19 62/16 65/18
**set [7]** 8/22 15/20 26/14 53/3 53/5 62/2 65/20
**seven [2]** 37/12 50/8
**seven-year-old [1]** 50/8
**several [3]** 33/12 39/6 46/20
**shall [6]** 12/11 67/24 68/24 69/2 69/6 69/21
**share [1]** 13/18
**she [7]** 50/18 51/8 51/8 51/14 51/15 51/15 51/16
**She's [1]** 50/17
**shield [7]** 20/10 21/9 57/3 57/5 57/16 60/15 61/12
**shocking [2]** 21/10 21/11
**shoes [1]** 47/24
**shooting [2]** 29/8 39/16
**shortly [2]** 15/23 56/8
**shot [2]** 36/19 38/1
**should [33]** 8/16 10/17 13/15 18/19 22/18 24/17 25/14 27/2 28/16

35/7 35/16 35/18 36/9 36/22 36/25 37/1 37/2 39/8 39/18 40/8 40/9 40/23 43/12 49/2 49/4 49/10 49/14 53/13 62/22
**shouldn't [4]** 20/8 20/13 23/12 67/18
**show [2]** 9/6 14/22
**shows [4]** 41/3 44/7 49/14 54/25
**sic [1]** 47/22
**side [2]** 40/3 48/3
**significant [5]** 33/19 45/12 65/23 65/24 65/24
**signs [3]** 36/11 36/12 53/19
**similar [6]** 18/24 28/22 32/16 43/20 46/3 67/19
**simple [1]** 54/21
**simply [3]** 9/4 36/15 40/5
**since [2]** 13/5 54/11
**sir [5]** 3/16 46/13 69/23 70/4 71/8
**sit [1]** 11/14
**situation [2]** 47/20 47/21
**six [5]** 16/4 16/23 26/8 51/4 67/1
**six-level [1]** 16/4
**skip [1]** 4/5
**slack [1]** 51/12
**Smith [1]** 8/2
**sneak [1]** 55/12
**so [71]** 3/17 3/22 4/5 4/13 5/4 6/12 6/16 7/9 7/24 7/25 8/21 9/14 9/14 9/21 10/2 10/13 11/14 11/14 11/21 11/25 12/1 12/6 13/9 13/12 13/18 14/2 14/9 14/12 14/21 15/7 15/13 17/4 17/8 17/20 18/1 18/4 18/5 19/5 19/13 21/3 22/10 23/24 25/9 25/25 26/5 26/9 26/12 26/25 27/10 28/3 30/19 31/17 33/7 34/25 35/1 38/11 39/21 40/12 42/2 42/14 45/22 55/25 56/5 57/11 57/24 58/10 60/21 61/3 63/17 65/21 69/21
**So it's [1]** 6/12
**social [2]** 59/4 61/4
**society [4]** 34/6 39/5 45/16 47/14
**soldiers [1]** 35/10
**some [30]** 14/9 14/14 15/22 18/20 24/21 29/2 29/10 29/20 31/17 31/20 33/10 33/24 33/24 35/11 36/9 38/8 55/19 55/22 56/2 59/4

67/18 67/21
**somebody [14]** 26/6 31/7 33/21 38/11 38/14 45/13 45/17 45/18 56/1 56/21 58/2 58/2 64/19 64/21
**somebody's [1]** 66/3
**somehow [2]** 21/18 50/9
**someone [1]** 43/7
**something [12]** 4/23 6/2 6/4 12/2 27/12 36/2 49/14 49/17 59/15 61/2 62/13 66/4
**sometimes [3]** 8/18 36/21 39/3
**somewhat [1]** 40/12
**somewhere [2]** 58/15
**son [1]** 53/25
**soon [1]** 15/16
**sorry [7]** 10/3 47/12 49/10 51/17 51/18 51/18 68/14
**sort [7]** 4/7 4/9 19/14 34/10 43/3 45/6 67/12
**sorts [1]** 24/24
**sought [1]** 44/3
**space [4]** 49/7 61/14 61/22 63/19
**spay [2]** 32/5 41/22
**speaking [1]** 50/13
**speaks [2]** 6/21 61/5
**spear [1]** 41/18
**special [2]** 50/4 67/6
**specific [2]** 8/5 17/18
**specifically [1]** 43/23 45/25 46/2
**specify [1]** 71/5
**specter [1]** 34/9
**spectrum [1]** 51/2
**spelled [1]** 21/18
**spent [1]** 13/8
**spiritualty [1]** 52/1
**spray [42]** 5/24 5/24 6/1 6/11 9/10 9/14 19/8 32/10 32/10 32/22 33/2 33/10 33/12 36/17 40/16 40/17 40/18 40/21 40/23 41/24 41/25 42/2 42/4 42/6 42/8 44/7 49/15 49/23 58/6 58/22 59/22 59/23 59/24 59/25 60/1 61/7 61/23 61/24 63/1 63/3 65/14 65/15
**sprayed [5]** 9/11 32/20 58/20 60/2 61/7
**spraying [4]** 32/17 44/6 58/14 61/9
**sprays [3]** 33/1 59/19 60/13
**stage [1]** 50/21
**stairs [2]** 60/4 63/5
**stand [10]** 7/5 12/20 20/16 27/25 29/18 29/19 46/22 48/16 49/25 61/13

**Standard [8]** 5/22 7/13 7/13 7/25 8/4 14/1 14/2 21/5
**standing [3]** 38/21 49/6 61/1
**stands [5]** 11/6 15/16 51/25 52/16 71/12
**start [2]** 21/13 37/24
**started [4]** 12/16 43/17 43/18 61/11
**starts [2]** 19/12 27/6
**state [3]** 4/13 45/21 68/7
**stated [2]** 31/14 31/14
**statement [4]** 9/20 12/19 46/10 52/8
**statements [9]** 8/16 8/17 8/19 8/24 9/18 29/23 37/20 44/20 61/5
**states [13]** 1/1 1/3 1/10 3/7 6/24 7/11 7/22 8/2 8/9 8/14 29/7 58/18 69/24
**statute [7]** 6/7 11/17 13/7 14/25 53/5 70/1 70/2
**statutory [1]** 69/17
**stay [3]** 37/1 39/22 43/18
**stayed [1]** 26/23
**stealing [2]** 21/8 21/20
**steeped [1]** 64/2
**stenography [1]** 2/8
**stepfather [2]** 51/9 51/10
**Stephen [2]** 1/13 3/9
**Stephen Rancourt [1]** 3/9
**stephen.rancourt [1]** 1/17
**stick [1]** 57/20
**still [13]** 5/25 8/5 20/14 33/1 34/3 34/7 36/16 40/7 40/23 44/11 52/5 61/3 68/24
**stolen [3]** 37/10 38/12 62/10
**stood [1]** 34/3
**stop [2]** 60/25 63/13
**stopped [1]** 63/13
**straight [1]** 9/8
**straight-up [1]** 9/8
**stratospheric [1]** 26/6
**stream [1]** 33/11
**street [2]** 1/19 38/21
**stretch [1]** 47/6
**strict [1]** 14/2
**strike [2]** 56/23 57/3
**striking [1]** 21/25
**strong [1]** 52/5
**struck [1]** 57/21
**stubborn [1]** 51/11
**stupid [1]** 67/22
**subject [1]** 55/19
**submit [3]** 7/3 19/17 68/10
**submitted [4]** 4/19 4/21 4/23 12/17

**S**

suborns [2] 7/1 7/2
subsequently [1] 7/19
substance [4] 22/16 43/1 68/9 68/10
substantial [5] 11/13 22/16 22/20 56/16 62/1
successful [1] 42/24
such [7] 18/12 25/18 39/16 40/8 68/25 69/20 69/25
sufficient [2] 44/12 53/4
suggest [2] 7/25 59/7
suggests [1] 20/8
suitable [1] 49/14
Suite [2] 1/15 1/20
sundress [1] 38/22
supervised [1] 69/13
supervision [6] 67/4 67/24 68/5 68/11 69/9 69/11
supplemental [2] 4/22 12/17
support [5] 28/9 44/18 45/2 45/18 45/19
supported [1] 6/13
supporting [1] 45/4
supports [1] 20/4
suppose [1] 54/23
supposed [3] 37/7 49/8 65/18
Supreme [2] 13/20 34/14
Supreme Court [2] 13/20 34/14
sure [3] 14/14 48/10 66/8
surgeries [1] 51/10
surprised [1] 11/12
suspended [2] 22/3 23/19
SW [1] 1/19
system [1] 22/20
systems [1] 48/11

**T**

tagged [1] 56/23
take [10] 20/10 20/18 21/9 47/9 49/11 51/9 52/13 57/14 68/14 71/8
taken [2] 23/24 56/12
takes [2] 55/2 60/4
taking [4] 49/20 57/9 66/3 66/3
talk [14] 4/7 5/6 10/7 13/12 15/16 28/8 28/11 29/23 35/24 40/11 56/8 56/12 56/15 59/1
talked [3] 40/12 65/21 66/20
targeted [1] 60/2
targeting [1] 67/13
taunting [1] 58/21
tear [1] 38/2
tell [2] 63/23 67/8
telling [3] 39/19 39/23
tells [3] 20/24 40/9

ten [4] 22/19 22/25 23/5 56/21
ten-year [1] 22/25
term [4] 23/17 23/19 53/22 66/22
termination [1] 69/8
terms [8] 11/24 56/9 57/17 61/14 66/10 66/23 67/4 70/1
Terrace [7] 6/10 33/14 43/25 58/20 59/9 59/14 59/17
test [1] 68/10
testified [5] 5/23 6/11 20/9 41/6 59/21
testify [1] 5/20
testifying [1] 6/15
testimony [15] 6/13 6/21 7/14 7/17 8/6 8/7 8/16 8/17 8/19 9/3 9/7 9/9 20/12 21/8 41/17
tests [1] 68/12
Texas [1] 1/14 1/14
texting [1] 61/1
than [29] 4/25 8/7 9/6 12/25 18/14 18/23 26/24 28/17 30/15 34/5 42/15 42/18 44/12 46/2 52/7 53/4 55/9 56/5 58/8 58/8 58/17 59/4 61/15 63/12 64/12 64/25 65/20 67/11 67/17
thank [16] 3/20 15/11 18/6 27/17 27/18 27/20 46/11 52/10 52/11 52/12 52/21 70/16 70/17 70/18 71/7 71/10
thank you [11] 15/11 18/6 27/17 27/20 46/11 52/10 52/12 52/21 70/16 70/17 71/7
thankfully [1] 63/14
Thanks [1] 4/6
that [460]
that'll [1] 15/7
that's [24] 5/11 10/14 12/24 18/4 23/24 24/12 24/24 48/7 49/3 49/7 49/7 50/1 54/23 55/20 60/14 62/7 62/22 65/8 65/19 65/19 65/22 67/12 67/16 71/6
thefts [1] 57/11
their [10] 13/4 15/6 21/1 25/15 26/22 27/14 31/9 43/7 49/4 66/4
them [24] 6/4 8/25 9/1 9/18 9/19 19/22 21/11 23/3 27/15 35/21 35/24 38/23 41/16 44/6 45/18 48/2 54/22 58/14 58/21 60/25 61/7 61/21 63/20 65/15
themselves [1] 47/2
then [42] 4/7 4/9 4/10 4/11 4/22 7/16 7/19

19/12 21/25 22/8 22/13 23/15 25/7 25/14 26/11 27/1 28/13 30/23 32/8 32/11 36/8 56/3 56/23 57/5 57/22 58/22 58/23 60/8 60/10 60/11 60/15 61/7 61/11 61/23 63/4 64/24 65/2 67/13
then-commentary [1] 7/16
there [74]
there's [15] 4/8 10/23 10/25 11/1 12/2 14/13 35/12 38/18 38/22 45/3 46/1 58/18 61/17 69/25 70/24
thereafter [2] 53/21 68/12
therefore [1] 68/17
these [12] 3/12 28/16 38/14 39/10 39/12 39/20 48/24 56/16 57/24 61/16 63/19 65/6
they [27] 13/3 13/3 17/8 17/14 21/5 22/5 23/5 29/4 32/17 37/1 37/2 37/2 37/6 37/6 37/7 37/7 39/18 45/2 47/1 47/25 48/23 49/4 49/18 49/18 54/22 58/1 64/21
they're [1] 42/4
they've [2] 20/25 21/2
thing [6] 20/25 21/2 38/7 39/21 61/16 66/2
things [12] 18/20 22/21 29/14 29/21 30/3 32/3 37/16 38/6 45/15 49/23 63/19 66/20
think [59] 7/6 9/12 9/14 9/19 10/10 10/11 10/19 10/22 10/25 11/4 12/2 14/23 15/2 15/3 18/17 18/19 18/24 19/16 20/3 20/4 25/4 26/11 26/21 27/4 27/6 28/1 28/4 28/19 30/13 31/23 32/14 32/15 34/7 34/23 35/22 37/2 37/6 37/15 38/3 38/4 42/21 43/25 48/20 52/5 54/25 56/2 56/5 56/6 61/14 61/21 63/11 64/7 65/24 65/24 67/9 67/11 67/16 67/20 71/2
thinking [1] 54/17
third [3] 11/4 19/7 28/13
Third Circuit [1] 11/4
this [127]
This is [1] 3/7
Thomas [3] 24/15 26/6 56/21
those [21] 8/24 11/25 15/7 19/21 21/1 21/17 24/10 26/5 26/18 28/24 29/2 29/6 29/13 47/2

62/20 67/2 68/3
though [6] 36/11 39/19 40/23 41/1 49/18 64/21
thought [9] 6/9 32/16 36/24 37/6 47/18 49/17 62/9 62/10 63/2
thoughts [2] 13/19 26/1
thousands [5] 28/22 43/19 43/20 62/17 62/18
threat [2] 34/15 47/14
threatening [4] 6/6 21/22
threats [2] 34/13 34/19
three [9] 19/1 19/5 23/3 24/10 38/23 50/12 51/10 65/24 70/24
threw [1] 59/15
throes [1] 55/8
through [7] 3/24 4/9 10/4 14/19 15/13 15/20 47/23
throughout [3] 31/4 39/7 40/6
throw [1] 49/11
throwing [1] 38/2
thus [1] 8/19
ties [1] 38/24
time [35] 10/15 12/25 13/1 22/15 28/23 30/8 30/13 30/22 30/24 32/2 32/7 32/23 33/3 33/11 34/12 35/9 36/1 36/1 38/15 38/15 41/12 43/21 48/10 48/12 48/13 51/16 55/7 55/24 60/22 62/12 65/6 65/13 65/25 66/10 68/25
times [3] 23/21 24/5 34/10 38/8 42/10 51/2 57/3 58/6 64/3
timing [1] 70/2
tip [1] 41/18
tire [1] 19/23
titled [1] 72/4
today [7] 20/17 28/9 30/11 40/7 46/22 51/25 55/9
together [4] 23/24 48/24 49/2 49/2
told [7] 10/22 20/23 38/13 39/8 49/10 51/14 53/22
tomorrow [1] 50/25
too [2] 27/5 57/13
took [9] 48/16 51/25 57/13 57/23 58/19 59/6 61/11 63/13 64/20
top [3] 18/9 51/8 55/13
top-end [1] 55/13
total [10] 9/25 10/2 16/5 16/11 16/16 16/16 16/23 17/7 24/2 66/21
totally [1] 43/17
toward [4] 34/4 38/2 39/14 54/8

traffic [3] 22/21 54/12 57/10
training [1] 53/13
transaction [2] 32/8 32/9
transactions [1] 17/10
transcript [5] 1/9 2/8 6/21 9/1 72/3
transcription [1] 2/8
transfer [2] 65/5 65/9
transferred [1] 69/11
transpired [1] 64/13
travel [1] 59/2
treated [2] 17/18 35/7
treatment [2] 69/6 69/8
tree [1] 35/25
trial [5] 46/24 47/17 58/12 59/21 70/6
trials [1] 25/12
tried [7] 25/20 56/22 56/24 57/24 66/13 66/13 66/14
tries [1] 44/18
trooper [1] 51/7
trophy [4] 20/11 21/9 60/16 61/12
trouble [1] 48/9
troubling [1] 26/14
true [5] 39/20 45/16 45/17 55/3 55/25
Trump [2] 47/11 47/13
truth [2] 10/22 64/11
try [1] 52/6
trying [6] 40/5 41/16 62/19 64/25 65/16 65/17
tunnel [12] 30/5 31/24 32/2 57/4 58/14 60/8 60/15 60/18 61/10 63/6 63/9 65/16
turn [8] 36/6 36/8 36/16 36/19 37/23 38/16 42/23 62/21
turned [2] 28/15 44/16
turning [1] 50/24
turns [2] 51/19 65/13
two [22] 9/24 9/25 10/5 16/11 17/6 17/10 17/25 19/6 21/15 22/4 23/18 32/14 38/18 49/25 50/3 54/7 55/11 57/21 61/7 61/23 64/9 68/11
two-level [3] 9/24 10/5 17/6
two-point [1] 9/25
TX [1] 1/15

**U**

U.S [3] 8/10 68/21 69/4
U.S.C [7] 10/13 15/25 16/7 16/13 16/18 17/4 53/3
ultimately [6] 9/1 9/6 19/25 56/19 57/13 59/11
unable [3] 12/13 70/9 70/11
under [6] 11/16 16/10

**U**

under... [4]  17/6 55/8 63/5 69/24

understand [16]  5/21 10/11 11/15 14/11 20/13 28/7 29/9 37/22 47/21 47/22 62/8 62/9 62/11 62/11 65/12 65/25

understandable [1]  38/14

understandably [1]  35/4

understanding [1]  62/12

understated [1]  55/19

understood [1]  62/3

undoubtedly [1]  55/4

uniform [1]  40/3

unique [7]  25/12 28/10 28/10 28/19 30/2 34/25 35/20

unit [2]  17/21 17/23

UNITED [11]  1/1 1/3 1/10 3/7 7/11 7/22 8/2 8/9 29/7 58/18 69/24

United States [5]  7/22 8/2 29/7 58/18 69/24

United States of [1]  3/7

units [1]  17/25

unjust [1]  62/10

unjustly [1]  64/10

unlawful [3]  11/3 62/14 68/9

unlawfully [1]  68/8

unless [3]  14/12 26/19 46/8

unpaid [1]  68/24

unprecedented [4]  28/11 30/3 34/1 35/2

unseemly [1]  10/24

until [4]  47/7 54/3 63/12 68/25

unwarranted [2]  28/6 53/14

up [25]  9/8 19/11 29/18 29/19 34/3 35/5 36/14 45/10 51/12 54/14 54/21 54/22 55/16 57/5 59/10 59/18 59/19 60/4 60/24 61/6 63/3 63/4 65/14 65/15 65/16

upon [5]  7/15 11/10 15/19 52/24 69/7

us [2]  33/17 53/23

USAO [1]  1/13

usdoj.gov [1]  1/17

use [11]  16/3 16/22 17/5 17/17 34/20 39/2 40/7 48/24 62/4 62/5 68/9

used [5]  16/16 20/1 42/2 57/3 62/7

user [1]  60/21

using [1]  17/4 58/5 58/6

utmost [1]  25/10

**V**

VA [1]  1/20

variance [3]  5/14 27/11 27/12

variances [1]  26/3

varied [2]  24/23 26/15

various [1]  64/3

vary [2]  25/18 27/21

varying [1]  25/23

vehicle [3]  21/20 21/25 22/5

vengeance [1]  49/1

ventilated [1]  42/5

versus [6]  3/8 7/12 8/2 8/9 34/17 58/18

very [10]  26/14 28/25 33/3 41/25 42/18 53/24 58/4 61/17 65/21 70/18

vest [1]  26/9

VI [1]  57/8

victim [11]  16/4 16/9 16/22 17/3 17/6 17/9 17/13 17/15 21/19 21/25 44/2

video [13]  5/25 9/7 9/12 20/5 30/14 30/16 33/12 49/14 59/17 60/5 60/18 61/18 64/12

videos [1]  9/13

view [1]  35/2

viewed [2]  19/14 32/18

violated [1]  21/20

violation [1]  47/2

violations [1]  16/13

violence [13]  19/2 20/3 29/8 34/18 37/5 37/6 41/19 42/16 44/23 45/18 64/2 64/3 64/4

violent [2]  18/25 39/14

Virginia [6]  1/19 42/24 44/17 51/5 54/13 59/2

virtue [1]  16/15

visible [1]  32/23

vocational [1]  53/12

vote [4]  40/5 62/16 62/16 64/25

vs [1]  1/5

**W**

wait [1]  50/14

waives [1]  68/17

walk [1]  63/4

walked [1]  63/15

walking [1]  64/23

want [11]  6/19 11/15 24/13 29/18 36/4 36/6 40/11 44/24 46/14 50/22 51/16

wanted [2]  60/16 63/7

wants [1]  26/20

War [2]  34/24 35/5

warranted [2]  27/12 56/5

was [178]

Washington [4]  1/5 2/6 51/15 68/22

wasn't [8]  21/10 24/6 51/24 57/15 59/6 59/15

watched [2]  25/11 64/11

way [13]  14/14 19/25 31/17 35/15 43/13 47/12 47/14 48/5 51/23 59/9 59/17 63/5 63/24

ways [5]  23/11 40/7 46/20 52/5 54/18

we [72]  3/22 5/17 6/17 9/13 12/9 17/20 18/5 24/15 25/14 27/25 28/3 28/24 29/2 29/5 29/9 30/17 30/20 30/21 30/25 31/11 32/15 33/11 34/21 34/23 35/1 35/2 35/7 35/8 35/9 35/10 35/16 35/21 35/23 35/24 36/2 36/11 36/22 37/17 38/3 38/4 39/2 39/3 39/5 39/7 39/13 40/8 40/19 41/1 41/13 41/14 41/17 41/18 42/17 42/18 43/4 43/6 43/22 44/5 44/7 45/11 45/22 47/16 47/17 50/12 60/6 60/6 60/25 61/1 61/2 64/3 64/4 67/20

we will [2]  3/22 17/20

we'll [5]  3/22 4/11 15/16 17/25 37/11

we're [9]  3/17 12/5 22/12 25/12 29/25 34/18 43/10 45/9 70/23

we've [1]  66/20

weapon [7]  16/3 16/9 16/16 16/22 17/5 17/18 57/16

weapons [3]  19/24 37/4 39/16

wearing [1]  26/9

Webster [6]  24/15 25/2 25/4 26/4 26/6 56/21

week [1]  61/3

well [16]  4/18 9/7 12/23 15/6 25/1 34/24 35/5 36/9 41/12 42/5 45/4 51/24 55/18 67/25 68/14 71/5

well-rounded [1]  51/24

well-ventilated [1]  42/5

went [7]  41/7 50/1 51/17 57/22 58/12 58/22 62/23

were [37]  4/19 19/25 19/25 21/4 21/5 22/4 22/5 23/3 26/5 26/7 29/4 33/13 33/20 33/22 36/17 36/18 37/7 37/7 39/13 40/5 42/9 42/9 47/23 47/25 48/23 48/18 58/21 59/11 60/19 60/24 61/6 62/4 62/9 63/12 63/18 63/19 64/21

west [11]  6/10 33/14

Western [1]  1/19

what [81]

what's [2]  10/11 19/6

whatever [4]  5/10 11/23 13/3 24/18

when [36]  7/1 19/5 19/12 21/17 22/15 23/3 25/19 27/7 28/6 29/13 33/13 34/8 36/2 36/23 37/18 38/4 39/8 39/21 40/9 41/25 42/4 43/4 44/16 45/1 45/10 46/25 49/14 50/21 55/1 60/9 61/11 64/5 65/12 65/17 65/23 67/22

where [23]  9/10 12/12 24/7 28/22 30/15 30/17 35/12 36/14 36/24 37/1 37/2 37/7 38/8 38/13 43/12 43/19 52/2 54/22 55/7 56/3 59/13 62/11 69/13

Whereas [1]  32/1

wherewithal [1]  63/15

whether [5]  10/14 12/21 31/7 37/1 60/16

which [31]  7/13 9/13 11/1 13/19 16/18 17/15 17/22 18/8 19/17 19/21 19/25 22/19 23/5 23/20 25/13 26/10 32/22 36/6 40/25 42/18 45/24 46/6 50/4 54/13 54/14 56/8 56/15 60/16 62/3 67/8 69/3

while [10]  6/9 22/2 22/2 23/19 24/9 40/25 45/5 55/25 67/24 68/5

who [31]  13/22 14/10 18/24 20/23 22/8 26/7 27/7 29/12 29/20 32/11 32/11 33/21 35/7 35/13 35/17 37/4 37/4 37/18 38/11 38/14 40/1 40/5 44/2 44/18 45/17 45/19 54/1 57/2 58/3 58/12 64/20

who's [1]  12/5

wholeheartedly [2]  18/16 27/2

wholly [1]  18/13

whom [1]  43/20

whose [1]  18/13

why [31]  6/23 18/5 19/5 23/16 28/4 28/18 28/25 29/23 32/15 34/11 35/19 35/20 36/6 36/7 36/16 36/19 42/21 47/19 62/6 62/21 62/23 62/23 63/4 63/8 63/9 63/12 63/21 63/21 65/22 71/5

wife [3]  50/5 51/7 60/20

wife's [1]  42/25

will [24]  3/22 5/12 10/2 15/4 17/20 22/11 27/22 29/18 29/20 45/10 45/20 46/4 46/5 47/7 49/11 50/24 52/14 63/23 64/1 67/2 67/3 67/6 69/9 69/13

Willett [2]  2/3 3/11

willful [2]  8/7 8/20

William [3]  2/3 72/4 72/8

win [1]  47/7

window [3]  22/25 23/18 55/13

wish [3]  5/9 60/5 69/20

wishes [1]  4/11

within [8]  15/3 23/5 26/23 62/2 68/11 68/23 69/21 70/8

without [6]  6/15 15/17 31/19 48/1 64/18 70/11

witness [7]  7/5 20/16

witnesses [1]  22/4

woman [1]  13/21

won't [2]  10/4 41/8

wonderful [2]  50/3 53/23

wooden [1]  57/20

word [1]  65/5

words [3]  21/10 52/12 60/5

work [3]  47/9 54/18 60/12

works [1]  23/11

worse [6]  19/22 21/18 57/18 57/18 67/11 67/17

worst [4]  20/24 21/2 40/21 51/20

would [40]  6/17 7/3 7/3 9/13 9/15 9/20 11/12 14/3 18/12 19/17 27/10 28/3 29/19 29/21 33/11 33/12 33/16 33/18 41/21 42/17 45/21 47/5 47/8 47/9 47/19 48/11 49/16 50/6 50/20 51/16 55/14 59/7 59/12 62/6 63/8 63/9 63/12 70/15 70/25 71/3

wouldn't [1]  41/24

wrestle [1]  49/23

wrong [6]  12/3 37/8 49/18 50/18 62/13 62/14

wrote [1]  60/25

**Y**

yard [1]  51/13

Yeah [1]  24/3

year [14]  22/25 23/17 23/18 23/18 28/9 34/14 47/11 47/13 48/15 50/8 50/12 50/19 55/12 55/12

years [24]  22/19 23/6 23/22 23/23 26/10 37/12 38/16 38/18 39/6

# Y

**years... [15]** 39/23 40/2
40/6 48/8 49/8 51/5
53/17 54/2 56/22 58/9
58/13 65/24 65/25 66/3
67/21
**yelling [2]** 31/20 31/21
**yep [1]** 4/24
**yes [14]** 3/19 3/20 4/4
12/4 19/15 23/2 23/9
25/3 26/17 42/9 43/15
46/16 59/5 70/22
**yet [2]** 49/25 57/11
**you [144]**
**you know [1]** 26/9
**you'll [1]** 69/14
**you're [3]** 19/13 65/18
67/24
**you've [2]** 22/14 70/4
**young [2]** 13/21 38/20
**younger [4]** 22/13 23/3
53/25 53/25
**your [52]** 3/6 3/19 3/20
4/4 5/1 5/2 5/11 6/20
6/21 7/3 12/4 14/17
15/10 15/11 18/6 18/7
18/16 19/6 19/15 20/18
20/22 23/2 23/9 24/13
24/18 25/3 25/9 25/17
26/17 26/25 27/17
27/20 41/9 45/9 48/24
52/11 52/12 61/14
61/25 63/5 68/4 69/15
69/17 69/18 69/19
69/20 70/5 70/6 70/16
70/17 70/19 71/7
**Your Honor [38]** 3/6
3/19 3/20 4/4 5/1 5/2
5/11 6/20 6/21 7/3 12/4
14/17 15/10 15/11 18/6
18/7 18/16 19/15 20/18
20/22 23/2 23/9 24/13
24/18 25/3 25/9 25/17
26/17 26/25 27/17
27/20 41/9 45/9 52/11
70/16 70/17 70/19 71/7
**yours [1]** 65/23

# Z

**Zaremba [3]** 2/3 72/2
72/8
**zealous [1]** 18/18
**zero [2]** 11/22 11/23
**zip [1]** 38/24